BRADLEY D. PACK, SBA #023973
**ENGELMAN BERGER, P.C.**
2800 NORTH CENTRAL AVENUE, SUITE 1200
PHOENIX, ARIZONA 85004

Ph: (602) 271-9090
Fax: (602) 222-4999
Email: bdp@eblawyers.com

CHRISTOPHER J. DAWES, ESQ.
HEATHER L. RIES, ESQ.
**FOX ROTHSCHILD LLP**
1225 17TH STREET, SUITE 2200
DENVER, CO 80202

Ph: (303)383-7604
Fax: (303)292-1300
Email: CDawes@foxrothschild.com
Email: HRies@foxrothschild.com

Attorneys for BSV Lamont JCRS, LLC

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| SUMMIT FAMILY RESTAURANTS, INC., | Case No. 2:21-bk-02477-BKM |
| Debtor. | **APPLICATION FOR ADMISSION PRO HAC VICE OF CHRISTOPHER J. DAWES** |

I, Christopher J. Dawes, hereby apply pursuant to Local Rule of Bankruptcy Procedure 2090-1(b) for leave to appear and participate in this action pro hac vice. In support of this Application, I declare under penalty of perjury that the following statements are true and correct to the best of my knowledge:

1. My principal office address, phone number, fax number, and email address are:

    Fox Rothschild LLP
    1225 17th Street
    Suite 2200
    Denver, CO 80202
    Telephone: 303.383.7604
    Fax: 303.292.1300
    CDawes@foxrothschild.com

2. My city and state of principal residence is Denver, Colorado.

3. I am a member in good standing of the Bar of the United States District Court

for the District of Colorado (admitted in 2002) and the Supreme Court of the State of Colorado (admitted in 2002), and am eligible to practice in those courts. I am also a member in good standing of the Florida Bar and has been since 1994.

4. I am not currently suspended, disbarred or subject to disciplinary proceedings in any court.

5. I have been retained by BSV Lamont JCRS LLC to appear in this court in this action.

6. I am not a member of the Bar of the United States District Court, District of Arizona. I do not reside in Arizona, am not regularly employed in Arizona, and am not regularly engaged in the practice of law in Arizona.

7. Within the three years proceeding this application, I have filed the following Application(s) for Limited Admission or Pro Hac Vice Application(s) with this court:

| CASE NAME | CASE NUMBER | DATE APPLICATION FILED | GRANTED/DENIED |
|---|---|---|---|
| Tracy D. Ferren v. Westmed, Inc. and Robert J. McKinnon | 4:19-cv-00598-DCB | 9/10/19 | 9/11/19 |

8. If authorized to appear in this matter pro hac vice, I acknowledge I will be subject to the jurisdiction of this Court.

9. I hereby designate Bradley D. Pack, a member of the bar of this Court who maintains an office in this district and who has consented to this designation, as co-counsel with whom the Court and opposing counsel may readily communicate regarding the conduct of the case.

**DATED** this 28th day of April, 2021.

**FOX ROTHSCHILD LLP**

By  */s/ Christopher J. Dawes*
Christopher J. Dawes
Proposed pro hac vice counsel
for BSV Lamont JCRS, LLC

ENGELMAN BERGER, P.C.
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004

1  **COPY** of the foregoing automatically e-mailed
   by the Court's ECF system this 28th day of April, 2021 to
2  all attorneys who have appeared on record in this case
   with courtesy copy e-mailed this same date to:
3
   Philip R. Rudd (Rudd@sackstierney.com)
4  Wesley Denton Ray (Ray@sackstierney.com)
   Sierra M. Minder (Sierra.Minder@sackstierney.com)
5  Sacks Tierney
   Attorneys for Debtor
6
   Christopher Simpson (csimpson@omlaw.com)
7  Osborn Maledon, P.A.
   Subchapter V Trustee
8
   Patty Chan (patty.chan@usdoj.gov)
9  Office of the U.S. Trustee

10  /s/ Paul A. Manley

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27