# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | SUMMIT FAMILY RESTAURANTS INC. |
| **Case Number:** | 2:21-BK-02477-BKM    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JUNE 22, 2021 11:00 AM   VIDEO CONF HRGS |
| **Bankruptcy Judge:** | BRENDA K. MARTIN |
| **Courtroom Clerk:** | JENNIFER LOWRY |
| **Reporter / ECR:** | LETICIA OROSCO |

### *Matters:*

1) HEARING ON MOTION TO COMPEL PAYMENT OF POST-PETITION RENT FILED BY BRADLEY DAVID PACK OF ENGELMAN BERGER PC ON BEHALF OF BSV LAMONT JCRS, LLC .
   **R / M #:**   30 / 0

2) HEARING MOTION TO TRANSFER VENUE FILED BY BRADLEY DAVID PACK OF ENGELMAN BERGER PC ON BEHALF OF BSV LAMONT JCRS, LLC .
   **R / M #:**   29 / 0

### *Appearances:*

WESLEY RAY, ATTORNEY FOR SUMMIT FAMILY RESTAURANTS INC.
LAMAR HAWKINS, ATTORNEY FOR SAVE CASA BONITA, LLC
CHRISTOPHER SIMPSON, SUBCHAPTER V TRUSTEE
BRADLEY PACK, ATTORNEY FOR BSV LAMONT JCRS LLC
CHRISTOPHER DAWES, ATTORNEY FOR BSV LAMONT JCRS LLC
PATRICK KEERY, ATTORNEY FOR 6715 W. COLFAX, LLC

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...   2:21-BK-02477-BKM          TUESDAY, JUNE 22, 2021 11:00 AM

### *Proceedings:*

#### MATTER 1

The Court expresses its concern that evidence may be needed to decide this motion.

Mr. Pack agrees that an evidentiary hearing is necessary. He recommends the parties working together on a scheduling order.

Mr. Ray agrees that evidence necessary. He suggests that an ancillary motion to assume the lease be filed and give the landlord an opportunity to respond. Then, if needed, an evidentiary hearing be held on both this motion and the plan confirmation at the same time. Mr. Ray states he will be able to file that motion no later than next Monday.

COURT:  IT IS ORDERED SETTING A STATUS HEARING ON JULY 28, 2021 AT 2:00 PM. IF THE MOTION TO ASSUME IS FILED, IT CAN BE ADDRESSED AT THE CONTINUED HEARING.

***SUBSEQUENTLY, BASED ON THE RULING ON THE MOTION TO TRANSFER VENUE, THE HEARING SET FOR JULY 28, 2021 AT 2:00 PM IS VACATED***

#### MATTER 2

Mr. Pack argues the motion and states that venue in Arizona is not appropriate. He indicates that all of the debtor's creditors and employees are in Colorado, there are none in Arizona. He states that there is only one connection that ties this matter to Arizona, and that is that the CEO is a resident of Paradise Valley. Mr. Pack urges that the Court grant the motion and transfer the case to Colorado.

Mr. Simpson argues that it would not be economical for the Court to transfer venue.

Mr. Ray responds to Mr. Pack's position and discusses 28 U.S.C. §1408. He argues that this case is properly venued in Arizona. Mr. Ray urges the Court to deny the motion and keep the case in Arizona.

ROBERT WHEATON is sworn in by the Courtroom Clerk and questioned by Mr. Ray and Mr. Dawes.

Mr. Hawkins presents his client's position and their willingness to be the purchaser.

COURT:  THE COURT TAKES A RECESS TO PREPARE ITS RULING.

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...    2:21-BK-02477-BKM          TUESDAY, JUNE 22, 2021 11:00 AM

The matter is recalled and the parties re-make their appearance.

COURT: THE COURT PLACES ITS RULING ON THE RECORD. ANYONE WISHING TO OBTAIN A COPY MAY ORDER A TRANSCRIPT.

IT IS ORDERED GRANTING THE MOTION TO TRANSFER THE VENUE TO THE DISTRICT OF COLORADO ON A DISCRETIONARY BASIS.

IT IS FURTHER ORDERED THAT ANY PREVIOUSLY SET DEADLINES OR HEARINGS ARE VACATED.