**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

In re:

SUMMIT FAMILY RESTAURANTS, INC.

    Debtor.

Case No. 21-13328  MER

Chapter 11

**NOTICE OF VIDEO STATUS CONFERENCE**

    NOTICE IS HEREBY GIVEN that a status and scheduling conference has been set on **Tuesday, July 20, 2021,** by Zoom video conference.  <u>Counsel and/or parties should not appear in person</u>.  On or before **July 15, 2021,** counsel for the Debtor shall file a status report listing all pending matters and their status.[1]

    A complete list of all video conference participants (attorneys and witnesses), **with the participants' email addresses,** shall be delivered to chambers by email to MER_Courtroom@cob.uscourts.gov on or before **July 15, 2021.**  For security reasons, the Zoom video conference details will not be posted publicly.  The Court will send Zoom invitations via email to counsel and/or parties within one day of the hearing.  Counsel and/or parties shall not, under any circumstances, share, post, and transmit the Zoom video conference link, meeting ID, or password.

    All parties scheduled to take part in the hearing are strongly encouraged to test all equipment ahead of time by taking part in the Court's Zoom training sessions available on Wednesdays at 8:30 a.m.  More information on the training sessions is available on the Court's website at https://www.cob.uscourts.gov/zoom-video-conferences.  Parties who have not tested equipment ahead of time may be excluded from the hearing.  All parties should read the Court's guidelines for zoom video conferences on its website in advance of the video test.  If additional or alternate training times are desired, please contact chambers.

DATED: July 6, 2021

BY ORDER OF THE COURT:

KENNETH S. GARDNER, CLERK

By: Deborah L. Beatty, Deputy Clerk
    United States Bankruptcy Court
    U.S. Custom House
    721 19th Street
    Denver, Colorado 80202-2508

---

[1] The Court notes that, pursuant to Local Bankruptcy Rules 9010-1 and 5005-1, all attorneys appearing before this Court must be admitted to practice before the United States District Court for the District of Colorado and all documents filed by an attorney must be filed electronically via CM/ECF.