**Fill in this information to identify the case:**

Debtor Name  Summit Family Restaurants Inc

United States Bankruptcy Court for the: District of Colorado

Case number:  2:21-bk-13328-MER

☐ Check if this is an
amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:          June1- 30, 2021

Date report filed:   07/21/2021
MM / DD / YYYY

Line of business:   Restaurant

NAISC code:   722511

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:          Ron Dowdy

Original signature of responsible party

Printed name of responsible party          Ron Dowdy

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Summit Family Restaurants Inc                    Case number 2:21-bk-13328-MER

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ❑ | ☑ | ❑ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ❑ | ☑ | ❑ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 924,269.00

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $   1,129.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $   91,580.00

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -90,451.00

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 833,818.00

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $          0

Debtor Name  Summit Family Restaurants Inc

Case number  2:21-bk-13328-MER

---

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                                          $ _____ 0.00

   *(Exhibit F)*

---

### 5. Employees

26. What was the number of employees when the case was filed?                                                      _____ 0

27. What is the number of employees as of the date of this monthly report?                                   _____ 46

---

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?               $ _____ 0

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 0

30. How much have you paid this month in other professional fees?                                          $ _____ 0

31. How much have you paid in total other professional fees since filing the case?                         $ _____ 0

---

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 300.00 | − | $ 1,129.00 | = | $ 829.00 |
| 33. **Cash disbursements** | $ 81,000.00 | − | $ 91,580.00 | = | $ -10,580.00 |
| 34. **Net cash flow** | $ -80,700.00 | − | $ -90,451.00 | = | $ -9,751.00 |

35. Total projected cash receipts for the next month:                                                       $ 2,000.00

36. Total projected cash disbursements for the next month:                                               − $ 175,000.00

37. Total projected net cash flow for the next month:                                                     = $ -173,000.00

---

Official Form 425C            **Monthly Operating Report for Small Business Under Chapter 11**                 page **3**

Debtor Name  Summit Family Restaurants Inc                    Case number 2:21-bk-13328-MER

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Summit Family Restaurants Inc.
Official Form 425C
Monthly Operating Report for Small Business Under Chapter 11
Exhibits

Exhibit A
None

Exhibit B
None

Exhibit C
Attached a listing of all cash received for the month:

| | |
|---|---:|
| Cash Sales | 385.79 |
| Credit Card Sales | 743.46 |
| | 1,129.25 |

Exhibit D
Listing of all payments made in the month:

| Date Paid | Payee | Purpose | Amount | |
|---|---|---|---:|---|
| 6/1/2021 | ARS MECHANICAL | Repairs | 750.00 | Cleared 6/16/2021 |
| 6/1/2021 | XCEL ENERGY-ELEC | Electric | 2,422.26 | Cleared 6/03/2021 |
| 6/1/2021 | XCEL ENERGY-GAS | Gas | 2,238.38 | Has not cleared |
| 6/1/2021 | BSV LAMONT JCRS LLC | Rent | 31,808.75 | Cleared 6/08/2021 |
| 6/4/2021 | Regions Bank | Wire Fee | 25.00 | |
| 6/4/2021 | PR Office America | PR & PR Tax | 8,608.40 | |
| 6/7/2021 | First Data Merch | Credit Card Fees | 125.00 | |
| 6/9/2021 | CENTURYLINK | Utility | 842.67 | Cleared 6/15/2021 |
| 6/9/2021 | PINNACOL ASSURANCE | Workers Comp | 371.00 | Cleared 6/14/2021 |
| 6/14/2021 | REPUBLIC SERVICES | Utility | 834.80 | Cleared 6/18/2021 |
| 6/18/2021 | PR Office America | PR & PR Tax | 21,812.58 | |
| 6/18/2021 | Regions Bank | Wire Fee | 25.00 | |
| 6/23/2021 | KATIE WOOLEY | POS | 285.20 | Cleared 6/29/2021 |
| 6/23/2021 | XCEL ENERGY | Electric | 4,525.33 | Cleared 6/29/2021 |
| 6/23/2021 | XCEL ENERGY | Gas | 4,517.83 | Cleared 6/29/2021 |
| 6/29/2021 | AFFORDABLE FIRE & SAFETY | Repairs | 2,035.00 | Has not cleared |
| 6/29/2021 | INTERMOUNTAIN BOILERWORX | Repairs | 9,300.00 | Has not cleared |
| 6/30/2021 | CENTURYLINK | Utility | 255.30 | Has not cleared |
| 6/30/2021 | SYSCO | Supplies | 761.24 | Has not cleared |
| 6/30/2021 | Regions Bank | Monthly Fee | 12.00 | |
| 6/30/2021 | Regions Bank | Monthly Fee | 12.00 | |
| 6/30/2021 | Regions Bank | Monthly Fee | 12.00 | |
| Total | | | 91,579.74 | |

