**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

**Minutes of Proceeding**

| July 21, 2021 | Honorable Michael E. Romero, Presiding Courtroom C |
|---|---|
| In re:<br><br>SUMMIT FAMILY RESTAURANTS INC<br>Debtor | Case No. 21-13328 MER<br><br>Chapter 11 |

Appearances:

| Debtor | Summit Family Restaurants Inc | Counsel | Jonathan Dickey/Ron Dowdy |
|---|---|---|---|
| Trustee | U.S. Trustee | Counsel | |
| Subchapter V Trustee | Trustee | Counsel | Christopher Simpson |
| Creditor | Landlord | Counsel | Chris Dawes/ Heather Ries |
| Creditor | Save Casa Bonita, LLC | Counsel | Matt Skeen, Jr. |
| Creditor | 6715 W. Colfax, LLC | Counsel | Patrick F. Keery |
| Creditor | HKM Employment | Counsel | Jesse Fishman |

Proceedings: Status and Scheduling Conference

Orders:
Administrative claim: This matter is set for an evidentiary hearing on August 25, 2021, at 10:00 a.m.  A separate scheduling order will enter.

The parties shall brief the issue of Subchapter V eligibility, with the creditor's opening brief due on July 27, 2021, and the Debtor's response brief due on August 2, 2021.

BY THE COURT:
KENNETH S. GARDNER, CLERK


By:  /s/ Sabrina Worsham
       Deputy Clerk