# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SUMMIT FAMILY RESTAURANTS INC,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:21-bk-02477-BKM<br><br>**TRANSCRIPTION OF 341 CREDITORS MEETING CONDUCTED ON MAY 11, 2021** |

| | |
|---|---|
| Patti Chan | Good morning, my name is Patti Chan, I'm with the Office of the United States Trustee.  This is the first Meeting of Creditors regarding Summit Family Restaurants, Inc.  It is case number 2-21-02477.  The date is Tuesday, May 11, 2021 and the time is about 9 am.  Can I please have the appearance of the attorney for the Debtor? |
| | Hello, my name is Sierra Minder representing the Debtor. |
| Patti Chan | Thank you.  And, I believe I have Robert Wheaton with – who is representing the Debtor Entity. |
| Robert Wheaton | Yes. |
| Patti Chan | Okay, and we also have Mr. Ron Dowdy, is that correct? |
| Ron Dowdy | Yes. |
| Patti Chan | Okay.  So, Mr. Wheaton, I'm going to swear you in first.  Could you please raise your right hand?  Is your right hand raised? |
| Robert Wheaton | Yes |
| Patti Chan | Okay, do you solemnly swear or affirm to tell the truth, the whole truth and nothing but the truth? |
| Robert Wheaton | Yes |
| Patti Chan | Thank you.  And, Mr. Dowdy?  Can you please raise your right hand? |
| Ron Dowdy | Yes |

Exhibit B

| | |
|---|---|
| Patti Chan | Is your right hand raised? |
| Ron Dowdy | Yeah |
| Patti Chan | Okay, do you solemnly swear or affirm to tell the truth, the whole truth and nothing but the truth? |
| Ron Dowdy | Yeah |
| Patti Chan | Thank you.  Okay, um, Mr. Wheaton, I'm going to direct my questions to you, if you need Mr. Dowdy's assistance, please state so.  Okay? |
| Robert Wheaton | Yes |
| Patti Chan | Alright.  Ah, Mr. Wheaton, where are you currently located? |
| Robert Wheaton | 4716 East Valley Vista Lane, Paradise Valley, Arizona 85253 |
| Patti Chan | Okay.  So, are you currently in the same location with your attorney? |
| Robert Wheaton | No |
| Patti Chan | Oaky.  Again, just for the record, if I have asked you a question or if parties asked you a question, please complete your answer before you ask or refer to your attorney, okay? |
| Robert Wheaton | Yes |
| Patti Chan | Okay.  The purpose of this meeting is to examine the Debtor and be heard on the administration of the case.  This is not a judicial proceeding so the Federal Rules of Civil Procedure and the Federal Rules of Evidence do not apply.  This meeting is being electronically recorded.  I will begin by asking certain questions of the Debtor to get started and then Creditors will be given an opportunity to ask the Debtor questions.  I am also the Trial Attorney assigned to this case and we are still working outside the office so the direct number to reach me is 202-306-6181.  Going forward, when I refer to the Debtor, I am referring to Summit Family Restaurant, okay?  Mr. Wheaton? |
| Robert Wheaton | Yes. |
| Patti Chan | Okay.  Mr. Wheaton, in regards to the Debtor, what is your official title? |
| Robert Wheaton | CEO |
| Patti Chan | And my understanding is that you are also  the sole Director of Star Buffet and Star Buffet owns 45%, I guess through that ownership – I'm sorry, Star Buffet owns 100% of the Debtor and you own 44.5% of Star Buffet, is that correct? |

122865592.1

| | |
|---|---|
| Robert Wheaton | That is correct.  You did make a statement, however that I am the sole Director of Star Buffet, and I am not the sole Director of Star Buffet, I'm the sole Director of Summit Family Restaurant, Inc. |
| Patti Chan | Okay, thank you for that clarification.  As the CEO, and sole Director, what are your duties and responsibilities with the Debtor? |
| Robert Wheaton | I manage the day to day activities of the business, Casa Bonita, which is the sole operating business owed by Summit at this point in time.  I'm very active in monitoring capital expenditures, personnel matters, allocation of capital, accounting. |
| Patti Chan | Okay.  And do you, are you the person who signs off on the tax returns? |
| Robert Wheaton | Generally, yes |
| Patti Chan | Are you compensated for your position? |
| Robert Wheaton | I have not been compensated for my position |
| Patti Chan | Okay.  Were you compensated for your position or are you, I guess, I guess through some contract or agreement you are generally compensated? |
| Robert Wheaton | Through the date of this hearing I have never been compensated for, directly, for the, or indirectly |
| Patti Chan | Okay |
| Robert Wheaton | for the position |
| Patti Chan | Okay.  Was your compensation different before the filing of the bankruptcy?  Mr. Wheaton? |
| Robert Wheaton | My compensation arrangement has been thoroughly consistent for a number of years, I operate under a written contract.  However, since March of 2020 I have not been compensated. |
| Patti Chan | Okay. |
| Robert Wheaton | At all. |
| Patti Chan | Okay.  Can you give me a daytime phone number where you can be reached? |
| Robert Wheaton | 602-684-5536 |
| Patti Chan | Did you help prepare the Petitions, Schedules and Statements and any Amendment, so when I refer to these documents together, I'm going to refer to them as the "Bankruptcy Documents."  Did you help prepare the Bankruptcy Documents in this case? |

122865592.1

| | |
|---|---|
| Robert Wheaton | I certainly provided guidance on the responses. I did not do the actual administrative preparation of the responses, but I am familiar with each and, line that is included in the document. |
| Patti Chan | Okay. You understand that the Bankruptcy Documents are signed under penalty or perjury? |
| Robert Wheaton | Yes |
| Patti Chan | Did you sign the Bankruptcy Documents? |
| Robert Wheaton | I did |
| Patti Chan | Have you reviewed the Bankruptcy Documents for this case, for their accuracy? |
| Robert Wheaton | Yes |
| Patti Chan | Are the Bankruptcy Documents true and accurate to your knowledge? |
| Robert Wheaton | Yes |
| Patti Chan | And, Mr. Dowdy attended our initial Debtor interview, what is his official title? |
| Robert Wheaton | His official title is Group Controller of Star Buffet, Inc. |
| Patti Chan | Okay. Does he have a title with Summit Family Restaurants? |
| Robert Wheaton | He does not, to my knowledge. |
| Patti Chan | Does he have any ownership of the Debtor? |
| Robert Wheaton | Not to my knowledge |
| Patti Chan | Is he compensated for his position through the Debtor? |
| Robert Wheaton | Mr. Dowdy would have to answer that. I'm not familiar. |
| Patti Chan | Okay. Mr. Dowdy? |
| Ron Dowdy | I'm the Secretary Treasurer of Summit Family Restaurant, Inc. and I am not compensated by Summit Family Restaurant. |
| Patti Chan | What entity are you compensated by? |
| Ron Dowdy | Florida Buffet Holdings, Inc. |
| Patti Chen | Okay. Okay, thank you. And has your compensation changed since the Petition was filed? |
| Ron Dowdy | No |

