**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: <br><br> SUMMIT FAMILY RESTAURANTS INC., <br><br> Debtor. | Case No. 21-13328 MER <br><br> Chapter 11 |

**PARTIES' STIPULATED FACTS FOR AUGUST 25, 2021 HEARING**

Creditor, BSV Lamont JCRS, LLC, through counsel, Fox Rothschild LLP, and Debtor, Summit Family Restaurants, Inc., through counsel, Kutner Brinen Dickey Riley, P.C., submit the following Stipulated Facts pursuant to the Order and Notice of Hearing by Video Conference (Doc. 94):

1. BSV Lamont JCRS, LLC, as Landlord ("Landlord"), and Summit Family Restaurants, Inc., as Tenant ("Tenant" or "Debtor"), are parties to that certain Shopping Center Lease, dated September 12, 2014, for the lease of that certain premises, commonly known as Casa Bonita, in the JCRS Shopping Center n/k/a Lamar Station Plaza, located at 6715 West Colfax Avenue, Lakewood, Colorado 80214 (the "Premises") (the "Lease"). *See* Lease.

2. The Lease includes the following provision regarding liquidated damages:

> 9.1 Tenant shall commence business operations in the Demised Premises on or immediately after the Commencement date and shall continuously and uninterruptedly operate its business in an efficient, high class and reputable manner so as to produce the maximum amount of sales from the Demised Premises. Tenant shall not at any time leave the Demised Premises vacant, but shall in good faith continuously throughout the Lease Term conduct and carry-on in the entire Demised Premises the type of business for which the Demised Premises is leased. Tenant shall keep the Demised Premises open to the public for business with adequate personnel in attendance and with adequate stock during Business Hours, except to the extent Tenant may be prohibited from being open for business by applicable law ordinance or governmental regulation if Tenant shall fail to cause its business to be operated during Business Hours in addition to any other remedy available to Landlord under this Lease Tenant shall pay to Landlord, as liquidated damages for such breach, a sum equal to Two Hundred Dollars 200 ($200.00) for each hour or portion thereof during which Tenant shall fail to so operate notwithstanding the foregoing, in no event shall Tenant be required to operate at the Demised Premises on Thanksgiving Day or on Christmas Day.

*See* Lease, Article 9, Section 9.1.

3. Pursuant to the Lease, Debtor's Business Hours are "from 11:00 a.m. to 9:00 p.m. on Mondays through Thursdays; 11:00 a.m. to 10:00 p.m. Fridays and Saturdays; and 11:00 a.m. to 9:00 p.m. Sundays." *See* Lease, Article 1, Section 1.1(t).

4. BSV Lamont, as Landlord, and Ross Dress for Less, Inc. ("Ross"), as Tenant, are parties to that certain Lease, dated August 9, 2016, for the lease of that certain premises, commonly known as Ross Dress for Less, in the JCRS Shopping Center n/k/a Lamar Station Plaza, located at 6715 West Colfax Avenue, Lakewood, Colorado 80214 (the "RDL Lease"). *See* RDL Lease.

5. On March 11, 2020, Colorado's Governor, Jared Polis, issued Executive Order D 2020 003, Declaring a Disaster Emergency Due to the Presence of Coronavirus Disease 2019 in Colorado.

6. On March 16, 2020, the Colorado Department of Public Health and Environment ("CDPHE") issued Public Health Order 20-22 Closing Bars, Restaurants, Theaters, Gymnasiums, and Casinos Statewide ("PHO 20-22).

7. Pursuant to PHO 20-22, effective March 17, 2020 at 8:00 a.m., certain places of public accommodation, including, without limitation, restaurants, were ordered "closed to ingress, egress, use and occupancy by members of the public." However, such places of public accommodation, including, without limitation, restaurants, were "encouraged to offer food and beverage using delivery service, window service, walk-up service, drive-through service, or drive-up service …."

8. On March 17, 2020, Debtor closed Casa Bonita for ingress, egress, use and occupancy by members of the public, and did not offer food and beverage using delivery service, window service, walk-up service, drive-through service, or drive-up service.

