# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>SUMMIT FAMILY RESTAURANTS INC.,<br><br>Debtor. | Case No. 21-13328<br><br>Chapter 11 |

## BSV LAMONT JCRS LLC'S LIST OF WITNESSES AND EXHIBITS FOR AUGUST 25, 2021 HEARING

Creditor, BSV Lamont JCRS LLC ("BSV"), through counsel, Fox Rothschild LLP, hereby designates the following witnesses and exhibits for the hearing set for August 25, 2021 at 10:00 a.m. by Zoom video conference.

### Part 1  Witnesses

BSV **will call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| Terry Burka | Mr. Burka is an authorized representative of BSV. Mr. Burka will testify regarding the Lease between Debtor and BSV, the Lease between BSV and Ross Dress for Less, Inc., Debtor's closure of Casa Bonita, and the impact on, and damages incurred by, BSV as a result thereof, and any other facts relevant to the the issues set for Hearing on August 25, 2021. |

BSV **may call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| Lucas Aguilar | Mr. Aguilar is an authorized representative of BSV, who manages properties in Colorado, including the Shopping Center where Casa Bonita is located. Mr. Aguilar may testify as to his interactions with Debtor, Debtor's closure of Casa Bonita, and any other facts relevant to the the issues set for Hearing on August 25, 2021. |

125033634.1

| Witness name | Nature of testimony |
|---|---|
| Michael Jacoby | Mr. Jacoby is an authorized representative of BSV. Mr. Jacoby may testify regarding the Lease between Debtor and BSV, the Lease between BSV and Ross Dress for Less, Inc., Debtor's closure of Casa Bonita, and the impact on, and damages incurred by, BSV as a result thereof, and any other facts relevant to the the issues set for Hearing on August 25, 2021. |
| Robert Wheaton | Mr. Wheaton is the CEO of Debtor. Mr. Wheaton may testify regarding the Lease between Debtor and BSV, Debtor's closure of Casa Bonita, and any other facts relevant to the the issues set for Hearing on August 25, 2021. |
| Ron Dowdy | Mr. Dowdy is the Secretary and Treasurer of Debtor. Mr. Dowdy may testify regarding the Lease between Debtor and BSV, Debtor's closure of Casa Bonita, and any other facts relevant to the the issues set for Hearing on August 25, 2021. |

## Part 2  Exhibits

| Exhibit number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional comments (electronic, video, paper, etc.) |
|---|---|---|---|---|
| 1 | Shopping Center Lease dated September 12, 2014 | | | |
| 2 | Redlined Shopping Center Lease | | | |
| 3 | Lease with Ross Dress for Less, Inc. dated August 9, 2016 | | | Confidential document – will be provided subject to agreement on a Confidentiality Order |
| 4 | Notice of Reduced Occupancy Period dated December 7, 2020 | | | Confidential document – will be provided subject to agreement on a Confidentiality Order |
| 5 | Ross Dress for Less Rent Loss Worksheet | | | Confidential document – will be provided subject to agreement on a Confidentiality Order |

125033634.1

| Exhibit number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional comments (electronic, video, paper, etc.) |
|---|---|---|---|---|
| 6 | Partner Loan Interest Worksheet | | | |
| 7 | Declaration of Covenants Imposing and Implementing the Lamar Station Plaza Public Improvements Fee dated April 1, 2016 | | | |
| 8 | Liquidated Damages Calculation | | | |
| 9 | Executive Order D 2020 003, dated March 11, 2020 | | | |
| 10 | CDPHE PHO 20-22, dated March 16, 2020 | | | |
| 11 | Executive Order D 2020 079, dated May 25, 2020 | | | |
| 12 | CDPHE Fourth Amended PHO 20-28 | | | |
| 13 | Executive Order D 2020-091, dated June 1, 2020 | | | |
| 14 | CDPHE Seventh Amended PHO 20-28, dated June 5, 2020 | | | |
| 15 | CDPHE PHO 20-35, dated September 15, 2020 | | | |
| 16 | CDPHE PHO 20-36, dated November 2, 2020 | | | |
| 17 | CDPHE PHO 20-38, dated April 15, 2021 | | | |
| 18 | JCPH Amended PHO 21-001, dated April 20, 2021 | | | |
| | Without waiving any objections, any document or exhibit endorsed, listed, or utilized by any other party | | | |
| | Without waiving any objections, any exhibit necessary for impeachment, foundation, or rebuttal purposes | | | |

125033634.1

**DATED** this 11th day of August, 2021.  **FOX ROTHSCHILD LLP**

/s/ Christopher J. Dawes
Christopher J. Dawes, Esq., Atty. No. 33818
1225 17th Street, Suite 2200
Denver, CO 80202
Phone: (303) 292-1200
Fax: (303) 292-1300
Email: cdawes@foxrothschild.com

Heather L. Ries, Esq., Atty. No. 581933 (FL)
777 South Flagler Drive
Suite 1700 West Tower
West Palm Beach, FL
Phone: (561) 835-9600
Fax: (561) 835-9602
Email: hries@foxrothschild.com
*Attorneys for BSV Lamont JCRS, LLC*

125033634.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2021, I served a true and correct copy of the foregoing **BSV LAMONT JCRS LLC'S LIST OF WITNESSES AND EXHIBITS FOR AUGUST 25, 2021 HEARING** via CM/ECF on the following:

Patrick F. Keery
Keery McCue PLLC
6803 E. Main Street, Suite 1116
Scottsdale, AZ 85251

Jeffrey S. Brinen
Jonathan M. Dickey
Kutner Brinen Dickey Riley, P.C.
1660 Lincoln Street, Suite 1720
Denver, CO 80264

Christopher C. Simpson
Osborn Maledon PA
2929 North Central Avenue, 21st Floor
Phoenix, AZ 85012

Robert Samuel Boughner
U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, CO 80294

Patty Chan
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003

D. Lamar Hawkins
Guidant Law Firm
402 E. Southern Avenue
Tempe, AZ 85282

Matthew D. Skeen, Jr.
217 East 7th Avenue
Denver, CO 80203

And via first-class, United States mail, postage prepaid, addressed to the following:

Summit Family Restaurants Inc.
4340 East Indian School Road, Suite 21-305
Phoenix, AZ 85018

                                                           */s/ Rhonda A. Hanshe*
                                                           for Fox Rothschild LLP

125033634.1