Christopher C. Simpson, 018626
OSBORN MALEDON, P.A.
2929 North Central Avenue
21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
csimpson@omlaw.com

*SubChapter V Trustee*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

| In re: | Chapter 11 Proceedings |
|---|---|
| SUMMIT FAMILY RESTAURANTS, INC.<br><br>Debtor | Case No. 1:21-bk-013328-MER<br><br>**NOTICE OF ACCRUED PENDING ADMINISTRATIVE EXPENSES OF CHAPTER 11 SUBCHAPTER V TRUSTEE** |

Attached hereto is an informational statement of the accrued administrative fees of the Subchapter V Trustee in this case. These fees have not been approved by the Court and are for informational purposes only.

DATED this 12th day of June, 2021.

OSBORN MALEDON, P.A.

By  /s/ Christopher C. Simpson
Christopher C. Simpson
2929 North Central Avenue
21st Floor
Phoenix, Arizona 85012-2793
*SubChapter V Trustee*

CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Peggy Nieto

9097760



2929 North Central Avenue  Telephone  602.640.9000
21st Floor  Facsimile  602.640.9050
Phoenix, Arizona 85012  omlaw.com

Tax ID # 86-0789930

Christopher C. Simpson  August 11, 2021
Chapter 11 Subchapter V Trustee  Matter: 18784.6
2929 N Central Ave Ste 2100  Invoice: 250910
Phoenix, AZ  85012

## INVOICE SUMMARY

For Professional Services Rendered and Disbursements Advanced for the period ending: July 31, 2021

**RE:  Summit Family Restaurants**

| | |
|---|---|
| Total Professional Services | $ 18,975.00 |
| Total Disbursements Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 18,975.00** |



2929 North Central Avenue  
21st Floor  
Phoenix, Arizona 85012  

Telephone 602.640.9000  
Facsimile 602.640.9050  
omlaw.com

**Matter: 18784.6**

**RE:  Summit Family Restaurants**

**PROFESSIONAL SERVICES**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 4/07/21 | CCS | Review docket and available information; conference with Ms. Chan of Office of U.S. Trustee and begin review of information from prior plan. | .60 | 330.00 |
| 5/03/21 | CCS | Review Notice of Hearing on BSV Lamont JCRS LLC's Motion to Transfer Venue & Motion to Allow and Compel Payment of Administrative Expense under 11 USC 365(d)(3) and review motions; research recent amendments resulting from Consolidated Appropriations Act, 2021 providing an opportunity for an additional 60 days under 365(d)(3)(B) and communications with Wes Ray. | 1.40 | 770.00 |
| 5/04/21 | CCS | Conference with Andrew Novick of Save Casa Bonita and follow up communication directing to District Court website with official forms and instructions and suggestion to hire counsel. | 1.60 | 880.00 |
| 5/04/21 | CCS | Communications with Wesley Ray and Sierra Minder and schedule conference. | .20 | 110.00 |
| 5/05/21 | CCS | Review status and prepare for call with Debtor's counsel regarding requested information on intercompany transfers. | 1.10 | 605.00 |
| 5/05/21 | CCS | Conference with Wesley Ray and Sierra Minder regarding requested information. | .50 | 275.00 |
| 5/05/21 | CCS | Communications with UST's office regarding pending information and continued IDI and review information forwarded by Ms. Korklan. | .40 | 220.00 |
| 5/06/21 | CCS | Email Lorraine Korklan regarding call with Ron Dowdy and Debtor's counsel. | .10 | 55.00 |
| 5/06/21 | CCS | Conference call with Sierra Minder and Ron Dowdy regarding history and specifics of intercompany transfers. | 1.50 | 825.00 |
| 5/06/21 | CCS | Study spreadsheet of intercompany activates and tie portion to tax returns and schedule L in anticipation for conference call with Ron Dowdy and Debtor's counsel. | 2.30 | 1,265.00 |
| 5/06/21 | CCS | Initial review and analysis of working papers and trial balance spreadsheet associated with prior tax returns. | 1.60 | 880.00 |
| 5/06/21 | CCS | Draft initial notes to intercompany transfer spreadsheets. | .40 | 220.00 |
| 5/06/21 | CCS | Call with counsel for Save Casa Bonita regarding case background and status. | .30 | 165.00 |
| 5/11/21 | CCS | Prepare for and participate in 341 hearing. | 2.40 | 1,320.00 |
| 5/12/21 | CCS | Field call from individual that expressed interest in acquiring the property; advise them on process and to retain local counsel. | .80 | 440.00 |
| 5/12/21 | CCS | Review notice of examination and make an additional attempt to | .20 | 110.00 |

Osborn Maledon P.A.

