UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 21-13328-MER |
| SUMMIT FAMILY RESTAURANTS INC. | ) ) | |
| | ) | Chapter 11 |
| | ) | Subchapter V |
| Debtor. | ) | |

**UNOPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING SET FOR AUGUST 25, 2021**

The Debtor and Debtor-in-Possession, Summit Family Restaurants, Inc. ("Debtor"), by and through its attorneys, Kutner Brinen, P.C., moves the Court for an Order continuing the evidentiary hearing ser for August 25, 2021:

1. The Debtor filed its Voluntary Petition pursuant to Subchapter V of Chapter 11 of the Bankruptcy Code on April 6, 2021 in the Bankruptcy Court for the District of Arizona under Case Number 21-02477-BKM. On June 23, 2021, venue of the case was transferred to the Bankruptcy Court for the District of Colorado. The Debtor remains debtor in possession.

2. BSV Lamont JCRS LLC ("BSV") filed its Motion to Allow and Compel Payment of Administrative Expense Claim Under 11 U.S.C. §§ 365(d)(3) and 503(b)(1). Debtor filed its Response in Opposition. BSV filed its reply and supplemental briefing was filed by the parties.

3. The Court set the matter for a one-day evidentiary hearing on August 25, 2021 at 10:00 a.m.

4. Debtor has reached an agreement in principle to sell Casa Bonita. The parties are working to formally document the sale, at which time a sale motion will be filed with the Court.

5. In light of the potential sale, the Debtor and BSV have agreed to continue the evidentiary hearing set for August 25, 2021, and all accompanying deadlines, to a date and time to be determined by the Court.

6. Cause exists to continue the hearing as requested herein because a completed sale of Casa Bonita may resolve the issues between the Debtor and BSV and remove the need for a hearing entirely.

7. In light of the above, the Debtor respectfully requests the Court continue the hearing set for August 25, 2021, and for all other just and proper relief.

WHEREFORE, the Debtor requests the Court enter an Order continuing the evidentiary set for August 25, 2021 and all accompanying deadlines to a date to be determined by the Court, and for such further and additional relief as to the Court may appear proper.

DATED: August 17, 2021

Respectfully submitted,

By: /s/ *Jonathan M. Dickey*
Jonathan M. Dickey, #46981
KUTNER BRINEN DICKEY RILEY, P.C.
1660 Lincoln Street, Suite 1720
Denver, CO 80264
jmd@kutnerlaw.com
Telephone: 303-832-3047

### CERTIFICATE OF MAILING

I do hereby certify that on the 17th day of August, 2021, a true and correct copy of the foregoing **UNOPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING SET FOR AUGUST 25, 2021** was served by CM/ECF upon the following:

| | |
|---|---|
| Robert Samuel Boughner, Esq. | Christopher C. Simpson, Trustee |
| Matthew D. Skeen, Jr., Esq. | D. Lamar Hawkins, Esq. |
| Patty Chan, Esq. | Bradley D. Pack, Esq. |
| Christopher J. Dawes, Esq. | Patrick F. Keery, Esq. |
| Heather L. Ries, Esq. | |

/s/ *Jonathan M. Dickey*
Jonathan M. Dickey