UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 21-13328-MER |
| SUMMIT FAMILY RESTAURANTS ) | |
| INC. ) | |
| ) | Chapter 11 |
| ) | Subchapter V |
| Debtor. ) | |

**STATUS REPORT REGARDING PLAN**

The Debtor, Summit Family Restaurants Inc., by and through its attorneys, Kutner Brinen Dickey Riley, P.C., hereby submits its Status Report regarding its Plan and states as follows:

1. The Debtor filed its Voluntary Petition pursuant to Subchapter V of Chapter 11 of the Bankruptcy Code on April 6, 2021 in the Bankruptcy Court for the District of Arizona under Case Number 21-02477-BKM. On June 23, 2021, venue of the case was transferred to the Bankruptcy Court for the District of Colorado.

2. Debtor has reached an agreement in principle to sell Casa Bonita to an entity owned by the creators of the television show South Park. The parties are working to formally document the sale at which time a sale motion will be filed with the Court. On August 17, 2021, and as a result of the above, the Debtor filed its unopposed motion to continue the hearing set for August 25, 2021 regarding the claim of BSV Lamont JCRS LLC.

3. Based on the agreement in principle, the sale price will be in an amount sufficient to pay all undisputed creditors of the Debtor's estate in full. Thus, after the sale motion is filed, the Debtor will file an Amended Chapter 11 Plan, using the proceeds from the sale to pay all its creditors in full.

4. As of the date of this Status Report, Debtor has received all permits and permissions necessary to reopen Casa Bonita in its current form. For the moment, the Debtor is delaying any reopening while the sale is documented and approved by the Court.

DATED: August 18, 2021          Respectfully submitted,

By: */s/ Jonathan M. Dickey*
       Jeffrey S. Brinen, #20565
       Jonathan M. Dickey, #46981
       KUTNER BRINEN DICKEY RILEY, P.C.
       1660 Lincoln Street, Suite 1720
       Denver, CO 80264
       jmd@kutnerlaw.com
       Telephone: 303-832-2400

## CERTIFICATE OF MAILING

      I do hereby certify that on the 18th day of August, 2021, a true and correct copy of the foregoing **STATUS REPORT REGARDING PLAN** was deposited in the United States mail, proper postage prepaid, addressed to the following:

Robert Samuel Boughner, Esq.
US Trustee's Office
Byron G. Rogers Federal Building
1961 Stout Street
Suite 12-200
Denver, CO 80294

Christopher C. Simpson, Trustee
Osborn Maledon PA
2929 North Central Avenue
Suite 2100
Phoenix, AZ 85012

Matthew D. Skeen, Jr., Esq.
217 East 7th Avenue
Denver, CO 80203

D. Lamar Hawkins, Esq.
Guidant Law Firm
402 East Southern Avenue
Tempe, AZ 85282

Patty Chan, Esq.
Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003

Bradley D. Pack, Esq.
Engelman Berger, P.C.
2800 North Central Avenue
Suite 1200
Phoenix, AZ 85004

Christopher J. Dawes, Esq.
Fox Rothschild – Denver
1225 17th Street
Suite 2200
Denver, CO 80202

Patrick F. Keery, Esq.
Keery McCue, PLLC
6803 East Main Street
Suite 1116
Scottsdale, AZ 85251

Heather L. Ries, Esq.
Fox Rothschild LLP
777 South Flagler Drive
Suite 1700 West Tower
West Palm Beach, FL 33401-6159


**/s/Vicky Martina**
**Vicky Martina**
**Kutner Brinen Dickey Riley PC**