UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | )    Case No. 21-13328-MER |
| SUMMIT FAMILY RESTAURANTS INC. | ) |
| | ) |
| | )    Chapter 11 |
| | )    Subchapter V |
| Debtor. | ) |

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING SET FOR AUGUST 25, 2021**

This matter having come before the Court on the Motion of Summit Family Restaurants Inc. to continue the evidentiary hearing set for August 25, 2021, the Court, having reviewed the Motion and being duly advised does hereby

ORDER the Motion is GRANTED. The evidentiary hearing on BSV Lamont JCRS LLC's Motion to Allow and Compel Payment of Administrative Expense Claim Under 11 U.S.C. §§ 365(d)(3) and 503(b)(1) for Post-Petition Amounts Due for Rents on a Non-Residential Lease is hereby CONTINUED to **September 17, 2021 at 9:30 a.m**. The hearing shall be held in person and has been set for one day. It is further

ORDERED witness and exhibit lists have already been filed by the parties. Written objections directed to those witnesses and exhibit must be filed with the Court and served on opposing counsel or party on or before **September 10, 2021**. It is further

ORDERED parties will deliver their exhibits to the Court on or before **September 13, 2021**. It is further

ORDERED except as otherwise provided herein, the Order and Notice of Hearing entered by the Court on July 21, 2021 at Docket No. 94 shall control regarding this hearing.

Done and entered this 18th day of August, 2021, at Denver, Colorado.

Honorable Michael E. Romero
United States Bankruptcy Judge