United States Bankruptcy Court
District of Colorado

In re:     Case No. 21-13328-MER
Summit Family Restaurants Inc     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 2
Date Rcvd: Aug 16, 2021     Form ID: pdf904     Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Summit Family Restaurants Inc, 4340 E. Indian School Road, Ste 21-305, Phoenix, AZ 85018-5395 |
| aty | + | Bradley D. Pack, ENGELMAN BERGER, P.C., 2800 North Central Avenue, Suite 1200, Phoenix, AZ 85004-1009 |
| aty | + | D Lamar Hawkins, Guidant Law Firm, 402 E. Southern Avenue, Tempe, AZ 85282-5203 |
| aty | + | Patty Chan, Office of the U.S. Trustee, 230 N. First Ave., #204, Phoenix, AZ 85003-1725 |
| 19054693 | + | BSV LAMONT JCRS LLC, 7250 WOODMONT AVE, STE 350, BETHESDA, MD 20814-3037 |
| 19054321 | | EL PASO TRADING POST INC, P.O. BOX 221618, EL PASO TX 79913-4618 |
| 19054325 | # | GRECO AND SONS, 3645 WAZEE ST, DENVER CO 80216-3641 |
| 19054339 | | MOYE/WHITE, 1400 16TH ST STE 600, DENVER CO 80202-1486 |
| 19054351 | | RAQUELITAS TORTILLAS, 3111 LARIMER ST, DENVER CO 80205-2312 |
| 19054332 | | RASCO JANITORIAL SUPPLY, 3198 NOME ST, AURORA CO 80010-1506 |
| 19054352 | | ROCKY MOUNTAIN PRODUCE, 5539 HELENA ST, CENTENNIAL CO 80015-4281 |
| 19054334 | | TALISMAN QUARTET LLC, 1230 S TENNYSON ST, DENVER CO 80219-3758 |
| 19054355 | | US SBA, 14925 KINGSPORT ROAD, FT WORTH TX 76155-2243 |
| 19054336 | | US SBA, OFFICE OF DISASTER ASSISTANCE, 14925 KINGSPUR ROAD, FORT WORTH TX 76155-2243 |
| 19054346 | | VERIZON, P.O. BOX 15043, ALBANY NY 12212-5043 |
| 19054337 | | XCEL ENERGY-ELECTRIC, P.O. BOX 9477, MINNEAPOLIS MN 55484-0001 |
| 19054347 | | XCEL ENERGY-GAS, P.O. BOX 9477, MINNEAPOLIS MN 55484-0001 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | + | Email/Text: ustpregion14.px.ecf@usdoj.gov | Aug 16 2021 22:12:00 | Office of the U.S. Trustee, 230 North First Avenue, Phoenix, AZ 85003-1725 |
| 19054310 | | Email/PDF: dor_tac_bankruptcy@state.co.us | Aug 16 2021 22:18:43 | COLORADO DEPARTMENT OF REVENUE, DENVER CO 80261-0001 |
| 19054320 | | Email/Text: bankruptcynotices@ecolab.com | Aug 16 2021 22:12:00 | ECOLAB PEST ELIMINATION SER, 26252 NETOWRK PLACE, CHICAGO IL 60673-1262 |
| 19054361 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 16 2021 22:12:00 | Internal Revenue Service Centralized Insolvency Op, PO Box 21126, Philadelphia PA 19114-0326 |
| 19054328 | | Email/Text: dvillano@jeffco.us | Aug 16 2021 22:12:00 | JEFFERSON COUNTY TREASURER, P.O. BOX 4007, GOLDEN CO 80402-4007 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 16, 2021 | Form ID: pdf904 | Total Noticed: 22 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher C. Simpson, Trustee | csimpson@omlaw.com  pnieto@omlaw.com;csimpson@ecf.axosfs.com |
| Christopher C. Simpson, Trustee | on behalf of Trustee Christopher C. Simpson  Trustee csimpson@omlaw.com, pnieto@omlaw.com;csimpson@ecf.axosfs.com |
| Christopher J Dawes | on behalf of Creditor BSV Lamont JCRS  LLC cdawes@foxrothschild.com, rhanshe@foxrothschild.com;rgomez@foxrothschild.com |
| Heather L. Ries | on behalf of Creditor BSV Lamont JCRS  LLC hries@foxrothschild.com |
| Jeffrey S. Brinen | on behalf of Debtor Summit Family Restaurants Inc jsb@kutnerlaw.com  vlm@kutnerlaw.com |
| Jonathan Dickey | on behalf of Debtor Summit Family Restaurants Inc jmd@kutnerlaw.com  vlm@kutnerlaw.com |
| Matthew D. Skeen, Jr. | on behalf of Creditor Save Casa Bonita  LLC jrskeen@skeen-skeen.com |
| Patrick F Keery | on behalf of Creditor 6715 W. Colfax  LLC pfk@keerymccue.com, mat@keerymccue.com;mthompson@ecf.courtdrive.com |
| Robert Samuel Boughner | on behalf of U.S. Trustee US Trustee Samuel.Boughner@usdoj.gov |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 21-13328-MER |
| SUMMIT FAMILY RESTAURANTS INC. | ) ) | |
| | ) | Chapter 11 |
| | ) | Subchapter V |
| Debtor. | ) | |

**ORDER APPROVING RETAINER**

This matter having come before the Court on the Motion of Summit Family Restaurants Inc. ("Debtor"), praying for approval of a retainer, notice having been provided to creditors and parties in interest and no objections having been received, the Court does hereby

ORDER

1. That the post-petition retainer paid by the Debtors to Kutner Brinen Dickey Riley, P.C. ("KB") in the amount of $40,000.00 is approved.

2. That KB's fees and costs are subject to interim and final approval by the Court upon filing interim fee applications and a final fee application at the conclusion of the case.

Done and entered this __16th__ day of August, 2021 at Denver, Colorado.

Honorable Michael E. Romero
United States Bankruptcy Judge