Christopher C. Simpson, (AZ 018626)
**Osborn Maledon, P.A.**
2929 N. Central Ave., 21st Fl.
Phoenix, AZ 85012
Telephone No. 602-640-9000
csimpson@omlaw.com

*Subchapter V Trustee*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| In re: | Chapter 11 Proceedings |
|---|---|
| SUMMIT FAMILY RESTAURANTS, INC. | Case No. 1:21-bk-013328-MER |
| Debtor | **NOTICE OF FIRST INTERIM FEE APPLICATION FOR COMPENSATION AS THE SUBCHAPTER V TRUSTEE** |

**Fee Application:** First Interim Fee Application
**Application Period - Stinson:** April 7, 2021 through August 31, 2021
**Compensation:** $31,900

**NOTICE IS HEREBY GIVEN** that Christopher C. Simpson, a partner of Osborn Maledon, PA ("**OM**") and the Subchapter V Trustee ("**Trustee**"), in the above captioned bankruptcy proceeding, has filed his *First Interim Fee Application for Compensation as the Subchapter V Trustee* ("**Application**"). The Trustee is seeking payment for services rendered in the amount of **$31,900** for the period covering April 7, 2021 through August 31, 2021.

A copy of the application may be obtained from the Clerk of the Bankruptcy Court or from Osborn Maledon upon request. Any party objecting to the application shall do so, in writing, within **21 days** of service of this Notice, and shall file such objection with the U.S. Bankruptcy Court, 333 Lomas Blvd. NW, Albuquerque, Suite 360, Albuquerque, NM 87102, with a copy served on the Trustee at the following address:

9125665

Christopher C. Simpson
OSBORN MALEDON, P.A.
2929 North Central Avenue, Ste 2100
Phoenix, AZ 85012-2793
csimpson@omlaw.com

Please be advised that failure to respond or object to the Application may result in entry of an order approving the relief requested with no further opportunity for a hearing.

DATED this 7th day of September, 2021.

OSBORN MALEDON, P.A.

By  /s/ Christopher C. Simpson
Christopher C. Simpson
2929 North Central Avenue
21st Floor
Phoenix, Arizona  85012-2793
*Subchapter V Trustee*

CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants and by U.S. Mail, postage prepaid, to all parties listed on the Master Mailing List.

/s/ Peggy Nieto