| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: Summit Family Restaurants, Inc. <br> First Name   Middle Name   Last Name | Case #: | 21-13328-MER |
| Debtor 2: <br> First Name   Middle Name   Last Name | Chapter: | 11 Subchapter V |

## Local Bankruptcy Form 9013-1.1
## Notice of First Interim Fee Application for Compensation as the Subchapter V Trustee

### Part 1  Objection Deadline

Objection Deadline: **SEPTEMBER 30, 2021**.

### Part 2  Notice

NOTICE IS HEREBY GIVEN that **Christopher C. Simpson**, has filed its **First Interim Fee Application for Compensation as the Subchapter V Trustee** (the "Application"), with the Court and requests the following relief: interim allowance and payment of Subchapter V Trustee fees in the amount of $31,900 in the interim period of April 7, 2021 through August 31,2 021

If you oppose the Application or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at:

Christopher C. Simpson<br>
Osborn Maledon, P.A.<br>
2929 N. Central Ave., Ste. 2100<br>
Phoenix, AZ 85251-3693<br>
csimpson@omlaw.com

and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

### Part 3  Signature of Movant's Attorney or Movant (if unrepresented)

Dated: September 9, 2021      By:   /s/ Christopher C. Simpson
                                    Christopher C. Simpson, (AZ 018626)
                                    **OSBORN MALEDON, P.A.**
                                    2929 North Central Avenue, Suite 2100
                                    (602) 640-9000
                                    (602) 640-9050 facsimile
                                    csimpson@omlaw.com

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on September 9, 2021, I served a complete copy of the foregoing **NOTICE OF FIRST INTERIM FEE APPLICATION FOR COMPENSATION AS THE SUBCHAPTER V TRUSTEE AND COVER SHEET FOR FIRST INTERIM FEE APPLICATION FOR COMPENSATION AS THE SUBCHAPTER V TRUSTEE** on the following parties in the attached Creditor Address Mailing Matrix, which was obtained from the Court's docket on September 9, 2021 in accordance with 11 U.S.C. Section 342(c) and Fed. R. Bankr. P. 2002.


<u>/s/ Peggy Nieto</u>
Peggy Nieto
Osborn Maledon, P.A.

Christopher C. Simpson, (AZ 018626)
OSBORN MALEDON, P.A.
2929 North Central Avenue
21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
csimpson@omlaw.com

*Subchapter V Trustee*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

| In re: | Chapter 11 Proceedings |
|---|---|
| SUMMIT FAMILY RESTAURANTS, INC. | Case No. 1:21-bk-013328-MER |
| Debtor | **COVER SHEET RE: FIRST INTERIM FEE APPLICATION FOR COMPENSATION AS THE SUBCHAPTER V TRUSTEE** |

| | |
|---|---|
| First Fee Application: | First Interim Fee Application |
| Applicant: | Christopher C. Simpson |
| Time Period: | April 7, 2021 through August 31, 2021 |
| Capacity: | Subchapter V Trustee |
| Total Amount Requested: | $31,900.00 |
| Total Fees: | $31,900.00 |
| Number of Hours: | 58.00 |
| Amount Requested to be Paid: | $31,900.00 |

