# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No. 21-bk-13328-MER |
| SUMMIT FAMILY RESTAURANTS INC., | Chapter 11 |
| Debtor. | |

## BSV LAMONT JCRS LLC'S PRELIMINARY OBJECTIONS TO DEBTOR'S EXHIBITS FOR SEPTEMBER 17, 2021 HEARING

BSV Lamont JCRS, LLC ("BSV Lamont"), through counsel, Fox Rothschild, LLP, hereby serves the following Preliminary Objections to Debtor's Exhibits for September 17, 2021 Hearing:

| Ex. No. | Description | Objection |
|---|---|---|
| A | Shopping Center Lease entered into between the Landlord and Debtor and dated September 12, 2014. | Stipulated |
| B | Schedules and Statement of Financial Affairs filed by Debtor on April 20, 2021 at Docket No. 20. | FRE 401/402; 403; 801/802 |
| C | Proof of Claim and all exhibits thereto filed by the Landlord as Claim No. 9-1. | Stipulated |
| D | Motion for Administrative Claim filed by Landlord at Docket No. 30 and all attachments thereto. | FRE 401/402; 403; 801/802 |
| E | Response to Motion for Administrative Claim filed by Debtor at Docket No. 45. | FRE 401/402; 403; 801/802 |
| F | Reply to Motion for Administrative Claim filed by Landlord at Docket No. 50 | FRE 401/402; 403; 801/802 |
| G | Supplement to Response to Motion for Administrative Claim filed by Debtor on August 11, 2021 | FRE 401/402; 403 |
| H | Liquidated Damages calculation prepared by the Landlord and attached to its Discovery Responses as Exhibit G | Stipulated |
| I | Lease between Landlord and a Co-Tenant dated August 9, 2016. Said lease has not yet been produced and is subject to ongoing discussion related to a Confidentiality Agreement | Stipulated (Subject to Confidentiality Agreement) |
| J | Spreadsheet in the possession of Landlord detailing the alleged damages associated with the co-tenancy lease. Said spreadsheet has not yet been produced and is subject to ongoing dispute related to a Confidentiality Agreement | Stipulated (Subject to Confidentiality Agreement) |
| K | Landlord's Responses to Discovery Requests, dated August 6, 2021 | Stipulated |

126140563.1

| Ex. No. | Description | Objection |
|---|---|---|
| L | E-mail from Mary K. Sloan to Mike Mason dated March 4, 2021 regarding reopening Casa Bonita | FRE 602; 801/802 |
| M | E-mail dated November 7, 2020 from Ron Dowdy to Terry Burka and regarding email from Mary K. Sloan to Mike Mason dated November 5, 2020 regarding reopening Casa Bonita | FRE 602; 801/802 |
| N | Casa Bonita reopening proposal dated July 10, 2020 and the comments from the Jefferson County Public Health Department | FRE 602; 801/802 |
| O | Colorado Executive Order D2020-003 dated March 11, 2020 | FRE 602; 701 |
| P | Colorado Executive Order D2020-091 dated June 1, 2020 | FRE 602; 701 |
| Q | Colorado Public Health Order PHO 20-22 dated March 16, 2020 | FRE 602; 701 |
| R | Colorado Public Health Order PHO 20-28 dated June 5, 2020 | FRE 602; 701 |
| S | Colorado Public Health Order PHO 20-35 dated September 15, 2020 | FRE 602; 701 |
| T | Colorado Public Health Order PHO 20-36 dated November 2, 2020 | FRE 602; 701 |
| U | E-mail from Terry Burka to Bob Wheaton and Ron Dowdy dated March 1, 2021 | FRE 401/402; 403; 408; 801/802 |
| V | E-mail chain between Ron Dowdy, Robert Wheaton and Dan Brannan from Intermountain Boilerworx from June 2021 | FRE 401/402; 403 |

BSV Lamont reserves the right to assert additional objections during the September 17, 2021 Hearing, as warranted.

Dated this 10th day of September 2021.

Fox Rothschild LLP

/s/ Christopher J. Dawes
Christopher J. Dawes, Esq., Atty. No. 33818
1225 17th Street, Suite 2200
Denver, CO 80202
Phone: (303) 292-1200
Fax: (303) 292-1300
Email: cdawes@foxrothschild.com

Heather L. Ries, Esq., Atty. No. 581933 (FL)
777 South Flagler Drive
Suite 1700 West Tower
West Palm Beach, FL
Phone: (561) 835-9600
Fax: (561) 835-9602
Email: hries@foxrothschild.com
*Attorneys for BSV Lamont JCRS, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 10th day of September 2021, I served a true and correct copy of the foregoing **BSV LAMONT JCRS LLC'S PRELIMINARY OBJECTIONS TO DEBTOR'S EXHIBITS FOR SEPTEMBER 17, 2021 HEARING** via CM/ECF on the following:

| | |
|---|---|
| Patrick F. Keery<br>Keery McCue PLLC<br>6803 E. Main Street, Suite 1116<br>Scottsdale, AZ 85251 | Jeffrey S. Brinen<br>Jonathan M. Dickey<br>Kutner Brinen Dickey Riley, P.C.<br>1660 Lincoln Street, Suite 1720<br>Denver, CO 80264 |
| Christopher C. Simpson<br>Osborn Maledon PA<br>2929 North Central Avenue, 21st Floor<br>Phoenix, AZ 85012 | Robert Samuel Boughner<br>U.S. Trustee<br>1961 Stout Street, Suite 12-200<br>Denver, CO 80294 |
| Patty Chan<br>Office of the U.S. Trustee<br>230 North First Avenue, Suite 204<br>Phoenix, AZ 85003 | D. Lamar Hawkins<br>Guidant Law Firm<br>402 E. Southern Avenue<br>Tempe, AZ 85282 |
| Matthew D. Skeen, Jr.<br>217 East 7th Avenue<br>Denver, CO 80203 | |

And via first-class, United States mail, postage prepaid, addressed to the following:

Summit Family Restaurants Inc.
4340 East Indian School Road, Suite 21-305
Phoenix, AZ 85018

                                                                    */s/ Rhonda A. Hanshe*
                                                                      for Fox Rothschild LLP