UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| IN RE: | ) | |
|---|---|---|
| | ) | Case No. 21-13328-MER |
| SUMMIT FAMILY RESTAURANTS INC. | ) | |
| | ) | |
| | ) | Chapter 11 |
| | ) | Subchapter V |
| Debtor. | ) | |

# DEBTOR'S WRITTEN OBJECTIONS TO MOVANT'S
# LIST OF WITNESSES AND EXHIBITS

The Debtor, Summit Family Restaurants Inc. ("Debtor"), by and through its attorneys, Kutner Brinen Dickey Riley, P.C., states its written objections to the Movant's List of Witnesses and Exhibits as follows:

## OBJECTIONS TO EXHIBITS

| **EXHIBIT** | **DESCRIPTION** | **OBJECTION** |
|---|---|---|
| 3 | Lease With Ross Dress for Less, Inc. dated August 9, 2016 | Document was never disclosed to Debtor |
| 4 | Notice of Reduced Occupancy Period Dated December 7, 2020 | Document was never disclosed to Debtor |
| 5 | Ross Dress for Less Rent Loss Worksheet | Document was never disclosed to Debtor |
| 6 | Partner Loan Interest Worksheet | Relevance, Hearsay |
| | Any exhibits necessary for impeachment or rebuttal | Defendant reserves the right to object to any such exhibits |
| | Any exhibit endorsed by any other party | Defendant reserves the right to object to any such exhibits |
| | | |
| | | |

Dated: September 10, 2021   Respectfully submitted,

By: *s/ Jonathan M. Dickey*
Jonathan M. Dickey #46981
KUTNER BRINEN DICKEY RILEY, P.C.
1660 Lincoln St., Suite 1720
Denver, Colorado 80264
Telephone: (303) 832-2400
E-Mail: jmd@kutnerlaw.com

# CERTIFICATE OF SERVICE

I certify that on September 10, 2021, I served a complete copy of the foregoing **DEBTOR'S WRITTEN OBJECTIONS TO MOVANT'S LIST OF WITNESSES AND EXHIBITS** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Robert Samuel Boughner, Esq.
US Trustee's Office
Byron G. Rogers Federal Building
1961 Stout Street
Suite 12-200
Denver, CO 80294

Christopher C. Simpson, Trustee
Osborn Maledon PA
2929 North Central Avenue
Suite 2100
Phoenix, AZ 85012

Matthew D. Skeen, Jr., Esq.
217 East 7th Avenue
Denver, CO 80203

D. Lamar Hawkins, Esq.
Guidant Law Firm
402 East Southern Avenue
Tempe, AZ 85282

Patty Chan, Esq.
Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003

Bradley D. Pack, Esq.
Engelman Berger, P.C.
2800 North Central Avenue
Suite 1200
Phoenix, AZ 85004

Christopher J. Dawes, Esq.
Fox Rothschild – Denver
1225 17th Street
Suite 2200
Denver, CO 80202

Patrick F. Keery, Esq.
Keery McCue, PLLC
6803 East Main Street
Suite 1116
Scottsdale, AZ 85251

Heather L. Ries, Esq.
Fox Rothschild LLP
777 South Flagler Drive
Suite 1700 West Tower
West Palm Beach, FL 33401-6159


**/s/Vicky Martina**
**Vicky Martina**
**Kutner Brinen Dickey Riley PC**