UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 21-13328-MER |
| SUMMIT FAMILY RESTAURANTS ) | |
| INC. ) | |
| ) | Chapter 11 |
| ) | Subchapter V |
| Debtor. ) | |

**UNOPPOSED MOTION TO VACATE EVIDENTIARY HEARING SET FOR SEPTEMBER 17, 2021**

The Debtor and Debtor-in-Possession, Summit Family Restaurants, Inc. ("Debtor"), by and through its attorneys, Kutner Brinen Dickey Riley, P.C., moves the Court for an Order vacating the evidentiary hearing ser for September 17, 2021:

1. The Debtor filed its Voluntary Petition pursuant to Subchapter V of Chapter 11 of the Bankruptcy Code on April 6, 2021 in the Bankruptcy Court for the District of Arizona under Case Number 21-02477-BKM. On June 23, 2021, venue of the case was transferred to the Bankruptcy Court for the District of Colorado. The Debtor remains debtor in possession.

2. BSV Lamont JCRS LLC ("BSV") filed its Motion to Allow and Compel Payment of Administrative Expense Claim Under 11 U.S.C. §§ 365(d)(3) and 503(b)(1). Debtor filed its Response in Opposition. BSV filed its reply and supplemental briefing was filed by the parties.

3. The Court originally set the matter for a one-day evidentiary hearing on August 25, 2021 at 10:00 a.m. The Court continued the one-day evidentiary hearing to September 17, 2021 at 9:30 a.m. at the parties' request.

4. Debtor and BSV have reached an agreement in principle which will resolve all issues related to the BSV's claim in this case. While not before the Court at the September 17, 2021 hearing, the agreement will also resolve BSV's objection to Debtor proceeding as a debtor under subchapter V. The parties are working to formally document the agreement, at which time a separate pleading will be filed with the Court.

5. In light of the pending agreement, the Debtor and BSV have agreed to vacate the evidentiary hearing set for September 17, 2021, and all accompanying deadlines.

6. In light of the above, the Debtor respectfully requests the Court vacate the hearing set for September 17, 2021, and for all other just and proper relief.

WHEREFORE, the Debtor requests the Court enter an Order vacating the evidentiary set for September 17, 2021 and all accompanying deadlines, and for such further and additional relief as to the Court may appear proper.

DATED: September 13, 2021                    Respectfully submitted,

By:/s/ *Jonathan M. Dickey*
Jonathan M. Dickey, #46981
KUTNER BRINEN DICKEY RILEY, P.C.
1660 Lincoln Street, Suite 1720
Denver, CO 80264
jmd@kutnerlaw.com
Telephone: 303-832-3047

## CERTIFICATE OF MAILING

I do hereby certify that on the 13th day of September, 2021, a true and correct copy of the foregoing **UNOPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING SET FOR AUGUST 25, 2021** was served by CM/ECF upon the following:

| | |
|---|---|
| Robert Samuel Boughner, Esq. | Christopher C. Simpson, Trustee |
| Matthew D. Skeen, Jr., Esq. | D. Lamar Hawkins, Esq. |
| Patty Chan, Esq. | Bradley D. Pack, Esq. |
| Christopher J. Dawes, Esq. | Patrick F. Keery, Esq. |
| Heather L. Ries, Esq. | |

*/s/ Jonathan M. Dickey*
Jonathan M. Dickey

Case:21-13328-MER Doc#:126 Filed:09/13/21 Entered:09/13/21 16:22:55 Page3 of 3