## SUMMIT FAMILY RESTAURANTS CLAIMS ANALYSIS

| Secured Creditor | Scheduled | POC Amount | Max Amount |
|---|---:|---:|---:|
| IRS | 148,684.00 | 175,910.04 | 175,910.04 |
| Jefferson County | 22,707.44 | 21,985.70 | 21,985.70 |
| SBA (EIDL) | 150,000.00 | 154,176.37 | 154,176.37 |
| **Total** | | | **352,072.11** |
| **Administrative Claims** | | | |
| Kutner Brinen Dickey Riley | | | 15,000.00 |
| Sacks Tierny | | | 17,158.72 |
| Sub v Trustee | | | 45,000.00 |
| **Total** | | | **77,158.72** |
| **Priority Claims** | | | |
| CO DOR | 3758.3 (disputed) | None | 0.00 |
| **Total** | | | **0.00** |
| **Unsecured Claims** | | | |
| Adriana Zermeno | Unknown (disputed) | None | 0.00 |
| Bargreen Ellingson | 995.61 | | 995.61 |
| BSV Lamont JCRS LLC | | | 900,000.00 |
| Cakes by Karen | 26.00 | | 26.00 |
| Centennial Tap Beer | 120.00 | | 120.00 |
| Century Link | 380.00 | 1,095.42 | 1,095.42 |
| Columbine Paper | 623.71 | | 623.71 |
| Complete Business Systems | 311.78 | | 311.78 |
| Den-Coor Distributing | 716.95 | | 716.95 |
| Denver Heating & Cooling | 1,099.19 | | 1,099.19 |
| Double A Security | 15.32 | | 15.32 |
| Ecolab Pest | 4,331.84 | | 4,331.84 |
| El Paso Trading | 3,350.00 | | 3,350.00 |
| Garcias Food (Save Casa bought) | 349.00 | 349.00 | 349.00 |
| General Air | 1,548.09 | | 1,548.09 |
| General Parts | 243.26 | | 243.26 |
| Greco & Sons (Save Casa) | 2,338.17 | 2,338.17 | 2,338.17 |
| Katzson Brothers Inc Denver | 94.89 | | 94.89 |
| Liquid Environmental | 861.54 | | 861.54 |
| Marina Pool Spa & Paatio | 373.17 | | 373.17 |
| Moye White | 35,173.83 | | 35,173.83 |
| Nalco Company | 1,106.82 | | 1,106.82 |
| Pepsi | 0.00 | | 0.00 |
| Print Partners | 1,014.09 | 1,339.77 | 1,339.77 |
| Raquelitas Tortillas | 3,822.92 | | 3,822.92 |
| Rasco Janitorial | 1,834.55 | | 1,834.55 |
| Republic National Distributing | 1,658.82 | | 1,658.82 |
| Rocky Mountain Produce | 7,467.46 | | 7,467.46 |
| Samuel Hernandez | Unknown (disputed) | 478,440.04 | 478,440.04 |
| Scan Air | 534.99 | | 534.99 |
| Talisman Quartet (Save Casa) | 2,700.00 | 2,700.00 | 2,700.00 |
| TIAA Commercial Finance | 227.85 | | 227.85 |
| SBA (PPP 1) | 582,696.00 | | 0.00 |

SUMMIT FAMILY RESTAURANTS CLAIMS ANALYSIS

| | | |
|---|---:|---:|
| SBA (PPP 2) | 1001563 (contingent) | 1,001,563.00 |
| Verizon | 8,500.00 | 8,500.00 |
| Windstream | 100.00 | 100.00 |
| XCEL | 0.00 | 0.00 |
| **Total** | | **2,462,963.99** |
| | | |
| **Total Universe of Claims** | | **2,892,194.82** |