# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | § Case No. 21-13328-MER |
| SUMMIT FAMILY RESTAURANTS INC., | § Chapter 11 <br> § Subchapter V |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 1109(b) and rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (collectively, the "Rules"), DLA Piper LLP (US) hereby enters its appearance in the above-referenced chapter 11 cases as counsel to Beautiful Opco, LLC ("Beautiful Opco"). The undersigned respectfully request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following:

> Eric D. Goldberg
> **DLA PIPER LLP (US)**
> 2000 Avenue of the Stars
> Suite 400 North Tower
> Los Angeles, California 90067
> Telephone.:    (310) 595-3000
> Facsimile:     (310) 595-3300
> Email:         eric.goldberg@us.dlapiper.com

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Notices and Papers is not only for the notices and other documents referred to in the Rules specified above but includes, without limitation, all orders, notices, applications, motions, petitions, schedules of assets and liabilities, statements of financial affairs, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether

WEST\296249460.1

transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, email or otherwise.

**PLEASE TAKE FURTHER NOTICE** that Beautiful Opco does not intend that this Notice of Appearance and Request for Service of Notices and Papers or any later appearance, pleading, proof of claim, claim or suit be deemed or construed to be a waiver of (1) the right to have final orders entered only after *de novo* review by a District Judge, (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which Beautiful Opco is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Beautiful Opco expressly reserves. Beautiful Opco's rights are reserved and preserved, without exception and without confessing or conceding jurisdiction in any way by this filing or by any other participation in this case.

Dated: September 30, 2021
      Los Angeles, California

**DLA PIPER LLP (US)**

By: */s/ Eric D. Goldberg*
Eric D. Goldberg
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067
Telephone.:  (310) 595-3000
Facsimile:  (310) 595-3300
Email:  eric.goldberg@us.dlapiper.com

*Counsel for Beautiful Opco LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished this 30th day of September 2021 by electronic/ECF delivery to those parties receiving such notices.

                                              */s/ Eric D. Goldberg*
                                              Eric D. Goldberg