UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 21-13328-MER |
| SUMMIT FAMILY RESTAURANTS ) | |
| INC. ) | |
| ) | Chapter 11 |
| ) | Subchapter V |
| Debtor. ) | |

**STIPULATION RESOLVING BSV LAMONT JCRS LLC'S MOTION TO ALLOW AND COMPEL PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. §§ 365(d)(3) AND 503(b)(1) FOR POST-PETITION AMOUNTS DUE FOR RENTS ON A NON-RESIDENTIAL LEASE OR IN THE ALTERNATIVE, MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) AND THE RESPONSE IN OPPOSITION THERETO**

The Debtor and Debtor-in-Possession, Summit Family Restaurants, Inc. ("Debtor"), by and through its attorneys, Kutner Brinen Dickey Riley, P.C., and BSV Lamont JCRS LLC (the "Landlord"), by and through its undersigned counsel, Fox Rothschild LLP, hereby submit their Stipulation Resolving the Landlord's Administrative Expense Claim and the Objection thereto. In support thereof, the parties state as follows:

1. The Debtor filed its Voluntary Petition pursuant to Subchapter V of Chapter 11 of the Bankruptcy Code on April 6, 2021 in the Bankruptcy Court for the District of Arizona under Case Number 21-02477-BKM. On June 23, 2021, venue of the case was transferred to the Bankruptcy Court for the District of Colorado. The Debtor remains debtor in possession.

2. Landlord filed its Motion to Allow and Compel Payment of Administrative Expense Claim Under 11 U.S.C. §§ 365(d)(3) and 503(b)(1). Debtor filed its Response in Opposition. Landlord filed its reply and supplemental briefing was filed by the parties.

3. Landlord filed an Amended Proof of Claim on August 31, 2021, asserting a pre-petition claim against the Debtor in the sum of $1,064,529.05 (the "Pre-Petition Claim"). In addition to the Pre-Petition Claim, the Landlord asserts post-petition damages pursuant to the liquidated damages provision in Section 9.1 of the Lease (the "Post-Petition Claim").

4. The Debtor owns and operates the restaurant Casa Bonita located at 6715 W. Colfax Avenue, Lakewood, Colorado 80214. Debtor operates Casa Bonita pursuant to a Shopping Center Lease, Lease Agreement dated September 12, 2014 with the Landlord (the "Lease").

5. The Debtor has reached an agreement in principle to sell substantially all its assets, including Casa Bonita. The Debtor is documenting that sale agreement, and will file a motion to approve the sale once it is formally documented.

6. As relevant to this proceeding, the sale agreement provides Debtor will assume and assign the lease to the buyer. Landlord has agreed to said assumption and assignment, subject to the following terms:

   a. At closing of the sale, Debtor will pay $900,000.00 from the purchase price to Landlord (the "Settlement Payment") by wire transfer or other certified funds. The Settlement Payment is in full and final settlement of the Landlord's Pre-Petition Claim and Post-Petition Claim, and any other damages claims which Landlord might assert against the Debtor. Except as specifically provided in this Stipulation, the Settlement Payment shall resolve and satisfy the Landlord's claim against Debtor in its entirety.

   b. Notwithstanding the provision in subparagraph 6(a), Debtor shall continue to pay, and be obligated for, all post-petition rent and CAM/taxes/insurance as they come due until the Lease is formally assumed and assigned by the buyer by order of this Court.

7. By this Stipulation, Landlord further agrees to withdraw its Objection to Debtor's Election to Proceed under Subchapter V (Docket No. 53).

WHEREFORE, the Debtor and Landlord respectfully request the Court enter an Order approving this Stipulation, and for such further and additional relief as to the Court may appear proper.

DATED: October 7, 2021                    Respectfully submitted,

                                          By:/s/ *Jonathan M. Dickey*
                                          Jonathan M. Dickey, #46981
                                          KUTNER BRINEN DICKEY RILEY, P.C.
                                          1660 Lincoln Street, Suite 1720
                                          Denver, CO 80264
                                          jmd@kutnerlaw.com
                                          Telephone: 303-832-3047
                                          ATTORNEYS FOR DEBTOR

FOX ROTHSCHILD LLP

By:/s/ *Christopher J. Dawes*
Christopher J. Dawes, Esq., #33818
1225 17th Street, Suite 2200
Denver, CO 80202
cdawes@foxrothschild.com
Telephone: 303-292-1200
ATTORNEYS FOR LANDLORD

### CERTIFICATE OF MAILING

I do hereby certify that on the 7th day of October, 2021, a true and correct copy of the foregoing **STIPULATION RESOLVING BSV LAMONT JCRS LLC'S MOTION TO ALLOW AND COMPEL PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. §§ 365(d)(3) AND 503(b)(1) FOR POST-PETITION AMOUNTS DUE FOR RENTS ON A NON-RESIDENTIAL LEASE OR IN THE ALTERNATIVE, MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) AND THE RESPONSE IN OPPOSITION THERETO** was served by CM/ECF upon the following:

| | |
|---|---|
| Robert Samuel Boughner, Esq. | Christopher C. Simpson, Trustee |
| Matthew D. Skeen, Jr., Esq. | D. Lamar Hawkins, Esq. |
| Patty Chan, Esq. | Bradley D. Pack, Esq. |
| Christopher J. Dawes, Esq. | Patrick F. Keery, Esq. |
| Heather L. Ries, Esq. | |

/s/ *Jonathan M. Dickey*
Jonathan M. Dickey

Case:21-13328-MER   Doc#:140   Filed:10/07/21   Entered:10/07/21 17:04:52   Page4 of 4