# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
### The Honorable Michael E. Romero

In re:

SUMMIT FAMILY RESTAURANTS, INC.

Debtor.

Case No. 21-13328 MER

Chapter 11

## ORDER

THIS MATTER comes before the Court pursuant to the Chapter 11 Small Business Reorganization plan filed by the Debtor, Summit Family Restaurants, Inc. ("Debtor"). The Debtor is a "small business debtor" as that term is defined in 11 U.S.C. § 101(51D) and within the meaning of 11 U.S.C. § 1182(1).[1] The Debtor has made the election to have Subchapter V of Chapter 11 apply pursuant to and in accordance with Interim Rule 1020(a). A disclosure statement is not required because the Court did not exercise its authority under § 1181(b) to order § 1125 applicable in this case. Pursuant to Rule 2002(b)(2) and Rule 3017(d), the Court directs Debtor to be the entity responsible for notice and solicitation. Accordingly,

THE COURT ORDERS as follows:

1. The Debtor may now solicit acceptance or rejection of the Plan pursuant to 11 U.S.C. § 1125.

2. On or before **October 18, 2021**, the Debtor shall transmit by mail to all creditors and parties in interest whose votes are to be solicited, the Plan and Disclosure Statement, a copy of this Order and a Ballot for Voting on the Plan. The Debtor shall transmit the same documents, excluding the ballot, to the United States Trustee. At least fourteen (14) days prior to the Confirmation Hearing, the Plan Proponent shall file a certificate of service.

3. Ballots accepting or rejecting the Plan must be submitted by the holders of all claims or interests on or before 5:00 p.m. on **November 15, 2021,** to Debtor's counsel, Jonathan M. Dickey at Kutner Brinen Dickey Riley, P.C., 1660 Lincoln Street, Suite 1720, Denver, CO 80264.

4. On or before **November 15, 2021**, any objection to confirmation of the Plan shall be filed with the Court and a copy served on the Debtor's counsel.

---

[1] Unless otherwise specified, all references herein to "Section," "§," "Bankruptcy Code" and "Code" refer to the U.S. Bankruptcy Code, 11 U.S.C. § 101, et seq. References to "Rule" refer to the Federal Rules of Bankruptcy Procedure and references to "Interim Rule" refer to the Interim Rules of Bankruptcy Procedure, adopted by the Court pursuant to GPO 2020-1 on February 13, 2020.

5. A hearing for consideration of confirmation of the Plan and such objections is set for **Wednesday, December 1, 2021, at 10:30 a.m.** before the undersigned Judge in the United States Bankruptcy Court for the District of Colorado, Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado. All participants shall comply with the "Administrative Order of the Chief Judge 2020-2" and the Entry and Operational Protocols set forth therein as located on the Court's website (https://www.cob.uscourts.gov/covid-19-information).

6. If the hearing involves a contested factual issue, the parties shall file and exchange witness and exhibit lists seven (7) days prior to the hearing. Do not file the actual exhibits unless otherwise directed by the Court. The parties are limited in the presentation of documentary evidence and witnesses at the hearing to the documents exchanged and witnesses specifically identified, excluding rebuttal exhibits and witnesses. **The courtroom is equipped for electronic evidence presentation and the Court is now requiring its use for all hearings**.[2] The guidelines for courtroom technology are available on the Court's website under "Judges' Info" at http://www.cob.uscourts.gov. A pdf copy of each exhibit shall be delivered to chambers **two business days prior to the start of the hearing,** by thumb drive. Each exhibit shall be saved as a separate pdf file. The thumb drives shall be placed in an envelope addressed to "MER Chambers" and deposited in the drop box in the lobby of the Custom House at 721 19th Street, Denver, Colorado.[3] No additional thumb drives are required at the start of the hearing.

7. No later than three days prior to the confirmation hearing the Debtor shall file a Summary Report of the Ballots received reflecting all votes by class, number of claims and amount of claim.

8. If the Debtor proposes to further amend or modify the Plan in response to any objection, at least 3 business days prior to the confirmation hearing the Debtor shall file with the Court and serve on all objecting parties a response that specifically identifies any amendments(s) made in response to an objection. To such response, the Debtor shall attach a red-line copy of the Plan reflecting such amendments.

IT IS FURTHER ORDERED that the hearing on the confirmation of the Plan may be continued from time to time by order made in open court without other written notice to any parties in interest.

Dated October 8, 2021                    BY THE COURT:

                                         _____
                                         Michael E. Romero, Chief Judge
                                         United States Bankruptcy Court

---

[2] The Court will consider timely requests to use paper exhibits on a case-by-case basis.
[3] Federal Express or other overnight delivery packages may be addressed to U.S. Bankruptcy Court, Attn: MER Chambers, 721 19th Street, Denver, CO 80202. Phone number: 720-904-7303.