| Fill in this information to identify your case | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | |
| Debtor 1: Summit Family Restaurants, Inc. <br> First Name   Middle Name   Last Name | Case #: | 21-13328-MER |
| Debtor 2: <br> First Name   Middle Name   Last Name | Chapter: | 11 Subchapter V |

## Local Bankruptcy Form 9013-1.3
## Movant's Certificate of Non-Contested Matter and Request for Entry of Order

**Complete applicable sections.**

### Part 1  Certificate

On September 7, 2021, Christopher C. Simpson, Subchapter V Trustee (the "Movant"), filed a motion or application pursuant to L.B.R. 2002-1 or 9013-1 entitled, *First Interim Fee Application for Compensation as the Subchapter V Trustee* (the "Motion") at docket no. 118.  Movant hereby certifies that the following is true and correct:

1. Service of the Motion, Notice, and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Local Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Motion on September 7, 2021 – Dkt 118 and September 9, 2021 – Dkt. 121.
   a. **[complete if applicable]** Mailing or other service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1 and 9013-1 (or in the manner permitted by Court order, a copy of which is attached), as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Notice on _____ **[month/day/year]**.
2. The docket numbers for each of the following relevant documents are:
   a. the Motion and all documents attached thereto and served therewith, docket no., 118;
   b. the Notice, docket no., 121;
   c. the Certificate of Service of the Motion and the Notice, docket no., 125;
   d. the Proposed Order, is attached hereto; and
3. No objections to or requests for hearing on the Motion were received by the undersigned, or filed with the Court by the date designated in the Notice, or all objections have been resolved by Court order.

Accordingly, Movant requests that the Court enter an order granting the requested relief.

### Part 2  Signature of Movant's Attorney or Movant (if unrepresented)

Dated:  10/13/2021

By:  /s/ Christopher C. Simpson
Christopher C. Simpson
Bar Number (if applicable):  018626 (AZ)
Mailing Address:  Osborn Maledon, PA
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012
Telephone number:  602-640-9000
Facsimile number:  602-640-9050
E-mail address:  csimpson@omlaw.com