**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 21-13328-MER |
| SUMMIT FAMILY RESTAURANTS ) | |
| INC. ) | |
| ) | Chapter 11 |
| ) | Subchapter V |
| Debtor. ) | |

**ORDER APPROVING STIPULATION RESOLVING BSV LAMONT JCRS LLC'S MOTION TO ALLOW AND COMPEL PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. §§ 365(d)(3) AND 503(b)(1) FOR POST-PETITION AMOUNTS DUE FOR RENTS ON A NON-RESIDENTIAL LEASE OR IN THE ALTERNATIVE, MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) AND THE RESPONSE IN OPPOSITION THERETO**

**THIS MATTER** having come before the Court on the Stipulation Resolving BSV Lamont JCRS LLC's (the "Landlord") Motion to Allow and Compel Payment of Administrative Expense Claim Under 11 U.S.C. §§ 365(d)(3) and 503(b)(1) for Post-Petition Amounts Due for Rents on a Non-Residential Lease or, in the Alternative, Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and the Response in Opposition Thereto, the Court finding no objection or response having been filed, does hereby

**ORDER** that the Stipulation is **APPROVED**. The Court does hereby

**ORDER** that, Debtor shall pay the Landlord the sum of $900,000.00 from the sale of Casa Bonita by wire transfer or other certified funds, in full and final satisfaction of the Landlord's Pre-Petition Claim and Post-Petition Claim (as defined in the Stipulation), and any other damages claims which Landlord might assert against the Debtor. Except as specifically provided in this Order, the Settlement Payment shall resolve and satisfy the Landlord's claim against Debtor in its entirety. The Court further

**ORDERS** until the sum of $900,000.00 is paid to the Landlord, and until the Lease (as described in the Stipulation) is formally assumed and assigned by the buyer by order of this Court, Debtor shall continue to pay, and be obligated for, all post-petition rent and CAM/taxes/insurance as they come due. The Court further

**ORDERS** as described in the Stipulation, the Landlord's Objection to Debtor's Election to Proceed under Subchapter V (Docket No. 53) is hereby **WITHDRAWN**.

DATED October 13, 2021.

BY THE COURT:

_____
Honorable Michael E. Romero
U.S. BANKRUPTCY JUDGE