Christopher C. Simpson, 018626
OSBORN MALEDON, P.A.
2929 North Central Avenue
21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
csimpson@omlaw.com

*SubChapter V Trustee*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| SUMMIT FAMILY RESTAURANTS, INC. | Case No. 1:21-bk-013328-MER |
| Debtor | **NOTICE OF ACCRUED PENDING ADMINISTRATIVE EXPENSES OF CHAPTER 11 SUBCHAPTER V TRUSTEE** |

Attached hereto is an informational statement of the accrued administrative fees of the Subchapter V Trustee in this case for September, 2021. The Trustee filed a *First Interim Fee Application for Compensation as the Subchapter Five Trustee* on September 7, 2021 (Dkt. 118) which is still pending. The September, 2021 fees have not been approved by the Court and are for informational purposes only.

DATED this 13th day of October, 2021.

OSBORN MALEDON, P.A.

By /s/ Christopher C. Simpson
Christopher C. Simpson
2929 North Central Avenue
21st Floor
Phoenix, Arizona 85012-2793
*SubChapter V Trustee*

/ / /

/ / /

/ / /

9177099

# CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Peggy Nieto



2929 North Central Avenue  
21st Floor  
Phoenix, Arizona 85012

Telephone  602.640.9000  
Facsimile  602.640.9050  
omlaw.com

Tax ID # 86-0789930

Christopher C. Simpson  
Chapter 11 Subchapter V Trustee  
2929 N Central Ave Ste 2100  
Phoenix, AZ  85012

October 4, 2021  
Matter: 18784.6  
Invoice: 252206

## INVOICE SUMMARY

For Professional Services Rendered and Disbursements Advanced for the period ending: September 30, 2021

**RE:  Summit Family Restaurants**

| | |
|---|---:|
| Total Professional Services | $ 4,345.00 |
| Total Disbursements Advanced | $ 34.98 |
| **TOTAL THIS INVOICE** | **$ 4,379.98** |



2929 North Central Avenue  
21st Floor  
Phoenix, Arizona 85012

Telephone  602.640.9000  
Facsimile  602.640.9050  
omlaw.com

**Matter: 18784.6**

**RE:  Summit Family Restaurants**

### PROFESSIONAL SERVICES

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| 9/03/21 | CCS | Prepare first interim fee application of Subchapter V Trustee, form of order and notice. | 1.40 | 770.00 |
| 9/08/21 | CCS | Attend to Notice for Application for fee application. | .40 | 220.00 |
| 9/13/21 | CCS | Review motion to reschedule hearing and review status of case. | .30 | 165.00 |
| 9/24/21 | CCS | Conference with Jonathan Dickey requesting information regarding the undisclosed reportedly pending sale process and inquiring as to why buyer's counsel has not appeared in the case. | .20 | 110.00 |
| 9/28/21 | CCS | Initial review of signed asset purchase agreement and motion to approve sale. | 3.30 | 1,815.00 |
| 9/30/21 | CCS | Receive call from Saving Casa Bonita and investigate concerns; return call to counsel regarding case and conduct subsequent review of APA regarding stated concerns. | 2.30 | 1,265.00 |

| | | TOTAL PROFESSIONAL SERVICES | | $ 4,345.00 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Rate | Hours | Total |
|---|---:|---:|---:|
| C. Simpson | 550.00 | 7.90 | 4,345.00 |
| **Total** | | **7.90** | **$ 4,345.00** |

### DISBURSEMENTS ADVANCED

| Date | Description | Amount |
|---|---|---:|
| | Postage | 34.98 |

| | TOTAL DISBURSEMENTS | $ 34.98 |
| | **TOTAL THIS INVOICE** | **$ 4,379.98** |



2929 North Central Avenue    Telephone   602.640.9000
21st Floor    Facsimile   602.640.9050
Phoenix, Arizona 85012    omlaw.com

Tax ID # 86-0789930

Christopher C. Simpson
Chapter 11 Subchapter V Trustee
2929 N Central Ave Ste 2100
Phoenix, AZ  85012

October 4, 2021
Matter: 18784.6
Invoice: 252206

# REMITTANCE ADVICE

**RE:  Summit Family Restaurants**

---

**BALANCE DUE THIS INVOICE**            **$ 4,379.98**

---

Please return this advice with payment to:

    Osborn Maledon P.A.
    Attn:  Accounts Receivable
    P.O. Box 36379
    Phoenix, Arizona 85067-6379

**PAYMENT DUE UPON RECEIPT**

Invoices unpaid after 30 days are delinquent.

To ensure proper credit please identify your remittance with invoice number: 252206

*Thank you!*
*Your business is appreciated greatly.*