# Exhibit A

To Objection to Motion to (A) Approve Purchase and Sale Agreement for the Sale of Substantially All of Debtor's Assets Free and Clear of All Liens, Claims and Encumbrances Pursuant to 11 U.S.C. §§ 363(B) and (F); and (B) to Assume and Assign Unexpired Lease Pursuant to 11 U.S.C. § 365(F)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

In re:

SUMMIT FAMILY RESTAURANTS INC.
(d/b/a Casa Bonita),

Debtor.

Case No. 21-13328-MER
Chapter 11

**DECLARATION OF ANDREW NOVICK IN SUPPORT OF OBJECTION TO MOTION TO (A) APPROVE PURCHASE AND SALE AGREEMENT FOR THE SALE OF SUBSTANTIALLY ALL OF DEBTOR'S ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO**
**11 U.S.C. §§ 363(B) AND (F); AND (B) TO ASSUME AND ASSIGN UNEXPIRED LEASE PURSUANT TO 11 U.S.C. § 365(F)**

I, Andrew Novick, am over the age of eighteen, of sound mind, and solemnly declare as follows:

1. I have been visiting Casa Bonita most of my life, since the year it first opened for business. I am well-known as a local supporter of the restaurant and an authority of its history. In 2019, I celebrated my 300th visit with a large event, garnering attendance of over 400 people. Many journalists include statements from me when they write about the restaurant.

2. During the recent COVID-19 pandemic, the restaurant had been closed for many months. In July 2020 Casa Bonita's website and Facebook page disappeared and many people were concerned.

3. I was able to get in touch with the owner of Summit Family Restaurants, Bob Wheaton, and we had several months of communications about his plans for the restaurant. Mr. Wheaton wanted to re-open, but only if he could do so at 100% capacity. He said he would be willing to sell the restaurant if he had a "reasonable offer from a qualified buyer." Mr. Wheaton's statement encouraged me to begin my process of discovery and serious interest in purchasing the

restaurant with a group of local restaurateurs devoted to preserving everything great about Casa Bonita. Historically, the restaurant has always been owned by out-of-state restaurant groups.

4. As part of my desire to help preserve Casa Bonita, I researched Star Buffet, the publicly-traded parent company and found that it had not filed a quarterly report with the SEC since 2019. I also understand that Star Buffet filed a chapter 11 bankruptcy in 2011.

5. I started gathering a group of local Denver constituents who also had a love of the restaurant and a wide range of skills and experience in restaurants, business, advocacy and creativity. We spent several months thinking about ways to bring the restaurant into the 21st century, while honoring its 47-year history. We looked for investors and reached out to the current potential buyers in several ways, with no response.

6. We heard that there were local developers working with the landlord to take over the business due to a breach of the existing lease.

7. As I understood, the restaurant had not paid rent since March of 2020, even though it had received PPP loans during the pandemic.

8. As a result of our efforts, we started Save Casa Bonita, LLC and launched a GoFundMe campaign to garner public support and funding. In late March, 2021, the landlord filed an unlawful detainer and five days later, Summit Family Restaurants filed for Chapter 11 bankruptcy protection in Arizona, where the owner resides.

9. With funds from our campaign, we paid the claims of certain independent creditors in full and transferred their claims in the bankruptcy case to our organization. We followed the bankruptcy proceedings closely and participated in the hearings. We learned a lot about the operation and finances of the business and the restaurant owner's belief that the intellectual property comprising trademarks for the name and lettering were protected from the landlord in

another subsidiary, created solely to hold those assets.

10. We garnered thousands of supporters and had investor interest, so we started putting together a proposal to purchase the restaurant. Our representative, Ethan Castro, formed a relationship with Bob Wheaton and was told several times that Save Casa Bonita, LLC was the ideal/preferred buyer for Casa Bonita.

11. On July 2, 2021, we sent Mr. Wheaton a Letter of Intent to purchase the assets of the restaurant, including the lease and all of the intellectual property, including the trademarks. Mr. Wheaton returned a counteroffer and we revised the Letter of Intent immediately to meet his requests.

12. As I understand, after receiving the counteroffer, neither the landlord nor the current potential buyers from the Sale Motion had contacted the owner about making a purchase.

13. However, on July 30, 2021, Mr. Wheaton, via email, a true and correct copy is attached hereto as **Exhibit 1**, told our group that that the Debtor's "**landlord is no longer willing to consent** to settlement of pre/post petition obligations in exchange for [the Debtor's] consent to sell Casa Bonita . . . . Without landlord consent, [the Debtor] must focus its priorities on Plan confirmation and reopening the business…not a sale."

