# OFFICE OF THE SECRETARY OF STATE
# OF THE STATE OF COLORADO

# **CERTIFICATE OF DOCUMENT FILED**

I, Jena Griswold, as the Secretary of State of the State of Colorado, hereby certify that, according to the records of this office, the attached document is a true and complete copy of the
Filed Document

with Document # 19991172793 of
CASA BONITA

(Entity ID # 19891089918 )

currently registered by Casa Bonita Denver, Inc.
consisting of   1   pages.

This certificate reflects facts established or disclosed by documents delivered to this office on paper through 10/18/2021 that have been posted, and by documents delivered to this office electronically through 10/20/2021 @08:07:20.

I have affixed hereto the Great Seal of the State of Colorado and duly generated, executed, and issued this official certificate at Denver, Colorado on 10/20/2021 @08:07:20 in accordance with applicable law. This certificate is assigned Confirmation Number 13521875



*****************************************End of Certificate*********************************************

*Notice: A certificate issued electronically from the Colorado Secretary of State's Web site is fully and immediately valid and effective. However, as an option, the issuance and validity of a certificate obtained electronically may be established by visiting the Validate a Certificate page of the Secretary of State's Web site, http://www.sos.state.co.us/biz/CertificateSearchCriteria.do entering the certificate's confirmation number displayed on the certificate, and following the instructions displayed. Confirming the issuance of a certificate is merely optional and is not necessary to the valid and effective issuance of a certificate. For more information, visit our Web site, http://www.sos.state.co.us/ click "Businesses, trademarks, trade names" and select "Frequently Asked Questions."*

STARBUF.01SC02

Please include a typed self-addressed envelope

MUST BE TYPED
FILING FEE: $10.00
MUST SUBMIT TWO COPIES

Mail to: Secretary of State
Corporations Section
1560 Broadway, Suite 200
Denver, CO 80202
(303) 894-2251
Fax (303) 894-2242

For office use only    043

FILED
DONETTA DAVIDSON
COLORADO SECRETARY OF STATE

19991172793  M
$    5.00
SECRETARY OF STATE
09-15-1999  13:29:00

TMSm 198910899/8

## ASSIGNMENT OF TRADEMARK

Taco Bueno Restaurants, Inc. whose
(indicate whether a sole proprietorship, partnership, or corporation, and state of organization)

Post office address is 1200 N. Harbor Blvd. Anaheim, CA 92803

has adopted and used the trademark CASA BONITA w/p.

Classification number 107 registered under the laws of the state of Colorado,

dated August 30, 19 89, and Star Buffet, Inc., whose post office address is

(Transferee) 440 Lawndale Drive, Salt Lake City, Utah 84115 is

desirous of acquiring this trademark.

NOW, THEREFORE, TO ALL WHO IT MAY CONCERN:

BE IT KNOWN THAT Taco Bueno Restaurants, Inc. by these presents does

assign and transfer to Star Buffet, Inc.

its successor(s) and assigns the entire right, title and interest in this trademark and the registration thereof, together with the good will of the business in connection with which this mark is used.

Dated _____

Taco Bueno Restaurants, Inc.
OWNER
By _____
Robert A. Wilson
Vice President & General Counsel



OFFICE OF THE SECRETARY OF STATE
OF THE STATE OF COLORADO

# CERTIFICATE OF DOCUMENT FILED

I, Jena Griswold, as the Secretary of State of the State of Colorado, hereby certify that, according to the records of this office, the attached document is a true and complete copy of the
Statement of Transfer of Trademark Registration

with Document # 20111350339 of

CASA BONITA

(Entity ID # 19891089918 )

currently registered by Casa Bonita Denver, Inc.
consisting of   8   pages.

This certificate reflects facts established or disclosed by documents delivered to this office on paper through 10/18/2021 that have been posted, and by documents delivered to this office electronically through 10/20/2021 @08:08:09 .

