**Fill in this information to identify your case**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

| Debtor 1: | SUMMIT | FAMILY | RESTAURANTS, INC. | Case #: | 21-13328-MER |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2: | | | | | 11 Subchapter V |
| | First Name | Middle Name | Last Name | Chapter: | |

**Local Bankruptcy Form 9013-1.4**
## Movant's Certificate of Contested Matter and Request for Hearing

**Complete applicable sections.**

| Part 1 | **Certificate and Request for Hearing** |
|---|---|

On September 27, 2021, Summit Family Restaurants, Inc. (the "Movant"), filed a motion or application pursuant to L.B.R. 2002-1 or 9013-1 entitled, Motion to (a) Approve Purchase and Sale Agreement For the Sale of Substantially all of Debtor's Assets Free and Clear of All Liens, Claims and Encumbrances, pursuant to 11 U.S.C. §§ 363(b) and (f) and to Assume and Assign Unexpired Lease Pursuant to 11 U.S.C. § 365(f) (the "Motion") at docket no. 132.  Movant hereby certifies that the following is true and correct:

1.  Service of the Motion, Notice, and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Loal Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Motion on September 27, 2021.
2.  Mailing or other service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1 and 9013-1 as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Notice on September 27, 2021.
3.  Objections and requests for hearing on the motion/application have been filed by the following party/parties:
    a.  **Save Casa Bonita, LLC** docket no., 151;
4.  The docket numbers for each of the following relevant documents are:
    a.  the Motion and all documents attached thereto and served therewith, docket no., 132;
    b.  the Notice, docket no., 135;
    c.  the Certificate of Service of the Motion and the Notice, docket no., 135;
    d.  the Proposed Order, docket no., 132; and
    e.  the **Reply** docket no. 152.
5.  Movant made a good faith effort to resolve this matter without the necessity of a hearing in the following manner:
    a.  **Movant spoke counsel for Save Casa Bonita regarding the objection on the morning of October 20, 2021.  Counsel for Save Casa Bonita advised he was just local counsel and would be back in touch. Debtor's counsel has not heard further.  While not a tremendous amount of time has passed between the initial call and the filing of this Certificate, given the time sensitive nature of the sale, the Movant files his Certificate now.**
6.  Resolution of this contested matter may benefit from a preliminary hearing to resolve the following disputed legal issues:  **Whether Movant exercised appropriate business judgment in agreeing to a private sale to the buyer disclosed in the Sale Motion, with a purchase price of $3,100,000.00.**
7.  Movant does not believe resolution of this contested matter will require an evidentiary hearing.  Movant estimates the hearing will proceed as follows: **Movant believes this can and should be resolved by a preliminary hearing.  Based on the facts in Save Casa Bonita's Declaration and the Docket itself, the Court can see the sale to Buyer was the product of an arm's length transaction**

Accordingly, Movant requests that the Court set this matter for hearing pursuant to L.B.R. 9013-1.

| Part 2 | **Signature of Movant's Attorney or Movant (if unpresented)** |
| --- | --- |

Dated: October 20, 2021

By: _/s/ Jonathan M. Dickey_____
        Signature

Bar Number (if applicable):  46981
Mailing Address: 1660 Lincoln St., Suite 1720
                        Denver, CO 80264
Telephone number: 303-832-3047
E-mail address:  jmd@kutnerlaw.com