**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 21-13328-MER |
| SUMMIT FAMILY RESTAURANTS ) | |
| INC. ) | |
| ) | Chapter 11 |
| ) | Subchapter V |
| Debtor. ) | |

**MOTION FOR FORTHWITH HEARING ON MOTION TO (A) APPROVE PURCHASE AND SALE AGREEMENT FOR THE SALE OF SUBSTANTIALLY ALL OF DEBTOR'S ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 363(b) AND (f); AND (B) TO ASSUME AND ASSIGN UNEXPIRED LEASE PURSUANT TO 11 U.S.C. § 365(f) AND THE OBJECTION THERETO**

Summit Family Restaurants, Inc., Debtor-in-Possession herein, by and through its undersigned counsel, hereby submits its Motion for Forthwith Hearing on its Motion to (a) Approve Purchase and Sale Agreement For the Sale of Substantially all of Debtor's Assets Free and Clear of All Liens, Claims and Encumbrances, pursuant to 11 U.S.C. §§ 363(b) and (f) and to Assume and Assign Unexpired Lease Pursuant to 11 U.S.C. § 365(f) and the Objection thereto.  In support of the Motion, Summit Family Restaurants, Inc. states as follows:

1. Summit Family Restaurants, Inc. ("Debtor" or "Summit") filed for relief under chapter 11 of the Bankruptcy Code on April 6, 2021 in the Bankruptcy Court for the District of Arizona under Case Number 21-02477-BKM.  On June 23, 2021, venue of the case was transferred to the Bankruptcy Court for the District of Colorado under this case number.  Debtor is acting as debtor-in-possession.

2. Debtor owns and operates the famous Casa Bonita restaurant, located at 6715 W. Colfax Avenue, Lakewood, Colorado 80214.  The intellectual property associated with Casa Bonita is owned by a different company, Casa Bonita Denver, Inc. ("CBDI").

3. On September 27, 2021, Summit filed its Motion to (a) Approve Purchase and Sale Agreement For the Sale of Substantially all of Debtor's Assets Free and Clear of All Liens, Claims and Encumbrances, pursuant to 11 U.S.C. §§ 363(b) and (f) and to Assume and Assign Unexpired Lease Pursuant to 11 U.S.C. § 365(f) (the "Motion").  In relevant part, the Motion provides for the sale of substantially all of Summit's assets to The Beautiful OPCO, LLC (the "Buyer") for the sum

of $3,100,000.00 in cash, an amount that will allow all of Summit's creditors to be paid in full. The Motion also provides Summit will assume and assign its lease (the "Lease") with BSV Lamont JCRS LLC (the "Landlord"). to Buyer after using $900,000.00 of the purchase price to cure its obligation under the Lease, all as provided for under a settlement previously approved by this Court.

4. As noted in the Motion, the sale from Summit to the Buyer does not include Casa Bonita's intellectual property, which is owned by CBDI, and thus subject to a separate purchase agreement between CBDI and The Beautiful House, LLC, an entity related to the Buyer. Because CBDI is not a debtor in bankruptcy, the sale of Casa Bonita's intellectual property is not subject to the jurisdiction of this Court.

5. On October 18, 2021, Save Casa Bonita, LLC ("Save Casa") filed its objection to Motion, asking the Court to deny the Motion and instead authorize the sale of Casa Bonita to Save Casa for the sum of $3,500,000.00.

6. On October 20, 2021, Summit filed its Reply in Support of the Motion. The Motion has, therefore, been fully briefed.

7. Summit filed its Certificate of Contested Matter contemporaneous with this Motion.

8. Summit seeks an expedited and forthwith hearing on the Motion and the Objection thereto. As noted in Summit's reply, Summit voluntarily kept Casa Bonita closed while the sale to Buyer was documented and finalized. During that time, Summit continued to pay its employees and its ongoing rental obligations. Absent a quick closing, Summit may need to layoff employees to ensure it has sufficient cash reserves to pay rent while the sale process runs its course.

9. Summit has conferred with the Subchapter V Trustee, and with counsel for Save Casa, the Buyer, the Landlord, and the US Trustee's Office. Neither the Subchapter V Trustee, the Buyer, the Landlord nor the UST oppose the requested relief. Counsel for Save Casa did not take a position in the call between counsel this morning. Given the time sensitive nature of this issue, Summit files this motion without knowing Save Casa's position on the same.

WHEREFORE, the Debtor requests the Court enter an Order setting a forthwith and expedited hearing on the Debtor's sale motion and the objection thereto and for all other just and proper relief.

DATED this 20th day of October, 2021.

                                                                         Respectfully submitted,

                                                                         */s/Jonathan M. Dickey*

                                                                         _____
                                                                         Jonathan M. Dickey, #46981
                                                                         KUTNER BRINEN DICKEY RILEY, P.C.
                                                                         1660 Lincoln Street, Suite 1720
                                                                         Denver, CO 80264
                                                                         jmd@kutnerlaw.com
                                                                         Telephone: 303-832-3047
                                                                         Attorneys for the Debtor

## CERTIFICATE OF SERVICE

      I certify that on October 20, 2021, I served a complete copy of the foregoing **MOTION FOR FORTHWITH HEARING ON MOTION TO (A) APPROVE PURCHASE AND SALE AGREEMENT FOR THE SALE OF SUBSTANTIALLY ALL OF DEBTOR'S ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. SECTIONS 363(b) AND (f); AND (B) TO ASSUME AND ASSIGN UNEXPIRED LEASE PURSUANT TO 11 U.S.C. SECTION 365(f) AND THE OBJECTION THERETO** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Robert Samuel Boughner, Esq.
US Trustee's Office
Byron G. Rogers Federal Building
1961 Stout Street
Suite 12-200
Denver, CO 80294

Christopher C. Simpson, Trustee
Osborn Maledon PA
2929 North Central Avenue
Suite 2100
Phoenix, AZ 85012

Matthew D. Skeen, Jr., Esq.
217 East 7th Avenue
Denver, CO 80203

D. Lamar Hawkins, Esq.
Guidant Law Firm
402 East Southern Avenue
Tempe, AZ 85282

Patty Chan, Esq.
Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003

Bradley D. Pack, Esq.
Engelman Berger, P.C.
2800 North Central Avenue
Suite 1200
Phoenix, AZ 85004

Christopher J. Dawes, Esq.
Fox Rothschild – Denver
1225 17th Street
Suite 2200
Denver, CO 80202

Patrick F. Keery, Esq.
Keery McCue, PLLC
6803 East Main Street
Suite 1116
Scottsdale, AZ 85251

Heather L. Ries, Esq.
Fox Rothschild LLP
777 South Flagler Drive
Suite 1700 West Tower
West Palm Beach, FL 33401-6159

Eric D. Goldberg, Esq.
DLA Piper LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067

Deanna Lee Westfall, Esq.
Assistant Attorney General
Colorado Department of Law
1300 Broadway
8th Floor
Denver, CO 80203

Save Casa Bonita LLC
c/o Patrick J. Bernal, Esq.
Michael Best & Friedrich LLP
8300 Arista Place
Broomfield, CO 80021-4872


**/s/Vicky Martina**
**Vicky Martina**