Exhibit E
Listing of all debts incurred since filing bankruptcy but have not been paid:

| Date Incurred | Payee | Purpose | Due Date | Amount |
|---|---|---|---|---|
| None | | | | |

Exhibit F
None

 **REGIONS**

**Regions Bank**
Orange City Office
2626 Enterprise Road
Orange City, FL 32763

SUMMIT FAMILY RESTAURANT INC
DEBTOR IN POSSESION
PO BOX 938
DELAND FL 32721-0938

2

**ACCOUNT #** ⬛⬛⬛⬛7779

|  |  |
|---|---|
| Cycle | 092 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

## LIFEGREEN BUSINESS CHECKING
May 29, 2021 through June 30, 2021

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$924,389.66** | Minimum Balance | $846,639 |
| Deposits & Credits | $385.79 + | Average Balance | $881,877 |
| Withdrawals | $31,020.98 − | | |
| Fees | $0.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks Converted | $9,877.96 − | | |
| Checks | $36,850.88 − | | |
| **Ending Balance** | **$847,025.63** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 06/30 | Deposit - Thank You | 385.79 |

### WITHDRAWALS

| | | |
|---|---|---|
| 06/04 | Bank Debit | 200.00 |
| 06/04 | Bank Debit | 200.00 |
| 06/04 | Bank Debit | 200.00 |
| 06/04 | Bank Debit | 8,608.40 |
| 06/18 | Bank Debit | 21,812.58 |
| | Total Withdrawals | $31,020.98 |

### CHECKS CONVERTED BY MERCHANT TO ELECTRONIC WITHDRAWALS

| Date | Check No. | Description of Check Payment | | Amount |
|---|---|---|---|---|
| 06/18 | 1090 | Allied Waste Svc Check Pymt | | 834.80 |
| 06/29 | 1092 | Xcel Energy | Xcelenergy 91179116251009 | 4,525.33 |
| 06/29 | 1093 | Xcel Energy | Xcelenergy 91179071809018 | 4,517.83 |
| | | | Total Checks Converted | $9,877.96 |

Checks that are converted by a merchant to an electronic withdrawal are not returned to Regions. Therefore, if you receive check enclosures or check images with your monthly statement, checks listed above are not included with this statement.

**For all your banking needs, please call 1-800-REGIONS (734-4667)**
**or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

 EQUAL HOUSING LENDER

**Thank You For Banking With Regions!**
2021 Regions Bank Member FDIC. All loans subject to credit approval



**Regions Bank**
Orange City Office
2626 Enterprise Road
Orange City, FL 32763

2

SUMMIT FAMILY RESTAURANT INC
DEBTOR IN POSSESION
PO BOX 938
DELAND FL 32721-0938

**ACCOUNT #**      7779

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 3 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|------|-----------|--------|------|-----------|--------|
| 06/01 | 1083 | 371.00 | 06/15 | 1088 | 842.67 |
| 06/16 | 1084 | 750.00 | 06/14 | 1089 | 371.00 |
| 06/03 | 1085 | 2,422.26 | 06/29 | 1091 * | 285.20 |
| 06/08 | 1087 * | 31,808.75 | | | |
| | | | | Total Checks | $36,850.88 |