122865592.1

4

| Patti Chen | Okay, thank you.  I'm going to direct my questions back to Mr. Wheaton.  Mr. Wheaton, is the mailing address for the Debtor 4340 East Indian Road, School Road, Suite 21-305, Phoenix, Arizona? |
|---|---|
| Robert Wheaton | Yes |
| Patti Chan | Okay, on the Petition the Debtors also operate as Casa Bonita.  Is there any other different names? |
| Robert Wheaton | No. |
| Patti Chan | For the record, what is the nature of the Debtor's business? |
| Robert Wheaton | Restaurant and entertainment venue |
| Patti Chan | This restaurant entertainment venue is located in Denver, Colorado, is that correct? |
| Robert Wheaton | Yes |
| Patti Chan | On the Petition its listed as a small business, is that correct? |
| Robert Wheaton | Yes |
| Patti Chan | Okay, has it operating since, I think its 1974? |
| Robert Wheaton | Yes |
| Patti Chan | Does the Debtor have any other source of income aside from its principal business? |
| Robert Wheaton | No |
| Patti Chan | There were some, I guess like, inventory and supplies, maybe from the gift shop that's related to the business, are all of those, the items, are they located at the restaurant? |
| Robert Wheaton | Yes |
| Patti Chan | You listed a leasehold interest of 6715 West Colfax Avenue in Denver, Colorado, is that the restaurant location? |
| Robert Wheaton | Yes |
| Patti Chan | Okay, does it expire in 2029?  Do you know? |
| Robert Wheaton | I'm not familiar with the expiration date |
| Patti Chan | Okay |

122865592.1

| | |
|---|---|
| Robert Wheaton | Today |
| Patti Chan | And you didn't list any value, for the leasehold, is there a reason why there was no value listed? |
| Robert Wheaton | Well, in the Schedule we provide an aggregate value of $153,907 which is furniture and fixtures but in terms of leasehold interest, we have no value on our books so we didn't provide one. |
| Patti Chan | Okay.  Does the Debtor hold or have an interest in any other property? |
| Robert Wheaton | The Debtor owns one other piece of property in St. George, Utah.  It is, we have a leasehold interest, a building interest in a property in St. George, Utah. |
| Patti Chan | Okay, I think I saw that on Schedule G, is that being subleased to Star Buffet, Inc.? |
| Robert Wheaton | Well the technical – the short answer is its actually being leased to a third party, that third party is Pathway Partners, LLC.  Pathway Partners operates a Black Bear Diner.  And, that is the short answer. |
| Patti Chan | Does the Debtor or its affiliates have any interest in this Black Bear Diner? |
| Robert Wheaton | None |
| Patti Chan | Okay.  I did – so the $20,500 I saw in the Statements, what was that?  Who is paying that and where – which – how is that transaction going around?  Is that from the Black Bear Diner to the Debtor? |
| Robert Wheaton | Well, the longer answer is that in 1998 Star Buffet, Inc. acquired certain real estate from and business from CTE Restaurant, Inc.  One of the assets that was involved in that transaction in 1998 was a lease.  Summit had a valuable land lease in St. George, Utah.  The Board authorized the purchase of a larger transaction which included that piece of property.  Since 1998, with a few minor exceptions, that property has been leased to third parties because it's a, a significantly valuable lease with a rate that's well under market.  It has resided in Summit Family Restaurants since 1998.  But the essence of the transaction has always been to lease to a third party.  The most recent tenant, as I just referenced, was a Black Bear Diner.  A number of years ago, as Star Buffet sought growth capital, I invested in purchasing the spread between the amount of rent that was paid to the owner of the property and the amount of rent that was received for that property.  So, I paid a lump sum in cash to, I believe, FBI Leasing.  And in return for that, on a monthly basis, it's an amortized schedule over approximately 12 years, I receive a $2,500 payment that has historically come from FBI Leasing, Inc., but was reported in the last year, from time to time, as a payment from Summit. |
| Patti Chan | Okay, so Summit |

122865592.1

6

| | |
|---|---|
| Robert Wheaton | Is the transaction that has been discussed with Chris by Ron Dowdy. |
| Patti Chan | Okay.  So that amount actually, in the end, is coming to you, individually? |
| Robert Wheaton | Coming to me individually?  Yes |
| Patti Chan | Okay.  Currently does the Debtor have any employees? |
| Robert Wheaton | Yes |
| Patti Chan | How many? |
| Robert Wheaton | I believe as of today, 3 and I believe by the end of this week, somewhere between 30 and 40. |
| Patti Chan | Okay, and are these going to be full-time employees? |
| Robert Wheaton | I would say less than 10% of a – if I use a 40-employee number, less than 10% would be full-time.  The majority would be part-time. |
| Patti Chan | Okay.  Does the Debtor own any vehicles? |
| Robert Wheaton | No |
| Patti Chan | On Schedule B, No. 15, the Debtor lists 100% interest in HTB Restaurants, Inc. worth $0.  What is the nature of HTB Restaurants? |
| Robert Wheaton | In 1997, Star Buffet, Inc. filed an S1 detailing what was defined under the SEC as a formation transaction.  That formation transaction included the purchase of two operating businesses that existed in Summit.  One was HTB Restaurant, Inc., which was a chain of buffet restaurants and the second was two Casa Bonita Restaurants.  One in Denver and one in Tulsa.  So, at the – in 1996, Summit had more than one business, you asked that question a little bit earlier, and had Mexican restaurants and it had American, a chain of American buffets.  Those chain, that chain of American buffets has long ago been closed and discontinued but the subsidiary remains, the inactive subsidiary remains intact. |
| Patti Chan | Okay.  Does the Debtor have or hold any interest in any other businesses? |
| Robert Wheaton | No |
| Patti Chan | Could you just tell me the nature of the Stars Inc.  What is the nature of that business? |
| Robert Wheaton | It's essentially nothing more than an administrative service provider for the 5 operating subsidiaries of Star Buffet, Inc.  It, it receives cash, issues checks primarily of an administrative nature, and it's really that simple. |
| Patti Chan | Okay.  How does it get cash?  Is there some kind of flow, like a percentage that goes into Starts Inc.? |

7

122865592.1

| | |
|---|---|
| Robert Wheaton | Cash is remitted to Starts, and I might have to look to Ron to correct me if that isn't' the case, it – receipt of cash is based on where the disbursements are set. So it may receive cash from one of the five operating subsidiaries and then remit it for operating expenses of that subsidiary.   It's a simple pass through administrative record keeping entity only. |
| Patti Chan | Okay.  So, would it be correct to say that almost – at least for the subsidiaries, all the cash does flow through Starts Inc.? |
| Robert Wheaton | Not all cash flows through Starts but the majority of cash received in payments do, but I would defer to Ron if that is in error. |
| Patti Chan | Mr. Dowdy, is that, would that be correct? |
| Ron Dowdy | The majority of the cash for the payments that Starts does is correct.  Starts would pay the, for example, the insurance policy for the whole corporation.  It would pay the workers comp for the, primarily the whole corporation.  It would pay those type of bills and that cash would go to Starts Inc. |
| Patti Chan | Okay.  Thank you.  Turning back to Mr. Wheaton, are there any customer lists that the Debtor collects? |
| Robert Wheaton | No. |
| Patti Chan | Okay. |
| Robert Wheaton | Well, I – that, I'd like to correct that, the Debtor would have a list of a number of schools that had historically done field trips at the restaurant.  I'm not sure that I have ever seen that list, but I believe it is available.   Or it has been maintained because school field trips are a large percentage of the luncheon business of Casa Bonita.  So, I have to assume its maintained because there are marketing documents sent out from time to those institutions. |
| Patti Chan | Okay.  I'm going to open it up to parties to ask questions and I'm going to first have, direct it to Mr. Simpson and Mr. Simpson, if you could state on the record your appearance. |
| Christopher Simpson | Thank you Ms. Chan.  This is Christopher Simpson, the Subchapter 5 Trustee appointed in this case.  And I'll just start by restating that Mr. Dowdy and counsel have made themselves available, so from my perspective, this is going to make today much easier than it usually is.  There is quite a bit of more work to be done but they have been very cooperative, so, my list of questions will be somewhat shorter, but I do have a few.  Mr. Wheaton, could you just generally describe for us the status of the reopening of the restaurant? |
| Robert Wheaton | Good morning Chris.  The – we are working to separate and distinct paths.  One is what I'll call cleanup of a business that's been closed for over a year due to, what I would deem government fiat, and that's physical cleanup of the property. It involves going through a very large inventory of food and a large inventory of gift shop merchandise to determine what needs to be exposed of, what can't |