9. On May 25, 2020, Colorado's Governor, Jared Polis, issued Executive Order D 2020 079 Amending and Extending Executive Order D 2020 044 Safer at Home ("EA D 2020-079").

10. Pursuant to EA D 2020-079, prior Executive Order D 2020 044[1] was amended to "[p]ermit Places of Public Accommodation to offer food and beverage using delivery service, window service, walk-up service, drive-through service, drive-up service, curbside delivery, outside dining, limited indoor dining, or any other manner set forth in an existing Executive Order or PHO and in accordance with mandatory Social Distancing Requirements."

11. On May 26, 2020, CDPHE issued Fourth Amended Public Health Order 20-28 Safer at Home ("Fourth Amended PHO 20-28").

---

[1] Pursuant to Executive Order D 2020 044, places of public accommodation were not allowed to have indoor or outdoor dining.

125284106.1

12. Pursuant to the Fourth Amended PHO 20-28, "[e]ffective May 27, 2020, Restaurants may open to in-person dining at 50% of the indoor posted occupancy code limit, not to exceed 50 people, whichever is less. Tables or groups must be limited to no more than 8 people and be spaced so that patrons are a minimum of 6 feet apart. Restaurants may also use any existing, licensed outdoor space for in-person dining with the same group limit of 8 and minimum spacing of 6 feet apart. Restaurants must have or obtain approval from their local government's permitting, building and fire code oversight agency for any new outdoor dining space prior to use."

13. On June 1, 2020, Colorado's Governor, Jared Polis, issued Executive Order D 2020 091, Safer at Home and in the Vast, Great Outdoors ("EA D 2020-091").

14. Pursuant to EA D 2020-091, the Executive Director of CDPHE was directed to issue new or amended public health orders that would "[p]ermit Places of Public Accommodation to offer food and beverage using delivery service, window service, walk-up service, drive-through service, drive-up service, curbside delivery, outside dining, limited indoor dining, or any other manner set forth in an existing Executive Order or PHO and in accordance with mandatory Social Distancing Requirements and cleaning and disinfection protocols."

15. On June 5, 2020, CDPHE issued Seventh Amended Public Health Order 20-28 Safer at Home and in the Vast, Great Outdoors ("Seventh Amended PHO 20-28").

16. Pursuant to the Seventh Amended PHO 20-28, "… [e]ffective June 18, 2020, extra large Restaurants may expand to no more than 100 patrons indoors within their usable space calculated using the Social Distancing Space Calculator. Tables or groups must be limited to no more than 8 people and be spaced so that patrons are a minimum of 6 feet apart. Restaurants may also use any existing, licensed outdoor space for in-person dining with the same group limit of 8 and minimum spacing of 6 feet apart. Restaurants must have or obtain approval from their local government's permitting, building and fire code oversight agency for any new outdoor dining space prior to use."

17. On September 15, 2020, CDPHE issued Public Health Order 20-35 Safer at Home Dial ("PHO 20-35"), which superseded and replaced PHO 20-22 and PHO 20-28, as amended.

18. Pursuant to PHO 20-35, restrictions on restaurant operations were determined, by County, based on three (3) Safer at Home Levels, as follows:

| Level 1 | **Restaurants** may operate at 50% of the posted occupancy limit indoors not to exceed 175 people, whichever is less, per room. **Restaurants** may also use any existing, licensed outdoor space for in-person dining with the same group limit of 10 and minimum spacing of 6 feet apart. |

3

125284106.1

| Level 2 | **Restaurants** may operate at 50% of the posted occupancy limit indoors not to exceed 50 people, whichever is less, per room. Extra large establishments may expand to no more than 100 patrons indoors per room within their usable space calculated using the Distancing Space Calculator. Outdoor dining operates the same as Level 1. |
|---|---|
| Level 3 | **Restaurants** may operate at 25% of the posted occupancy limit indoors not to exceed 50 people, whichever is less, per room. Restaurants may also use any existing, licensed outdoor space for in-person dining with the same group limit of 10 and minimum spacing of 6 feet apart. |

19. On November 2, 2020, CDPHE issued Public Health Order 20-36 Covid-19 Dial ("PHO 20-36"), which superseded and replaced PHO 20-35.