Invoice: 250910  
Matter: 18784.6

August 11, 2021

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| | | schedule an initial conference with Christopher Dawes and Heather Ries. | | |
| 5/12/21 | CCS | Review and finalize invoice summary for accruing administrative fees and prepare notice of accrued pending administrative expenses. | .50 | 275.00 |
| 5/13/21 | CCS | Review message from Andrew Novick and respond. | .30 | 165.00 |
| 5/20/21 | CCS | Evaluation of statements of operations, tax information and financial data from 2017 through 2021 in order to determine date range for insolvency of Debtor for purposes evaluating potential intercompany avoidance actions; begin review of discrete subsection of transfers. | 2.80 | 1,540.00 |
| 5/21/21 | CCS | Continue work on solvency analysis. | 1.20 | 660.00 |
| 5/25/21 | CCS | Further correspondence with Mr. Dawes and Ms. Ries in an attempt to schedule conference call. | .10 | 55.00 |
| 5/25/21 | CCS | Correspondence to Sierra Minder and Wesley Ray requesting addition information on specific transfers. | .20 | 110.00 |
| 5/25/21 | CCS | Complete analysis of intercompany receivable carried on tax return and analysis of potentially avoidable intercompany transfers and complete construction of spreadsheet presenting analysis. | 3.70 | 2,035.00 |
| 5/27/21 | CCS | Conference with Christopher Dawes and Brad Pack regarding Landlord's goals and claims in the case. | .50 | 275.00 |
| 5/28/21 | CCS | Update analysis and send correspondence to Ms. Chan of U.S. Trustee's office detailing analysis and recommendations regarding avoidable transfers. | .70 | 385.00 |
| 6/01/21 | CCS | Review motion in support of change of venue; review reply n support of motion to compel payment of administrative expense for rent. | .40 | 220.00 |
| 6/10/21 | CCS | Review and analyze revised objection to subchapter V election. | .40 | 220.00 |
| 6/14/21 | CCS | Prepare for and attend status hearing. | .60 | 330.00 |
| 6/15/21 | CCS | Prepare for and participate in status conference. | .60 | 330.00 |
| 6/22/21 | CCS | Prepare for and participate in motion to transfer venue. | 1.00 | 550.00 |
| 6/23/21 | CCS | Conference with Ms. Chan regarding transfer of case. | .20 | 110.00 |
| 7/12/21 | CCS | Review motion to employ counsel; review case status and developments. | 1.00 | 550.00 |
| 7/12/21 | CCS | Prepare and file report of no distribution for closed Arizona case. | .50 | 275.00 |
| 7/12/21 | CCS | Review Colorado docket and update information; send email to Court staff concerning scheduled video status conference. | .40 | 220.00 |
| 7/12/21 | CCS | Begin preliminary review and analysis of Debtor's Plan of Reorganization. | 1.20 | 660.00 |
| 7/15/21 | CCS | Conference with John Dickey regarding status of case, initial report and expected timelines. | .40 | 220.00 |
| 7/15/21 | CCS | Review filed status report. | .20 | 110.00 |
| 7/20/21 | CCS | Prepare for and attend status conference. | .60 | 330.00 |
| 7/30/21 | CCS | Review and analyze Amended Objection Filed by Christopher J Dawes ; review caselaw and secondary sources relevant to Subchapter V eligibility issues. | 1.60 | 880.00 |

Osborn Maledon P.A.

Invoice: 250910  August 11, 2021
Matter: 18784.6

| | |
|---|---:|
| TOTAL PROFESSIONAL SERVICES | $ 18,975.00 |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Total |
|---|---:|---:|---:|
| C. Simpson | 550.00 | 34.50 | 18,975.00 |
| **Total** | | **34.50** | **$ 18,975.00** |

| | |
|---|---:|
| **TOTAL THIS INVOICE** | **$ 18,975.00** |



2929 North Central Avenue  
21st Floor  
Phoenix, Arizona 85012  

Telephone　602.640.9000  
Facsimile　602.640.9050  
omlaw.com  

Tax ID # 86-0789930

Christopher C. Simpson  
Chapter 11 Subchapter V Trustee  
2929 N Central Ave Ste 2100  
Phoenix, AZ  85012  

August 11, 2021  
Matter: 18784.6  
Invoice: 250910  

## REMITTANCE ADVICE

**RE:   Summit Family Restaurants**

---

**BALANCE DUE THIS INVOICE**　　　　　　　**$ 18,975.00**

---

Please return this advice with payment to:　　Osborn Maledon P.A.  
　　Attn:  Accounts Receivable  
　　P.O. Box 36379  
　　Phoenix, Arizona 85067-6379  

**PAYMENT DUE UPON RECEIPT**

Invoices unpaid after 30 days are delinquent.

To ensure proper credit please identify your remittance with invoice number: 250910

*Thank you!*  
*Your business is appreciated greatly.*