9125469

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 21-13328-MER<br>District of Colorado<br>Denver<br>Thu Sep  9 08:35:44 MDT 2021 | Office of the U.S. Trustee<br>230 North First Avenue<br>Phoenix, AZ 85003-1725 | Summit Family Restaurants Inc<br>4340 E. Indian School Road, Ste 21-305<br>Phoenix, AZ 85018-5395 |
| US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202-2508 | 6715 W. Colfax, LLC<br>c/o Keery McCue, PLLC<br>6803 E. Main Street, Ste. 1116<br>Scottsdale, AZ 85251-4307 | ADRIANNA ZERMENO<br>2323 W HARVARD AV<br>ENGLEWOOD CO 80110-1122 |
| Arizona Department of Revenue<br>PO Box 29085<br>Phoenix AZ 85038-9085 | BARGREEN ELLINGSON<br>5005 WASHINGTON ST<br>DENVER CO 80216-2092 | BSV LAMONT JCRS<br>7250 WOODMONT AVE, STE 350<br>BETHESDA MD 20814-3037 |
| BSV LAMONT JCRS LLC C/O ADAM GENTILE<br>ROX ROTHSCHILD LLP<br>1225 17TH STREET, SUITE 200<br>DENVER CO 80202-5534 | BSV Lamont JCRS, LLC<br>c/o Engelman Berger, P.C.<br>2800 N. Central Ave., Ste. 1200<br>Phoenix, AZ 85004-1009 | BSV Lamont JCRS, LLC<br>c/o Engelman Berger, P.C. (BDP)<br>2800 N. Central Ave., Ste. 1200<br>Phoenix, AZ 85004-1009 |
| CAKES BY KAREN<br>10691 MELODY DR<br>DENVER CO 80234-4149 | CENTENIAL TAP BEER<br>1930 E 41ST AVENUE<br>DENVER CO 80211 | CENTURY LINK<br>P.O. BOX 91155<br>SEATTLE WA 98111-9255 |
| CHRISTOPHER CHARLES SIMPSON<br>Osborn Maledon, P.A.<br>2929 N. Central Ave., 21st Fl.<br>PHOENIX, AZ 85012-2782 | COLORADO DEPARTMENT OF REVENUE<br>DENVER CO 80261-0001 | COLUMBINE PAPER & MAIN SUPPLY INC<br>1300 LAMAR ST<br>DENVER CO 80214-2025 |
| COMPLETE BUSINESS SYSTEMS<br>5195 MARSHALL ST<br>ARVADA CO 80002-4628 | DEN-COOR DISTRIBUTING CO<br>5400 N. PECOS ST<br>DENVER CO 80221-6404 | DENVER HEATING & COOLING<br>5440 MARSHALL ST ST 3<br>ARVADA CO 80002-3863 |
| DOUBLE A SECURITY INC<br>1595 HARLAN ST<br>DENVER CO 80214-1535 | ECOLAB PEST ELIMINATION SER<br>26252 NETOWRK PLACE<br>CHICAGO IL 60673-1262 | EL PASO TRADING POST INC<br>P.O. BOX 221618<br>EL PASO TX 79913-4618 |
| GARCIAS FOODS LLC<br>1313 W ALAMEDA AVE<br>DENVER CO 80223-2040 | GENERAL AIR SERVICE & SUPPLY<br>1105 ZUNI ST<br>DENVER CO 80204-3399 | GENERAL PARTS<br>W 223 N 735 SARATOGA DR, STE B<br>WAUKWSHA WI 53186-0416 |
| GRECO AND SONS<br>3645 WAZEE ST<br>DENVER CO 80216-3641 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service Centralized Insolve<br>PO Box 21126<br>Philadelphia PA 19114-0326 |

JEFFERSON COUNTY TREASURER
100 JEFFRSON COUNTY PWKY 2520
GOLDEN, CO 80419-0002

JEFFERSON COUNTY TREASURER
P.O. BOX 4007
GOLDEN CO 80402-4007

KATZSON BROTHERS INC DENVER
960 VALLEJO ST
DENVER CO 80204-3843


LIQUID ENVIRONMENTAL SOLUTIONS
P.O. BOX 733372
DALLAS TX 75373-3372

MARINA POOL, SPA & PATIO
7777W JEWELL AVE
DENVER CO 80232-6843

MOYE/WHITE
1400 16TH ST STE 600
DENVER CO 80202-1486


NALCO COMPANY LLC
P.O. BOX 730005
DALLAS TX 75373-0005

PAYROLL OFFICE OF AMERICA
1855 W STATE ROAD 434
LONGWOOD FL 32750-5069

PEPSI BEVERAGES COMPANY
3801 BRIGHTON BLVD
DENVER CO 80216-3625


PHILIP R. RUDD
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd.
4th Floor
Scottsdale, AZ 85251-3693

PRINT PARTNERS
P.O. BOX 2554
ENGLEWOOD CO 80150-2554

PRINT PARTNERS, LLC
1165 S. JASON STREET
DENVER, CO 80223-3112


Qwest Corporation dba CenturyLink QC
Centurylink, Inc
1025 El Dorado Blvd. (Attn: Legal-BKY)
Broomfield, CO 80021-8254