14. On August 5, 2021, Wheaton again emailed my group, stating that the landlord has "continued to push forward in an adversarial manner so a favorable response to our proposal seems unlikely." After this email, the Debtor creased further communications with my group. A true and correct copy of the email is attached hereto as **Exhibit 2.**

15. Less than two weeks after that, Matt Stone and Trey Parker of South Park announced that they were purchasing Casa Bonita. A few days later, on August 17, 2021, there was an unopposed motion to continue an evidentiary hearing set for August 25th stating that "a

completed sale may resolve issues between the Debtor and the [landlord]".

16. It is our understanding that our group had an agreement with the Debtor, but due to the landlord's unwillingness to consent to the sale at that time, the Debtor was restricted from further discussing opportunities with our group. Shortly after that, the new buyers appeared and then the landlord agreed to settle.

17. Counsel for the landlord previously represented the operating partners of the new buyers and has a close and intimately entwined prior relationship with the new buyers. The group that I am working with strongly believes that the currently proposed sale was not, in fact, an arms-length deal, and that the landlord pressured Mr. Wheaton to sell to a preferred buyer, instead of finalizing an agreement with our group or otherwise allowing a public opportunity to present competitive bids for the restaurant.

18. Our group is willing to purchase the Debtor's assets on the same terms of the proposed buyer's Asset Purchase Agreement, but at a higher total purchase price of $3.5 million.

19. It is disheartening our group did not have a fair chance to negotiate for a purchase of the Debtor's assets. The sale motion states that the potential purchasers offer is in "good faith," without fraud, collusion "or an attempt to take grossly unfair advantage of other bidders." We believe that this sale should not be allowed due to the association with the landlord in these activities.

20. Our group stands ready, willing, and able to purchase Casa Bonita for $3.5 million today, $400,000.00 more than the current offer presented within the Sale Motion.

*Signature on following page.*

Signed under penalty of perjury on this 18th day of October, 2021 in Denver, Colorado.

By: _____
Andrew Novick

# Exhibit 1

To the Declaration of Andrew Novick in Support of Objection to Motion to (A) Approve Purchase and Sale Agreement for the Sale of Substantially All of Debtor's Assets Free and Clear of All Liens, Claims and Encumbrances Pursuant to 11 U.S.C. §§ 363(B) and (F); and (B) to Assume and Assign Unexpired Lease Pursuant to 11 U.S.C. § 365(F)

---------- Forwarded message ---------
From: **Ethan Castro** <ethan@akgrowthpartners.com>
Date: Mon, Aug 2, 2021 at 5:40 AM
Subject: Fwd: Update from Bob Wheaton to Ethan 7/30/2021 (please see attached)
To: Save Casa Bonita <savecasabonita@gmail.com>, Brandon Jundt <bjundt@wynkoopfinancial.com>

FYI - see attached. Bob says he can't sell now without landlord consent. Not sure what next steps may be aside from wait and see…

Sent from my iPhone

Begin forwarded message:

1

Ethan,

Thank you for your recent LOI.

However, this morning I learned that Casa Bonita's landlord is no longer willing to consent to settlement of pre/post petition obligations in exchange for Summit's consent to sell Casa Bonita.  This was a surprising and disappointing turn of events that will require significant evaluation before you and I can have any further substantive discussions.  Summit's decision to sell Casa Bonita was predicated on the landlord's consent to settle.  Without landlord consent, Summit must focus priorities on Plan confirmation and reopening the business...not a sale.

I will advise as more is learned.

# Exhibit 2

To the Declaration of Andrew Novick in Support of Objection to Motion to (A) Approve Purchase and Sale Agreement for the Sale of Substantially All of Debtor's Assets Free and Clear of All Liens, Claims and Encumbrances Pursuant to 11 U.S.C. §§ 363(B) and (F); and (B) to Assume and Assign Unexpired Lease Pursuant to 11 U.S.C. § 365(F)

On Thu, Aug 5, 2021 at 7:38 PM Rewheaton1 <rewheaton1@aol.com> wrote:

Ethan,

As of tonight, landlord counsel has not responded to a letter sent by Summit's Colorado counsel on the subject. Landlord, however, has continued to push forward in an adversarial manner so a favorable response to our proposal seems unlikely. The next court hearing on certain related legal matters is scheduled for 8/25/21...so I don't expect any further guidance from me to you until after that date.

-----Original Message-----
From: Ethan Castro <ethan@akgrowthpartners.com>
To: stardowdy@aol.com
Cc: rewheaton1@aol.com
Sent: Mon, Aug 2, 2021 5:42 am
Subject: Re: Update from Bob Wheaton to Ethan 7/30/2021 (please see attached)

Thanks for letting me know, Bob, though it's certainly disappointing to hear. Anything I can do to help or is it just wait and see for us now?

Sent from my iPhone