I have affixed hereto the Great Seal of the State of Colorado and duly generated, executed, and issued this official certificate at Denver, Colorado on 10/20/2021 @08:08:09  in accordance with applicable law. This certificate is assigned Confirmation Number 13521878



*************************************************End of Certificate*********************************************

*Notice: A certificate issued electronically from the Colorado Secretary of State's Web site is fully and immediately valid and effective. However, as an option, the issuance and validity of a certificate obtained electronically may be established by visiting the Validate a Certificate page of the Secretary of State's Web site, http://www.sos.state.co.us/biz/CertificateSearchCriteria.do entering the certificate's confirmation number displayed on the certificate, and following the instructions displayed. Confirming the issuance of a certificate is merely optional and is not necessary to the valid and effective issuance of a certificate. For more information, visit our Web site, http://www.sos.state.co.us/ click "Businesses, trademarks, trade names" and select "Frequently Asked Questions."*



Colorado Secretary of State
Date and Time: 06/20/2011 06:28 PM
ID Number: 19891089918

Document number: 20111350339
Amount Paid: $10.00

Document must be filed electronically.
Paper documents will not be accepted.
Document processing fee $10.00
Fees & forms/cover sheets
are subject to change.
To access other information or print
copies of filed documents,
visit www.sos.state.co.us and
select Business Center.

ABOVE SPACE FOR OFFICE USE ONLY

## Statement of Transfer of Trademark Registration
### Transferring a Trademark to a Non-Reporting Entity
filed pursuant to § 7-70-106 of the Colorado Revised Statutes (C.R.S.)

1. The entity ID number, if applicable, and the true name of the trademark registrant transferring the trademark are

    Entity ID number
    *(if applicable)*                       _____
                                             *(Colorado Secretary of State ID number)*

    True name                                **STAR BUFFET, INC**

2. The trademark ID number and the trademark as stated in the statement of trademark registration are

    Trademark ID number                      **19891089918**
                                             *(Colorado Secretary of State ID number)*

    Trademark                                **CASA BONITA**

3. The transferee is an entity other than a reporting entity ("non-reporting entity").

4. *(Mark the applicable box and complete the statement. Caution: Mark only one box.)*
    ☐ Such transferee is a general partnership.

    The true name of at least one general partner of such general partnership is

    (if an individual) _____ _____ _____ _____
                       *(Last)*      *(First)*    *(Middle)*   *(Suffix)*

    **OR**

    (if an entity) _____
    *(Caution: Do not provide both an individual and an entity name.)*
    **OR**

    ☑ Such transferee is *not* a general partnership and the true name of such transferee is
    Casa Bonita Denver, Inc.

5. For such transferee, its form of entity and the jurisdiction under the law of which it is formed are

    Form of entity                           Corporation

Jurisdiction       DE

6. The principal address of such transferee and, if different, the mailing address of such transferee are

Principal (street) address       1312 N. Scottsdale Road
                                 *(Street number and name)*

Scottsdale       AZ       85257
*(City)*         *(State)*  *(Zip/Postal Code)*
                 United States
*(Province – if applicable)*   *(Country)*

Mailing address
**(leave blank** if same as street address)
*(Street number and name or Post Office Box information)*

*(City)*       *(State)*       *(Zip/Postal Code)*

*(Province – if applicable)*     *(Country)*

7. *(Mark the applicable box and complete the statement. **Caution:** Mark only one box.)*

[✔] Such transferee does not maintain a registered agent in this state and the mailing address to which service of process in any proceeding based on a cause of action with respect to the statement of trademark registration may be mailed pursuant to section 7-70-108, C.R.S. is

1312 N. Scottsdale Road
*(Street number and name or Post Office Box information)*

Scottsdale       AZ       85257
*(City)*         *(State)*  *(Zip/Postal Code)*
                 US
*(Province – if applicable)*   *(Country)*

**OR**

[ ] Such transferee maintains a registered agent in this state and such registered agent's name and address are

Name
(if an individual)
                *(Last)*    *(First)*    *(Middle)*    *(Suffix)*

**OR**

(if an entity)
*(**Caution:** Do not provide both an individual and an entity name.)*

Street address
*(Street number and name)*

                          CO
*(City)*       *(State)*       *(Zip Code)*

Mailing address
(**leave blank** if same as street address)

_____
*(Street number and name or Post Office Box information)*

_____

_____  __CO__  _____
*(City)*             *(State)*   *(Zip Code)*

The person appointed as registered agent has consented to being so appointed.

8. *(Mark the applicable box. **Caution:** Mark only one box.)*

   [✔] Such registrant has transferred to such transferee the rights to the trademark, including all associated goodwill, to which such statement of trademark registration pertains.

   **OR**

   [ ] Such transferee has by operation of law succeeded to the rights to the trademark, including all associated goodwill, to which such statement of trademark registration pertains.