\* Break In Check Number Sequence. Missing items may appear in the "Checks Converted by Merchant to Electronic Withdrawals" section of the statement.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 06/01 | 924,018.66 | 06/14 | 880,208.25 | 06/18 | 855,968.20 |
| 06/03 | 921,596.40 | 06/15 | 879,365.58 | 06/29 | 846,639.84 |
| 06/04 | 912,388.00 | 06/16 | 878,615.58 | 06/30 | 847,025.63 |
| 06/08 | 880,579.25 | | | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

Total Enter in Line 4 at Left

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. You must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

**REGIONS**
Regions Bank
Orange City Office
2626 Enterprise Road
Orange City, FL 32763

SUMMIT FAMILY RESTAURANT INC
DEBTOR IN POSSESION
PO BOX 938
DELAND FL 32721-0938

2

**ACCOUNT #** ████████7795

| | |
|---|---:|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

## LIFEGREEN BUSINESS CHECKING
May 29, 2021 through June 30, 2021

### SUMMARY

| | | | | |
|---|---:|---|---|---:|
| Beginning Balance | $100.00 | | Minimum Balance | $100 |
| Deposits & Credits | $943.46 + | | Average Balance | $379 |
| Withdrawals | $125.00 − | | | |
| Fees | $12.00 − | | | |
| Automatic Transfers | $0.00 + | | | |
| Checks | $0.00 − | | | |
| Ending Balance | $906.46 | | | |

### DEPOSITS & CREDITS

| | | | |
|---|---|---|---:|
| 06/04 | Deposit - Thank You | | 200.00 |
| 06/07 | Square Inc | 210607p2 Summit Family | 16.21 |
| 06/09 | Square Inc | 210609p2 Summit Family | 6.11 |
| 06/10 | Square Inc | 210610p2 Summit Family | 9.99 |
| 06/14 | Square Inc | 210614p2 Summit Family | 22.13 |
| 06/14 | Square Inc | 210614p2 Summit Family | 72.72 |
| 06/15 | Square Inc | 210615p2 Summit Family | 9.52 |
| 06/16 | Square Inc | 210616p2 Summit Family | 9.23 |
| 06/17 | Square Inc | 210617p2 Summit Family | 46.47 |
| 06/18 | Square Inc | 210618p2 Summit Family | 93.80 |
| 06/21 | Square Inc | 210621p2 Summit Family | 18.81 |
| 06/21 | Square Inc | 210621p2 Summit Family | 27.78 |
| 06/22 | Square Inc | 210622p2 Summit Family | 36.87 |
| 06/23 | Square Inc | 210623p2 Summit Family | 75.26 |
| 06/25 | Square Inc | 210625p2 Summit Family | 37.05 |
| 06/28 | Square Inc | 210628p2 Summit Family | 34.70 |
| 06/28 | Square Inc | 210628p2 Summit Family | 158.35 |
| 06/29 | Square Inc | 210629p2 Summit Family | 43.36 |
| 06/30 | Square Inc | 210630p2 Summit Family | 25.10 |
| | | Total Deposits & Credits | $943.46 |

### WITHDRAWALS

| | | |
|---|---|---:|
| 06/07 | First Data Merch Telephone 14003100000346 043000097520000 | 125.00 |

For all your banking needs, please call **1-800-REGIONS (734-4667)**
or visit us on the Internet at **www.regions.com. (TTY/TDD 1-800-374-5791)**



**Thank You For Banking With Regions!**
2021 Regions Bank Member FDIC All loans subject to credit approval



**Regions Bank**
Orange City Office
2626 Enterprise Road
Orange City, FL 32763

2

SUMMIT FAMILY RESTAURANT INC
DEBTOR IN POSSESION
PO BOX 938
DELAND FL 32721-0938

**ACCOUNT #**          7795

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 3 |

## FEES

06/30    Monthly Fee                                                                                 12.00