122865592.1

| | |
|---|---|
| | be used.  It involves cleanup of the outside of the property, with the tenant is responsible for maintaining and that process is ongoing right now.  There is a second element of the reopening that has to do with making sure that all of the restaurant equipment, the stoves, the grills, the fryers, are – the dish, it's actually a flight dish machine, is working and functional.  And that process started late last week and is expected to last probably a couple of more weeks.  Depending on when we can – it's very difficult right now to get service people to actually show up for their appointed schedule.  But we are working that side as well.  Once the two of them are completed, then we should be able to move into the health inspection stage and the reopening stage. |
| Christopher Simpson | Very good and when, when that occurs will you be able to offer at a full capacity? |
| Robert Wheaton | The current regulations do not allow for full capacity.  It's a restricted capacity so the answer would be that's up to the State of Colorado.  But right now, it would be – every state is a little bit different Chris and but, I – it would be defined closely to 50% right now capacity.  The restaurant has 1200 seats so you would initially saw that means at 50% capacity, 600 seats but then there are some other distancing requirements that come into play and I'm not convinced that I have an accurate number yet.  But I would say we should be able to open between 300 and 500 per capacity. |
| Christopher Simpson | Of course, this location is rather unique in the restaurant industry, that's a large space for 300 to 500.  Can you operate profitably at that level? |
| Robert Wheaton | No |
| Christopher Simpson | So, in the initial stages of operation do you anticipate operating at a loss? |
| Robert Wheaton | We do |
| Christopher Simpson | Any insight from the State yet regarding how long that may be necessary? |
| Robert Wheaton | No |
| Christopher Simpson | Okay. |
| Robert Wheaton | But before we provide final proformas in this structuring, we'll have the best answer that we possibly can have on that.  If I can add Chris, the nice thing about Casa Bonita is that Star Buffet has owned Summit for, it will be 25 years in September.  That's about 60% of Casa Bonita's full wonderful tenure that it had.  We have extraordinarily detailed financial statements going back a number of years and the nice thing about Casa Bonita is that we can almost tell to the day, exactly what the sales will be on a go forward basis because historically the performance has been so well managed and has been so consistent.  So really the only question will be capacity and when we are going to be able to get to 70%, when we'll get to 80%.  But once we, we know that, we're going to know |

122865592.1

| | |
|---|---|
| | exactly how much the business is going to generate in sales and cash flow. It's a remarkably consistent business. |
| Christopher Simpson | Thank you for that explanation and I will lead right into my next question which, feel free to refer to Mr. Dowdy on this one as well. But, I've seen some information regarding the net profit of the company in past or at this location in past years, do you understand what I mean when I say net profit? |
| Robert Wheaton | I do |
| Christopher Simpson | Okay. Can you give ballpark, either you or Mr. Dowdy, of the net profit for this location for 2019? |
| Robert Wheaton | I'm presumably looking at the same Schedule that you are looking at and it shows net profit of $1,152,738 if you add back depreciation it will be a little bit more than that. We tend to look at a pretax cash flow number versus an 18 number but both of those were provided to you and so that would be a reasonable proxy for that year. |
| Christopher Simpson | Thank you. Fast forwarding to when you are able to reach full capacity, there appears to be some changes happening in the economy that I don't know if you have the ability to model but, just as your basic anticipation, let's say for the first full year of operating at full capacity, do you anticipate that you would be able to reach these same net profit numbers? |
| Robert Wheaton | The range over the last five years, as you know from the Schedules that you were provided, is between – cash flow or net profit between $1.1 and $1.5 million. We consistently operated in that and I would be very comfortable and would expect that the proforma that you see will show a pretax, after tax cash flow number of $1.2 to $1.5. For the first full year of operation at 100% capacity. |
| Christopher Simpson | Thank you. And so, from that answer, it sounds like at least at this present time, increases in food costs, increases in labor are things that you believe you'll be able to manage and will not materially decrease your net profit in the coming years? |
| Robert Wheaton | Well Chris you are obviously up to speed on the challenges that restaurant industry has right now. They are, there – the two are more labor shortages than labor costs increases and right now food costs are a challenge for the restaurant industry. It had been fairly stable for a couple of years. But if you were to take a menu from Casa Bonita five years ago and you would look at it today, Casa Bonita has been able to consistently increase its menu charges along with a line of cost increases that we have experienced. And again, we – it's a bit unfortunate because you know, it's just a sign of inflation but, but, we have historically been able to increase our menu prices and I expect that we'll be able to do – I actually sent to the printer, well, that's an exaggeration, I provided it to our acting GM who is hopefully bringing the menu to the printer, last weekend, and it has eight, on average, an 8% increase from the menu that we had when |

122865592.1

| | |
|---|---|
| | we closed in March of 2020.  The numbers have already been done.  I don't know if the menus have been printed yet. |
| Christopher Simpson | Thank you.  Thank you for that explanation.  Sounds like you are in a good position to manage through the challenges ahead as far as costs. |
| Robert Wheaton | I'm sorry, historically Casa Bonita has been able to – it's very analogous to Disney – it's been able to move its costs up as the costs have increased.  I still see the wonderful crowds that we have enjoyed for 25 years. |
| Christopher Simpson | Very good.  As far as the business plan, I don't want to put words in your mouth, but for the sake of brevity, it sounds like the business plan is to get this location up, running, to come to some sort of agreement with the landlord and then continue operations as you have done historically.  Is that a fair assessment? |
| Robert Wheaton | Yes |
| Christopher Simpson | Are there any other opportunities or alternatives that you are currently investigating? |
| Robert Wheaton | Would you be more specific in your question?  I'm not sure how |
| Christopher Simpson | Has there been any – have you seen any indication in the market of anyone interested in purchasing this location from the Debtor? |
| Robert Wheaton | We've had multiple inquiries as to whether we would be interested in selling the business.  As we have |
| Christopher Simpson | And what are your |
| Robert Wheaton | I'm sorry, as we have had for years.  This |
| Christopher Simpson | And what are your current thoughts? |
| Robert Wheaton | The business is marketable but it has – it's been a consistently profitable investment for Star Buffet, Inc. for many years and we are going to remain, we are going to remain open but I think the investment will be far more valuable if the restaurant is open than selling it shuttered. |
| Christopher Simpson | Understood.  I will switch to Mr. Dowdy, only because I think he might be in a better position to answer this next line of questioning.  But if I'm wrong about that Mr. Wheaton, please jump in.  Mr. Dowdy, during the course of this bankruptcy, is there any anticipation of any need to distribute funds to any affiliates?  And that would include for overhead items. |
| Ron Dowdy | Ahh, no. |
| Christopher Simpson | Very good.  Mr. Wheaton indicated that this location may need to operate at a loss for some period of time.  Do you have an understanding of how that would be financed? |

122865592.1

| | |
|---|---|
| Ron Dowdy | The – in the short term it would be financed through cash on hand that Summit has. |
| Christopher Simpson | And not to put too fine a point on it but just want to make sure we have clarity on the answer as far as any distributions to affiliates – this would include no distributions for admin costs, reimbursement of insurance or reimbursement of workman's comp as you currently anticipate it.  Would that be correct? |
| Ron Dowdy | That's what we currently anticipate. |
| Christopher Simpson | Okay, very good, thank you.  As far as compensation for both you and Mr. Wheaton, in our early discussions, I believe I had anticipated, or you had anticipated that there would be some compensation from the Debtor entity, it now sounds like the current consideration is that there will be no compensation from the Debtor entity or, let's take it one at a time.  Do you anticipate any compensation from this Debtor for Mr. Wheaton during the terms of this bankruptcy? |
| Ron Dowdy | Well, I thought your previous question was do I anticipate any of the – any overheads being, outside overhead being paid by the Debtor.  And I said no, but to – but I expect that there will be direct – there is the possibility there is to be direct compensation from the Debtor to Mr. Wheaton and myself as we work full-time for Summit. |
| Christopher Simpson | Very good.  Let's take that one party at a time.  It was my understanding from Mr. – and Mr. Wheaton please feel free to jump in here – it was my understating from what you said before is historically you had received no compensation from this Debtor.  Is that still correct? |
| Ron Dowdy | That's still correct yet |
| Christopher Simpson | Okay.  So, there would be – to the extent that you're planning to compensate Mr. Wheaton, this would be a change?  Than the historically practice |
| Ron Dowdy | Yes it is.  Yeah, because historically Mr. Wheaton doesn't go and spend two consecutive months in Denver.  So, it's, it is an historical change but it's also unprecedented circumstances. |
| Christopher Simpson | And do you anticipate that that arrangement would – you would seek approval from the Bankruptcy Court? |
| Ron Dowdy | Yeah |
| Christopher Simpson | Very good.  Same question for you Mr. Dowdy, to the extent that your gearing away from past practices for direct compensation, do you anticipate getting Bankruptcy Court approval for that compensation? |
| Ron Dowdy | Yeah |

122865592.1

| | |
|---|---|
| Christopher Simpson | Thank you. And with that those are all the questions I have at this time Ms. Chan and I'd like to thank Mr. Dowdy, Ms. ████ and Mr. Wheaton again for their availability they have given me these past several weeks. |
| Patti Chan | Thank you. Now I'm going to let Mr. Dawes speak and if you could please state your name and who you represent for the record. |
| Chris Dawes | Thank you. Yes, Chris Dawes, I represent BSV Lamont JCRS LLC, the Landlord at the Casa Bonita location. So gentlemen, I have a few questions I wanted to follow-up on. Mr. Dowdy, the compensation package that you and Mr. Wheaton envisioned on a go forward, could you describe what that compensation package is and what the economics would be? |
| Ron Dowdy | Ahh, I had to get it off of mute. I would expect that on a go forward basis we are talking probably a max of 2 months compensation for Mr. Wheaton and 2 to 4 weeks perhaps for myself. |
| Chris Dawes | And what would the economics look like? |
| Ron Dowdy | The economics of that would be, for 2 months, Mr. Wheaton salary would be approximately $40,000 and for 1 month, mine would probably be $7,000. |
| Chris Dawes | So Mr. Wheaton's would be $20,000 per month? Is that – do I understand that right? |
| Ron Dowdy | Approximately, yes |
| Chris Dawes | Okay. And do I understand that if I understood some of testimony earlier, Mr. Wheaton has spent the last 2 months in Denver on this project? |
| Ron Dowdy | He has not been in – he has been working on this project, we anticipate – I think I said, the next 2 months. |
| Chris Dawes | Got it. Got it. So, I heard that Summit family, the Debtor operates from an office in Arizona, is that correct? |
| Ron Dowdy | It has that – it has an address in Arizona |
| Chris Dawes | Okay, and what is located at that address in Arizona? |
| Ron Dowdy | Its, it's just a PO Box |
| Chris Dawes | Okay, so there is no physical office? |
| Ron Dowdy | No |
| Chris Dawes | Okay |
| Robert Wheaton | Well, that's not – if I may interrupt, I know you |

122865592.1

| | |
|---|---|
| Patti Chan | Yeah, that's |
| Robert Wheaton | I can't do that? |
| Patti Chan | Is that Mr. Wheaton? |
| Robert Wheaton | It is Mr. Wheaton. |
| Patti Chan | Okay, Mr. Wheaton, did you want to answer that question posed by Mr. Dawes? |
| Robert Wheaton | I did.  I gave the address of 4716 East Valley Vista Lane as the address where I operate and I have consistently operated at that address to administer Casa Bonita's affairs and other affairs since the corporate office was shuttered, which was in Scottsdale, Arizona in March of last year.  So, I am physically here and I'm directing the business from 4716 East Valley Vista Lane. |
| Chris Dawes | And what physically is at that location Sir? |
| Robert Wheaton | It is a home office |
| Chris Dawes | Is that where you personally reside? |
| Robert Wheaton | Yes |
| Chris Dawes | And when did the principal office address for Summit Family Restaurants change from Plant City, Florida? |
| Robert Wheaton | Ron Dowdy can correct me if I'm wrong, but I would say it was in the last 30 days as the business in Florida was shuddered and the assets were sold. |
| Chris Dawes | Alright, so there has been a change in the printable address from Florida to Arizona in the last thirty days, is that right? |
| Robert Wheaton | Yes |
| Chris Dawes | One of the things I noticed in the Schedules is that the Debtor has itemized the debt owed to the Landlord in the amount of $354,898, when is that through? |
| Robert Wheaton | Ron, do you want to |
| Ron Dowdy | I believe that is through April 6th |
| Chris Dawes | Okay.  Now that does not account for any of the liquidated damages owed under the Lease, correct? |
| Sierra Minter | If I could chime in, this is Sierra Minter, Debtor's counsel, we are disputing the liquidated damages and I think that's a legal question that will be answered in later proceedings. |

14

| | |
|---|---|
| Chris Dawes | Well, I'm just trying to understand the number.  So, the number does not include any liquidated damages, correct? |
| Robert Wheaton | The number doesn't include liquidated damages. |
| Chris Dawes | Alright, now that balance is indicated as disputed, what is the basis of the disputed characterization? |
| Patti Chan | I'm assuming that Mr. Wheaton is directed to answer, unless he needs Mr. Dowdy's help. |
| Robert Wheaton | I will defer to Mr. Dowdy |
| Ron Dowdy | The dispute is a legal matter that will be answered by our terms. |
| Chris Dawes | Okay.  Well, what I'm trying to understand is why the Debtor checked disputed on the balance owed to the Landlord.  What is the factual basis for the dispute? |
| Ron Dowdy | To the extent that that's going to call for attorney-client privilege communication, I would just recommend you speak with your counsel. |
| Chris Dawes | Yeah, and I don't want to know about attorney-client communications, what I'm looking to understand is what is the factual basis of the dispute between the Tenant and the Landlord on the balance owed under the Lease.  And if the Debtor doesn't know, I will accept that. |
| Patti Chan | Again, |
| Ron Dowdy | Yeah, I'm going to still say the same answer that I had before |
| Chris Dawes | And what was that Sir? |
| Ron Dowdy | That, that we – that will – out attorneys will, will answer that |
| Chris Dawes | Okay, are you saying you don't know? |
| Ron Dowdy | No, I'm not saying that.  I'm just |
| Chris Dawes | Okay.  Well I get it but I'm, I'm here to ask the Debtor questions and I'm trying to understand the Debtors – why the Debtor has indicated that they dispute a balance or dispute a claim.

Can you tell me that? |
| Robert Wheaton | I'm not in a position to tell you that |
| Chris Dawes | Okay |
| Robert Wheaton | And that this is Mr. Wheaton. |

122865592.1

| Chris Dawes | Alright.  Now, Mr. Wheaton, is it correct that the Tenant has not paid rent in nearly 14 months? |
| --- | --- |
| Robert Wheaton | I don't believe that that is correct.  I believe that rent was paid through April of 2020 and Ron, correct me if I'm wrong, was May paid as well? |
| Ron Dowdy | Ahh, yeah, the sub theory is for April 2021 and May of 2021 was paid. |
| Chris Dawes | Alright, I think we're – there is a little bit of miscommunication here, because Mr. Wheaton was talking about paying rent through April 2020.  Is that correct? |
| Ron Dowdy | Well, we actually paid rent through May 31st of 2020. |
| Chris Dawes | Okay.  And then, Mr. Dowdy, you started to say that sub rent in May of 2021 rent has been paid?  Did I understand that right? |
| Ron Dowdy | Yeah |
| Chris Dawes | Okay.  When was that paid? |
| Ron Dowdy | The check was issued last week and it was delivered to the Landlord on Saturday, what, 3 days ago. |
| Chris Dawes | And do you recollect the amount of that check? |
| Ron Dowdy | It was $57,000 and a few hundred dollars, I don't remember the exact |
| Chris Dawes | Okay.  And that was delivered – how was that delivered?  Just so my folks can track that down |
| Ron Dowdy | It was delivered by Express Mail through the United States Post Office |
| Chris Dawes | Okay.  And, I only ask because as of yesterday they, I understood they had not received it.  So, we'll check on that.  We'll check on that.  So, a couple of other things regarding the space.  I understand that some of the sprinkler lines had frozen and there were some damage back in mid-February.  Are you familiar with that? |
| Robert Wheaton | I am.  And this is Robert Wheaton answering that question. |
| Chris Dawes | Okay.  And Mr. Wheaton, there were certain emergency repairs undertaken for which the Landlord invoiced the Tenant, correct? |
| Robert Wheaton | That is correct. |
| Chris Dawes | Okay.  And none of those have been paid, am I right? |
| Robert Wheaton | They have not been paid nor do I necessarily agree that, with the Tenant, ahh the Landlord's position with respect to those charges. |

122865592.1

| | |
|---|---|
| Chris Dawes | You've seen correspondence from the Landlord indicating some additional repairs will be necessary. Are you familiar with that correspondence? |
| Robert Wheaton | You'll have to be more specific. I am familiar with all correspondence that the Landlord has sent to me but I'm not sure what you are referring to now. |
| Chris Dawes | There is a letter that I believe was sent out in early March from John Deacon regarding the repairs and had forwarded along some invoices and had noted that there would be some additional repairs and that the Landlord expected Tenant would undertake. Does that help you? |
| Robert Wheaton | That does and I did receive that and I actually looked at the sprinkler configuration on Saturday in the gift shop area and I am – I have indicated that I was not in agreement with Landlords position as to the who was responsible for the expense and I have on my do to list to meet with, try to meet with the Landlord this week to determine what additional requirements they expect. |
| Chris Dawes | Okay. Had any further repairs been made to any of the plumbing or sprinkler lines this calendar year? |
| Robert Wheaton | The answer is that my understanding is that the plumber is there today doing work. My understanding is that we had requested plumbers to do work on a couple of other occasions and I know at least one time, the plumbers did not show. I cannot tell you one way or another whether they did show for some other assignments but, we have a to do list and we are going to work through it this week. |
| Chris Dawes | And then, in terms of the – who is the Debtor brining on board in terms of plumbing, subcontractors? Do you know? |
| Robert Wheaton | Bell is the vendor's name. Bell Plumbing and Heating |
| Chris Dawes | Oaky |
| Robert Wheaton | Is that correct Ron? Is it Bell? |
| Ron Dowdy | I think its Bell Heating and Plumbing |
| Chris Dawes | Okay. There, let me switch gears a little bit and ask you about – there is a grease trap bill of about $21,000. Are you familiar with that grease trap bill? |
| Robert Wheaton | I am not. |
| Chris Dawes | Do you know if the Debtor has made any arrangements to bring the grease trap bill current? |
| Robert Wheaton | I have no idea of what you are talking about. |
| Chris Dawes | Okay. Alright. Have you had any interaction with City Lakewood Officials regarding the grease trap situation? |

17

122865592.1

| | |
|---|---|
| Robert Wheaton | No |
| Chris Dawes | Alright. And to your – that hasn't been brought to your attention by anybody at any time? |
| Robert Wheaton | Repeat the question |
| Chris Dawes | Yeah, has anyone raised with you, say in the last six months, any issue with respect to the grease trap and the bill that has accumulated with respect to service on that? |
| Robert Wheaton | Absolutely not, in the last six months. |
| Chris Dawes | How about |
| Robert Wheaton | or in the last year. Or in the last year. |
| Chris Dawes | Okay. Alright. What is – is that something that the Debtor paid directly for grease trap service? |
| Robert Wheaton | Yes |
| Chris Dawes | Alright. Let me switch gears again and ask you a little bit about the intellectual property that has been described in the Debtor's Schedules. As I understand it, there is a – its described as an oral agreement for intellectual property. Are you familiar with that? |
| Robert Wheaton | Yes |
| Chris Dawes | Okay. And what, what exactly is the intellectual property? |
| Robert Wheaton | Registered trademarks |
| Chris Dawes | Okay. And could you describe those? |
| Robert Wheaton | There are a number of trademarks but the specific one that I can describe is a mark, I don't have the numbers of the Federal trademarks. It's a mark very specifically multicolored, Casa Bonita mark. |
| Chris Dawes | And that, if I understand it, that mark is owned by Star Buffet, Inc.? |
| Robert Wheaton | There will be a correction in – an amendment to a document filed. The 202 document that will show that the actual owner is Casa Bonita Denver, Inc., which is a wholly owned subsidiary of Star Buffet, Inc. and it's the sole asset of that entity. |
| Chris Dawes | Alright. And that correction – and for how long has that been the case? |
| Robert Wheaton | I believe since 2011 |

Line numbers: 1–28

122865592.1

| | |
|---|---|
| Chris Dawes | And who, who is filing this correction? |
| Robert Wheaton | Counsel for the Debtor. |
| Chris Dawes | Okay.  Is that your bankruptcy counsel? |
| Robert Wheaton | That is the bankruptcy counsel. |
| Chris Dawes | Okay.  Now, so the verbal intellectual property agreement is – who negotiated that? |
| Robert Wheaton | I did |
| Chris Dawes | Okay.  And you negotiated that for who? |
| Robert Wheaton | I'm not sure I understand your question |
| Chris Dawes | Did you negotiate that for the Debtor? |
| Robert Wheaton | I negotiated that for the Shareholder. |
| Chris Dawes | Okay.  Now you are confusing me.  Let me, let me say, who are the parties to the verbal intellectual property agreement? |
| Robert Wheaton | It would be three parties.  It would be Star Buffet, Inc.  It would be Casa Bonita Denver, Inc.  And it would be Summit Family Restaurants, Inc. |
| Chris Dawes | Okay.  And Summit Family Restaurant, the Debtor, would be the Licensee?  Is that right? |
| Robert Wheaton | It would be the Licensee, that's correct |
| Chris Dawes | And then the Licensor is who? |
| Robert Wheaton | The Licensor would be Casa Bonita Denver, Inc. and the owner of the License would be Star Buffet Inc. |
| Chris Dawes | Alright.  So, is there an agreement between Star Buffet, Inc. and Casa Bonita Denver? |
| Robert Wheaton | No |
| Chris Dawes | Okay.  So, how then does Casa Bonita Denver license the mark to the Debtor? |
| Robert Wheaton | Well, that element of the 202 was accurate, it's a verbal agreement between Casa Bonita Denver and Summit.  Which is a general standard practice of Star Buffet, Inc.  Star Buffet, Inc. is the holder of intellectual property of any of the subsidiaries and they license the use of that to operating subsidiaries.  On an informal, verbal arrangement. |

122865592.1

| | |
|---|---|
| Chris Dawes | When was the verbal agreement reached? |
| Robert Wheaton | I think I indicated that it was effective and, so I would assume agreed to in 2011. |
| Chris Dawes | Okay. And are there any writings reflecting that? Letter of Intent? Term Sheet? Email confirmations? Anything? |
| Robert Wheaton | I will have to confirm that; one way or another. |
| Chris Dawes | Okay. So, for this (interrupted) |
| Robert Wheaton | I'm sorry. That was my (inaudible) |
| Chris Dawes | Yeah (talking over each other) |
| Robert Wheaton | My belief is, my belief is that that there will be some written kind of converse, confirmation of a directive from me to our IP counsel to effect that transaction. Right. |
| Chris Dawes | So, in terms of negotiating the oral agreement between the owner, licensor and licensee, who are the representatives who, who made that happen? |
| Robert Wheaton | It would be me. |
| Chris Dawes | Just you? |
| Robert Wheaton | Yes. |
| Chris Dawes | Okay. And what are the terms of the what you are describing today as a verbal license agreement between Casa Bonita Denver and the Debtor? What are the terms of that agreement? |
| Robert Wheaton | It would be a, good until terminated right to use the Casa Bonita name by Summit Family Restaurants. |
| Chris Dawes | So is there, does Debtor pay for utilization of this intellectual property? |
| Robert Wheaton | It does not and none of our IP [redacted] incur those costs and there is very specific accounting reason for that and that is that Star Buffet, Inc. owns subsidiaries that have significant intellectual property and that other subsidiaries that don't and so that we can compare financial performance of one subsidiary to another, on an equal or apples to apples basis, we do not charge for the use of intellectual property or we're not able to compare the performance of one where there are, there might be license payments for use and one where there isn't so we hold the intellectual property and the Star Buffet level and the subsidiary levels do not incur any costs for using the intellectual property owned by Star. |
| Chris Dawes | Okay. What are the (interrupted) |
| Robert Wheaton | There are others, other subsidiaries such as Casa Bonita Denver Inc. |

20

122865592.1

| | |
|---|---|
| Chris Dawes | And what is the term or duration of the verbal intellectual property agreement that Debtor is party to? |
| Robert Wheaton | I, I thought I indicated that it was good till cancelled. |
| Chris Dawes | And what governs the right of cancellation? |
| Robert Wheaton | It is significant on my part as to whether to cancel it or not. |
| Chris Dawes | Okay.  It's entirely your discretion? |
| Robert Wheaton | I am the sole director and that is of, of Summit and I am one of a number of directors of Star Buffet Inc. and then may or may not be discussion at the director level of Star Buffet Inc. but it wouldn't be at the Summit.  They need discussion at the Summit level other than mine. |
| Chris Dawes | In their right of termination, as you described it, is in favor of Casa Bonita Denver, is that right? |
| Robert Wheaton | That would be correct. |
| Chris Dawes | All right.  Is there, there's not agreement between Star Buffet and Casa Bonita Denver that's in writing, correct? |
| Robert Wheaton | That's correct. |
| Chris Dawes | And there's no consideration paid by Casa Bonita Denver to Star Buffet? |
| Robert Wheaton | I apologize, to (inaudible) the answer is there is no consideration exchanged between those two parties. |
| Chris Dawes | All right.  And, like with the Debtor, is it your position, you personally can terminate that arrangement between Star Buffet and Casa Bonita at any time? |
| Robert Wheaton | Based on business considerations at that point in time, I would make that decisions. |
| Chris Dawes | Okay.  Are there other than Casa Bonita Denver and the Debtor, are there any other licensees using this intellectual property? |
| Robert Wheaton | None. |
| Chris Dawes | All right.  The schedules also indicate that there is cash on hand of about $984,000 is that right? |
| Robert Wheaton | That is correct |
| Chris Dawes | All right.  And I understand from Mr. Dowdy's testimony earlier that's the money that the Debtor intends to use to operate in the short term? |

122865592.1

| | |
|---|---|
| Robert Wheaton | Yes. |
| Chris Dawes | Okay.  Is that, are those monies PPP loan proceeds? |
| Robert Wheaton | Yes. |
| Chris Dawes | Okay.  Entirely? |
| Robert Wheaton | Yes.  Ahh (interrupted) |
| Patti Chan | Is that Mr. Dowdy? |
| Ron Dowdy | Yes.  Yes, other than maybe pennies. |
| Chris Dawes | Okay.  And are there limitations as to how the Debtor can expend those PPP monies? |
| Robert Wheaton | Yes. |
| Chris Dawes | Okay.  And are there limits as to how much can be spent on something like for example, rent? |
| Robert Wheaton | Yes. |
| Chris Dawes | And what do you understand those limits to be? |
| Robert Wheaton | Well, there is a specific formula, I don't have the formula in front of me, I would defer to Ron who may have that handy, but I don't have that PPP document in front of me.  I would like to defer Ron if he has it. |
| Chris Dawes | It would be fine by me. |
| Ron Dowdy | Uh, I don't have the document in front me either.  But, but the basics of the PPP that, uh, you spend 60% on payroll and then that allows you to spend on other items…. |
| Chris Dawes | The other 40%? |
| Ron Dowdy | The basics of PPP |
| Chris Dawes | Is it Debtor's intent to assume the lease of my client? |
| Robert Wheaton | Yes |
| Chris Dawes | Okay.  And how, what is Debtor's plan or proposal to cure the arrearages on the lease? |
| Patti Chan | We haven't filed a, this is the Debtor's attorney, I don't think those are a fairly appropriate questions for a 341.  We're just figuring things out and we haven't filed a Plan yet or even really got passed the administrative hurdles. |

122865592.1

| | | |
|---|---|---|
| 1 2 | Chris Dawes | Okay.  But you do understand that the only so much as the cash on hand can be utilized to cure the lease, right? |
| 3 4 | Robert Wheaton | I do, I understand the rules, but, but that is the rules are fairly clear.  I just don't have them in front of me. |
| 4 5 | Chris Dawes | Okay.  All right.  The, there's been some mention of employees, as I understand it, there's currently three employees that the Debtor has, is that right? |
| 6 | Robert Wheaton | Yes. |
| 7 | Chris Dawes | And who are those employees? |
| 8 9 | Robert Wheaton | Dawn Mastiff is the acting general manager and I would defer to Ron and the payroll detail if he has it in front of him for the other two. |
| 10 | Ron Dowdy | I do not have that detail. |
| 11 12 | Chris Dawes | Do you know the names of your other, you have three employees, one which is Dawn Mastiff, do you know the names of your other two employees? |
| 13 | Robert Wheaton | I do not. |
| 14 | Chris Dawes | Do you know their titles? |
| 15 | Robert Wheaton | I do not. |
| 16 | Chris Dawes | Do you know their hire dates? |
| 17 | Robert Wheaton | I do not. |
| 18 | Chris Dawes | Do you know their comp? |
| 19 | Robert Wheaton | I do not. |
| 20 | Chris Dawes | Do you know who hired them? |
| 21 22 | Robert Wheaton | My understanding is that it would have been Dawn who hired them. |
| 23 | Chris Dawes | Okay.  I would ____ Mr. Dowdy's statement on that |
| 24 | Ron Dowdy | Yes, that's my understanding. |
| 25 | Chris Dawes | When did you hire them sir? |
| 26 | Ron Dowdy | I didn't hire them, Dawn. |
| 27 | Robert Wheaton | Dawn Mastiff hired them. |
| 28 | Chris Dawes | I see.  So, when did you hire Dawn? |

122865592.1

| Ron Dowdy | Her hire date was April 27th |
| Chris Dawes | So two weeks ago? |
| Ron Dowdy | Yes. |
| Chris Dawes | Okay. And is she on the payroll now? |
| Ron Dowdy | Yeah. |
| Chris Dawes | Okay. And had she been with the Debtor before it shut down a year or so ago? |
| Ron Dowdy | Yes. |
| Chris Dawes | She's a return employee then? |
| Ron Dowdy | Correct, yes. |
| Chris Dawes | As I understand it, there were another 30 or 40 employees that you're lining up on a part time basis, is that right? |
| Robert Wheaton | I believe my statement was that I expected, my response to Patti was that, that 90% would be part time, I would guess, I'll know more later this week we'll be full time. |
| Chris Dawes | Okay. So the 30 to 40 people that are going to come on are they, what are the general, what are they going to be doing? |
| Robert Wheaton | They will initially be doing different maintenance related activities, umm, I expect that at least two will be maintaining the gift shop, inventory and I believe that a couple will be taking employment applications. |
| Chris Dawes | Okay. So these, so these are not operational folks, these are people that kind of do clean up and address getting the space up and running? Is that fair? |
| Robert Wheaton | No, that's not correct. These are, for the most part, former employees who have expressed an interest in coming back, some of them worked in the kitchen, some of them worked as servers, some of them worked in a management capacity, some of them worked in an entertainment capacity, some of them worked in the arcade, and they have agreed to come back and work, until get the restaurant open and I expect as I should that a number of them the paperwork will be done this week in terms of hiring them and scheduling them to work. |
| Chris Dawes | Okay. Is that something that, is Dawn doing all that? |
| Robert Wheaton | Uhhh, later this week I will be helping Dawn so some of that. |
| Chris Dawes | Okay. |

122865592.1

| | | |
|---|---|---|
| 1<br>2 | Robert Wheaton | And other staff, there will be other staff that's been hired will help Dawn do that. |
| 3<br>4 | Chris Dawes | Got it. And are you, Mr. Wheaton, spending time in Colorado in the year 2021 in connection with these efforts? |
| 5<br>6 | Robert Wheaton | I haven't spent any meaningful time at all, as a matter of fact, I made my first trip to Denver last week, I spent, umm, I stand corrected I was there for one day two weeks ago and I was there for two days last week. |
| 7 | Chris Dawes | So who's quarterbacking the efforts to reopen the restaurant? |
| 8 | Robert Wheaton | I am. |
| 9 | Chris Dawes | Okay. All right. |
| 10 | Robert Wheaton | I'm going to have an open. |
| 11 | Chris Dawes | When is that? |
| 12<br>13 | Robert Wheaton | When the, umm the restaurant is cleaned and we get approval from the Health Department to reopen. |
| 14 | Chris Dawes | And do you have an estimated date for that? |
| 15 | Robert Wheaton | I do not. |
| 16 | Chris Dawes | Any, any estimate at all? |
| 17 | Robert Wheaton | I don't know what the Health Department is ehh going to require us to do. |
| 18 | Chris Dawes | Are you interfacing with the Health Department on that front? |
| 19 | Robert Wheaton | I have not to date interfaced with the Health Department. But I will be soon. |
| 20 | Chris Dawes | All right. Is the (interrupted) |
| 21<br>22<br>23<br>24<br>25<br>26 | Robert Wheaton | The Health Department, if I could just, we provided in 2020 and 2021 three proposals to reopen under certain circumstances that was done by the former general manager, Mike Mason, the Health Department rejected at least two of those three plans to reopen so I simply do not know what active stage the Health Department will require. I'm hopeful that it will, that they will be cooperative and that the requirements will be minimal. But I have no way of knowing until I meet with the Health Department and Dawn meets with the Health Department. And before I meet with the Health Department, I want everything to be right. So… |
| 27<br>28 | Chris Dawes | If I understand your testimony correct, then, no one from the Debtor has communicated with anyone from the Health Department in the last twelve months, is that fair? |

25

| | |
|---|---|
| Robert Wheaton | No, that is not what I said. I said, it's been twice in 2020 and once in 2000, or at least I thought I did, once in 2021, Mike Mason who is the former VP of operations for Casa Bonita met with the Health Department, provided a plan to reopen with the Health Department and that plan was, on at least two of the three occasions, rejected. |
| Chris Dawes | Okay. And what about the third? |
| Robert Wheaton | I don't know the outcome of the third. |
| Chris Dawes | Okay. All right. And so, when was that communication from Mike in 2021? Do you know when? |
| Robert Wheaton | I don't know the specific date, but I believe the last communication, I, I, I'm guessing I believe the last communication was March, early March or late February of 2021. |
| Chris Dawes | Okay. So, the Debtor would have some written proposals or plans they would have submitted to the Health Department? |
| Robert Wheaton | I'm sure, yes |
| Chris Dawes | Okay. Who would have those records? |
| Robert Wheaton | I will follow up with Mike Mason on my next trip to Denver. |
| Chris Dawes | Is Mike Mason in the employee of the Debtor currently? |
| Robert Wheaton | No. |
| Chris Dawes | All right. And the only employees now are Dawn and the two employees you were not able to identify, correct? |
| Robert Wheaton | That's correct. |
| Chris Dawes | All right. The, I know your schedules for the Debtor identifies Star Surplus Lines as the insurer for the property, is that right? |
| Robert Wheaton | If you'll allow me to go to that, can you refer to the page so I can get the answer? |
| Chris Dawes | Yes. If you take a look at page 5, part 11. |
| Robert Wheaton | I see page 5 but I, just allow me, I have, it's my page 7 but I'm there now. |
| Chris Dawes | Okay. Yeah, if you look on the right-hand corner, you'll see the reference to page 5 I think. |
| Robert Wheaton | Well, I'm looking at the, some bates, what I think are bate stamped docs at the bottom, but I see the page 5 reference that you are referring to |

122865592.1

| | | |
|---|---|---|
| 1 | Chris Dawes | Okay, okay.  So, Star Surplus is the property insurer? |
| 2 | Robert Wheaton | That's correct. |
| 3 | Chris Dawes | And the property insurance is paid in full through when? |
| 4 | Robert Wheaton | Ummm, December of this year. |
| 5 | Chris Dawes | Through December 2021? |
| 6 | Robert Wheaton | That's correct. |
| 7 | Chris Dawes | Okay. |
| 8 | Robert Wheaton | That same schedule shows Pinnacle is the workers' comp carrier, and then a primary and excess PO carrier (inaudible) insurer of Princeton. |
| 9 | | |
| 10 | Chris Dawes | Okay.  Are all of the Debtor's employees in the State of Colorado? |
| 11 | Robert Wheaton | To the extent that I will be an employee, I am not a resident of the State of Colorado. |
| 12 | | |
| 13 | Chris Dawes | All right.  You are not an employee of the Debtor, correct? |
| 14 | Robert Wheaton | No, I have never been an employee of the Debtor, I have been, my initial statement is I am the Debtor's CEO and sole director. |
| 15 | | |
| 16 | Chris Dawes | Are all of the Debtor's employees residents of the State of Colorado? |
| 17 | Robert Wheaton | To my knowledge. |
| 18 | Chris Dawes | Does the Debtor have any Creditors in the State of Arizona? |
| 19 | Robert Wheaton | The listing would suggest that the majority of the Creditors are Colorado Creditors. |
| 20 | | |
| 21 | Chris Dawes | Okay.  And I agree and I went through it, I didn't see any Arizona Creditors but that's why I was asking the question, does the Debtor have any Creditors in Arizona? |
| 22 | | |
| 23 | Robert Wheaton | There are none listed on the, in the Schedule. |
| 24 | Chris Dawes | Okay.   And the Schedules are true (beep interruption) to your personal knowledge, correct? |
| 25 | | |
| 26 | Robert Wheaton | They are true and complete and accurate to my knowledge. |
| 27 | Chris Dawes | All right.  So, we can state that the Debtor does not have any creditors in Arizona, correct? |
| 28 | | |

122865592.1

| Robert Wheaton | Yes. |
| Chris Dawes | All right, thanks those are the questions I have for the moment, I appreciate your time this morning. |
| Patti Chan | Okay |
| Chris Dawes | You're welcome. |
| Patti Chan | And, I'm going to turn to Mr. Hawkins and again state your name and appearance for the record. |
| Bill R. Hawkins | Bill R. Hawkins I am counsel for save Casa Bonita LLC. I just have a couple of questions to follow up from the other questions that were asked. Do you have the breakeven customer occupancy level percentage number? Or you would actually be on a breaking positive basis? |
| Robert Wheaton | Umm, I, I would tell you that historically, umm, (sigh). You know what, no. You indicated that right now the state is allowing 50% occupancy and that's going to be a negative status, is that right? I don't, I believe the way I understand Colorado and every state is slightly different is that there are state guidelines and then there are local and in our case Jefferson County's Health Department guidelines. And at the end of the day it's going to be Jefferson County that dictates what they expect, the rules that they except us to follow. And since I have not talked to Jefferson County, I don't know what Jefferson County's expectations are. |
| Bill R. Hawkins | Okay. I was just trying to get a flavor for how much occupancy has to go up before you believe you're going to be operationally positive. Do you know what that level is? |
| Robert Wheaton | Well the reason I'm hesitant is that Casa Bonita is more than a restaurant. As I pointed out earlier it has a lot of different elements to it. It has an entertainment element, it has an arcade element, it has a retail element and then it has a food element. And I know historically what those breakdowns have been. If Casa Bonita is allowed to operate at only 50% capacity, then to keep the losses to a minimum it may involve a different mix initially of those what I'll call 5 different revenue components. And so, I'm hesitant to give any numbers until I have a better handle on what the capacity is going to be. And when that is set, that will dictate where, what my targets are for those various revenue components and then I'll be able to tell what the breakeven is going to be. So when we put our pro formas together to provide the creditors, we have the rules we'll have the revenue mix and I'll be able to tell within a very small error range what we're, what losses we would sustain until we reach full capacity seating. But I don't know that now. |
| Bill R. Hawkins | Are you aware that my client is interested in purchasing the restaurant? |
| Robert Wheaton | No. Well, I heard that last night. I'm not sure I know who your client is. |

28

122865592.1

| | |
|---|---|
| Bill R. Hawkins | In connection with my client's interest to purchase the restaurant, I believe he said that you had incredibly well detailed financial statements for a lot of years going back.  In that regard, could we get the last 5 years detailed financial statement for operations? |
| Robert Wheaton | That request would have to be through counsel. |
| Bill R. Hawkins | Okay.  I've made that request, so I'll follow up with that.  Alright.  That's all I Have |
| Patti Chan | Okay.  And finally, Ms. Fishman?  Do you have any questions?   And again, please state your appearance for the record. |
| Jessie Fishman | Hi Jessie Fishman on behalf of Mr. Hernandez and I actually don't have questions.  Thank you. |
| Patti Chan | Okay.  I just have a few more. Mr. Wheaton, do you anticipate filing a plan of reorganization within the statutory timeframe or July 7, 2021? |
| Robert Wheaton | Yes. |
| Patti Chan | Thank you so much for providing all the documents we've requested.  Did Ms. Corklin speak with Mr. Dowdy or you about the monthly operating reports that need to filed due the following the month on the 21st? |
| Robert Wheaton | My understanding is yes, but I defer to Mr. Dowdy. |
| Mr. Dowdy | The answer is yes. |
| Patti Chan | And are you going to be completing the reports, or will you be hiring an accountant to assist with that? |
| Robert Wheaton | I will complete the reports. |
| Patti Chan | Okay.  So first to thank everyone for your time and patience.  We went longer than normal since normally we would have other 341 meetings but that would have resulted in just a continued 341 so instead, we were able to complete the questions.  So, at this time I have no further questions and this 341 meeting for the Debtor is concluded.  Thank you. |

122865592.1