20. Pursuant to PHO 20-36, restrictions on restaurant operations were determined, by County, based on various Safer at Home Levels. For example, restaurant located in a county that met Level Blue requirements could "operate at 50% of the posted occupancy limit indoors not to exceed 175 people excluding staff, whichever is less, per room."

21. PHO 20-36 was amended numerous times to, among other things, make changes to the Safer at Home Levels.

22. On April 6, 2021, Debtor filed a voluntary bankruptcy petition under Subchapter V of Chapter 11 of the Bankruptcy Code.

23. As of April 6, 2021, Debtor had not re-opened Casa Bonita for food, beverage and/or entertainment services.

24. On April 15, 2021, CDPHE issued Public Health Order 20-38 Limited Covid-19 Restrictions ("PHO 20-38"), which superseded and replaced PHO 20-36, as amended.

25. Pursuant to PHO 20-38, all state-imposed restrictions on restaurant operations were lifted.

26. On April 13, 2021, the Jefferson County Public Health Department ("JCPH") issued Public Health Order 21-001 Covid-19 Dial, which was subsequently amended on April 20, 2021 ("JeffCo PHO 21-001").

27. Pursuant to JeffCo PHO 21-001, Jefferson County adopted Colorado's Covid-19 Dial Framework set forth in the CDPHE's Tenth Amended Public Health Order 20-36 and for the

period of April 16, 2021 through May 15, 2021, continued to impose certain limitations on operations of restaurants.

28. Pursuant to JeffCo PHO 21-001, as of May 16, 2021, all restrictions on restaurant located in Jefferson County were lifted.

Respectfully submitted this 11th day of August, 2021.

| | |
|---|---|
| Fox Rothschild LLP | Kutner Brinen Dickey Riley, P.C. |
| */s/ Christopher J. Dawes* | */s/ Jonathan M. Dickey* |
| Christopher J. Dawes, Esq., Atty. No. 33818 | Jonathan M. Dickey, Esq., Atty. No 46981 |
| 1225 17th Street, Suite 2200 | 1660 Lincoln Street, Suite 1720 |
| Denver, CO 80202 | Denver, CO 80264 |
| Phone: (303) 292-1200 | Phone: (303) 832-2400 |
| Fax: (303) 292-1300 | Email: jmd@kutnerlaw.com |
| Email: cdawes@foxrothschild.com | |
| | *Attorneys for Summit Family Restaurants, Inc.* |
| Heather L. Ries, Esq., Atty. No. 581933 (FL) | |
| 777 South Flagler Drive | |
| Suite 1700 West Tower | |
| West Palm Beach, FL | |
| Phone: (561) 835-9600 | |
| Fax: (561) 835-9602 | |
| Email: hries@foxrothschild.com | |
| | |
| *Attorneys for BSV Lamont JCRS, LLC* | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2021, I served a true and correct copy of the foregoing **PARTIES' STIPULATED FACTS FOR AUGUST 25, 2021 HEARING** via CM/ECF on the following:

Patrick F. Keery
Keery McCue PLLC
6803 E. Main Street, Suite 1116
Scottsdale, AZ 85251

Jeffrey S. Brinen
Jonathan M. Dickey
Kutner Brinen Dickey Riley, P.C.
1660 Lincoln Street, Suite 1720
Denver, CO 80264

Christopher C. Simpson
Osborn Maledon PA
2929 North Central Avenue, 21st Floor
Phoenix, AZ 85012

Robert Samuel Boughner
U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, CO 80294

Patty Chan
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003

D. Lamar Hawkins
Guidant Law Firm
402 E. Southern Avenue
Tempe, AZ 85282

Matthew D. Skeen, Jr.
217 East 7th Avenue
Denver, CO 80203

And via first-class, United States mail, postage prepaid, addressed to the following:

Summit Family Restaurants Inc.
4340 East Indian School Road, Suite 21-305
Phoenix, AZ 85018

                                                            */s/ Rhonda A. Hanshe*
                                                            for Fox Rothschild LLP

125284106.1