RAQUELITAS TORTILLAS
3111 LARIMER ST
DENVER CO 80205-2312

RASCO JANITORIAL SUPPLY
3198 NOME ST
AURORA CO 80010-1506


REPUBLIC NATIONAL DISTRIBUTING CO LLC
8000 SOUTHPARK TERRACE
LITTLETON CO 80120-5605

ROCKY MOUNTAIN PRODUCE
5539 HELENA ST
CENTENNIAL CO 80015-4281

SAMUEL HERNANDEZ
C/O CLAIRE E. HUNTER/HKM EMPLOYMENT ATT
730 17TH ST, SUITE 750
DENVER CO 80202-3516


SCAN AIR
10250 W 44TH AVE
WHEAT RIDGE CO 80033-2806

SIERRA M MINDER
SACKS TIERNEY
4250 N DRINKWTER BLVD, FOURTH FLOOR
SCOTTSDALE, AZ 85251-3981

STAR BUFFET INC
1101 GOLDFINCH AVENUE
PLANT CITY FL 33563-1082


Save Casa Bonita, LLC
7431 Newton St
Westminster, CO 80030-4871

TALISMAN QUARTET LLC
1230 S TENNYSON ST
DENVER CO 80219-3758

TIAA COMMERCIAL FINANCE
P.O. BOX 911608
DENVER CO 80291-1608


U. S. Small Business Administration
c/o Ted Lam, District Counsel
312 N Spring Street, 5th Floor
Los Angeles, CA 90012-2678

U.S. Small Business Administration
Stacey Dawes, Attorney
721 19th Street
Suite 426
Denver, CO 80202-2517

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE SUITE 204
PHOENIX, AZ 85003-1725


US SBA
14925 KINGSFORD ROAD
FORT WORTH TX 76155-2243

US SBA
14925 KINGSPORT ROAD
FT WORTH TX 76155-2243

US SBA
OFFICE OF DISASTER ASSISTANCE
14925 KINGSPUR ROAD
FORT WORTH TX 76155-2243

| | | |
|---|---|---|
| US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | VERIZON<br>P.O. BOX 15043<br>ALBANY NY 12212-5043 | WESLEY DENTON RAY<br>SACKS TIERNEY P.A.<br>4250 N. Drinkwater Blvd.<br>4th Floor<br>Scottsdale, AZ 85251-3693 |
| WINDSTREAM<br>P.O. BOX 9001013<br>LOUISVILLE KY 40290-1013 | XCEL ENERGY-ELECTRIC<br>P.O. BOX 9477<br>MINNEAPOLIS MN 55484-0001 | XCEL ENERGY-GAS<br>P.O. BOX 9477<br>MINNEAPOLIS MN 55484-0001 |
| Christopher C. Simpson, Trustee<br>Osborn Maledon PA<br>2929 N Central Ave Ste 2100<br>Phoenix, AZ 85012-2793 | Jeffrey S. Brinen<br>Kutner Brinen Dickey Riley, P.C.<br>1660 Lincoln St, Suite 1720<br>Denver, CO 80264-1700 | Jonathan Dickey<br>Kutner Brinen Dickey Riley, P.C.<br>1660 Lincoln Street<br>Suite 1720<br>Denver, CO 80264-1700 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)6715 W. Colfax, LLC | (u)BSV Lamont JCRS, LLC | (u)Sacks Tierney, P.A. |
| (u)Save Casa Bonita, LLC | (u)BARBARA JILL LAYTON ROMNEY<br>C/O JOHN ROMNEY<br>401 LAFAYETTE PARK SOUTHLAKE TX 76092-85 | (d)BSV LAMONT JCRS LLC<br>7250 WOODMONT AVE, STE 350<br>BETHESDA, MD 20814-3037 |
| (d)Summit Family Restaurants Inc.<br>4340 E INDIAN SCHOOL ROAD<br>STE 21-305<br>PHOENIX, AZ 85018-5395 | End of Label Matrix<br>Mailable recipients    68<br>Bypassed recipients     7<br>Total                  75 | |