9. *(If applicable, adopt the following statement by marking the box and include an attachment.)*

   [✔] This document contains additional information as provided by law.

10. *(**Caution:** Leave blank if the document does not have a delayed effective date. Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)*

    *(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*
    The delayed effective date and, if applicable, time of this document are _____.
    *(mm/dd/yyyy hour:minute am/pm)*

**Notice:**

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that such document is such individual's act and deed, or that such individual in good faith believes such document is the act and deed of the person on whose behalf such individual is causing such document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S. and, if applicable, the constituent documents and the organic statutes, and that such individual in good faith believes the facts stated in such document are true and such document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is identified in this document as one who has caused it to be delivered.

11. The true name and mailing address of the individual causing this document to be delivered for filing are

    Nataupsky            Steven           J.
    *(Last)*            *(First)*      *(Middle)*    *(Suffix)*
    2040 Main Street, 14th Floor
    *(Street number and name or Post Office Box information)*

    Irvine                          CA    92614
    *(City)*                      *(State)* *(Zip/Postal Code)*
                                  United States
    *(Province – if applicable)*   *(Country)*

*(If applicable, adopt the following statement by marking the box and include an attachment.)*
☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

**Disclaimer:**

This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty. While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet. Questions should be addressed to the user's legal, business or tax advisor(s).

## TRADEMARK ASSIGNMENT

This Trademark Assignment (hereinafter referred to as "Assignment") is effective as of the 25th day of MAY, 2011, by and between Star Buffet, Inc, a Delaware corporation having a place of business at 1312 N. Scottsdale Road, Scottsdale, Arizona 85257 (hereinafter referred to as "ASSIGNOR"), and Casa Bonita Denver, Inc. a Delaware corporation having a place of business at 1312 N. Scottsdale Road, Scottsdale, Arizona 85257 (hereinafter referred to as "ASSIGNEE").

WHEREAS, ASSIGNOR has adopted, used, is using, and is, to the best of its knowledge and belief, the owner of the trademarks and service marks listed in Schedule A, attached hereto and incorporated herein by this reference, and all other rights appurtenant thereto, including, but not limited to, all common law rights, trade name rights, causes of action, and the right to recover for past infringement (hereinafter collectively referred to as "Trademarks");

WHEREAS, ASSIGNOR has acquired goodwill associated with and symbolized by said Trademarks and has not abandoned the same;

WHEREAS, ASSIGNOR is the owner of the federal and state trademark and service mark registrations relating to the Trademarks listed in Schedule B (the "Registrations");

WHEREAS, ASSIGNEE is desirous of acquiring all rights, title, and interest in and to the Trademarks and Registrations; and

WHEREAS, ASSIGNOR is willing to assign to ASSIGNEE all rights, title, and interest ASSIGNOR may possess in and to the Trademarks and the Registrations;

NOW, THEREFORE, for good and adequate consideration, the receipt and sufficiency of which is hereby acknowledged, ASSIGNOR hereby assigns and sells to ASSIGNEE all rights, title, and interest ASSIGNOR possesses in and to the Trademarks set forth in Schedule A, the

(continued on next page)

Registrations set forth in Schedule B, together with the goodwill symbolized by said Trademarks and Registrations.

Star Buffet, Inc.

By: _____

Printed Name: Ron Dowdy

Title: Secretary

Date: 5.25.2011


STATE OF _____ )
                          ) ss.
COUNTY OF _____ )

On 5/25/2011, before me, Geancarlo Peabody personally appeared Ron Dowdy personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

[SEAL]

Geancarlo Peabody
Notary Public
Maricopa County, Arizona
My Comm. Expires 10-15-14

Signature: _____

Accepted and Acknowledged:

Casa Bonita Denver, Inc.

By: _____

Printed Name: Robert E. Wheaton

Title: President

Date: 5.25.2011

## SCHEDULES TO TRADEMARK ASSIGNMENT

## SCHEDULE A

CASA BONITA



## **SCHEDULE B**

Federal and State Trademark and Service Mark Registrations:

U.S. Registration Number 1,000,819
U.S. Registration Number 1,747,587
Colorado State Registration Number 19891089913
Colorado State Registration Number 19891089914
Colorado State Registration Number 19891089915
Colorado State Registration Number 19891089916
Colorado State Registration Number 19891089917
Colorado State Registration Number 19891089918
Oklahoma State Registration Number 12004980

11266278
051911