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/04 | 300.00 | 06/16 | 320.91 | 06/23 | 619.90 |
| 06/07 | 191.21 | 06/17 | 367.38 | 06/25 | 656.95 |
| 06/09 | 197.32 | 06/18 | 461.18 | 06/28 | 850.00 |
| 06/10 | 207.31 | 06/21 | 507.77 | 06/29 | 893.36 |
| 06/14 | 302.16 | 06/22 | 544.64 | 06/30 | 906.46 |
| 06/15 | 311.68 | | | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

|  |  | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount |  |
|---|---|---|
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
| Total Enter in Line 4 at Left |  |  |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
   (1) Tell us your name and account number.
   (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
|---|---|---|---|---|
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |



**REGIONS**

Regions Bank
Orange City Office
2626 Enterprise Road
Orange City, FL 32763

SUMMIT FAMILY RESTAURANT INC
DEBTOR IN POSSESION
PO BOX 938
DELAND FL 32721-0938

2

**ACCOUNT #**        7752

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

## LIFEGREEN BUSINESS CHECKING
May 29, 2021 through June 30, 2021

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$50.00** | Minimum Balance | $50 |
| Deposits & Credits | $30,620.98 + | Average Balance | $183 |
| Withdrawals | $30,420.98 − | | |
| Fees | $62.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $0.00 − | | |
| **Ending Balance** | **$188.00** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 06/04 | Deposit - Thank You | 200.00 |
| 06/04 | Deposit - Thank You | 8,608.40 |
| 06/18 | Deposit - Thank You | 21,812.58 |
| | Total Deposits & Credits | $30,620.98 |

### WITHDRAWALS

| | | |
|---|---|---|
| 06/04 | Wire Transfer National Payme | 8,608.40 |
| 06/18 | Wire Transfer Mational Payme | 21,812.58 |
| | Total Withdrawals | $30,420.98 |

### FEES

| | | |
|---|---|---|
| 06/04 | Wire Transfer Wire Fee | 25.00 |
| 06/18 | Wire Transfer Wire Fee | 25.00 |
| 06/30 | Monthly Fee | 12.00 |
| | Total Fees | $62.00 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/04 | 225.00 | 06/18 | 200.00 | 06/30 | 188.00 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)**
**or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**



LENDER

**Thank You For Banking With Regions!**
2021 Regions Bank Member FDIC. All loans subject to credit approval.



**Regions Bank**
Orange City Office
2626 Enterprise Road
Orange City, FL 32763

2

SUMMIT FAMILY RESTAURANT INC
DEBTOR IN POSSESION
PO BOX 938
DELAND FL 32721-0938

**ACCOUNT #**        7752

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 3 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

4a List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | ✓ |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. You must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

 **REGIONS**

**Regions Bank**
Orange City Office
2626 Enterprise Road
Orange City, FL 32763

SUMMIT FAMILY RESTAURANT INC
DEBTOR IN POSSESION
PO BOX 938
DELAND FL 32721-0938

2

**ACCOUNT #**    ●●●●●7787

092
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 2 |

## LIFEGREEN BUSINESS CHECKING
May 29, 2021 through June 30, 2021

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | $100.00 | | Minimum Balance | $100 |
| Deposits & Credits | $200.00 | + | Average Balance | $263 |
| Withdrawals | $0.00 | − | | |
| Fees | $12.00 | − | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $0.00 | − | | |
| **Ending Balance** | **$288.00** | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 06/04 | Deposit - Thank You | 200.00 |

### FEES

| | | |
|---|---|---|
| 06/30 | Monthly Fee | 12.00 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance |
|---|---|---|---|
| 06/04 | 300.00 | 06/30 | 288.00 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)

 EQUAL HOUSING LENDER

**Thank You For Banking With Regions!**
2021 Regions Bank Member FDIC. All loans subject to credit approval.

## Easy Steps to Balance Your Account

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ − |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |