# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 21-13328-MER |
| SUMMIT FAMILY RESTAURANTS ) | |
| INC. ) | |
| ) | Chapter 11 |
| ) | Subchapter V |
| Debtor. ) | |

_____

### NOTICE OF FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES AS COUNSEL FOR THE DEBTOR FOR KUTNER BRINEN DICKEY RILEY, P.C. FOR THE PERIOD FROM JULY 12, 2021 THROUGH SEPTEMBER 30, 2021

_____

### OBJECTION DEADLINE: NOVEMBER 11, 2021

**YOU ARE HEREBY NOTIFIED** that Kutner Brinen Dickey Riley, P.C., who has served as counsel for the Debtor in this case, has requested attorney fees in the sum of $28,335.00 and costs in the total sum of $742.78 pursuant to 11 U.S.C. § 330 for its services provided in this case from July 12, 2021 through September 30, 2021.

If you oppose the motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant/Applicant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: October 21, 2021        Respectfully submitted,

                                              By: */s/ Jonathan M. Dickey*
                                                  Jonathan M. Dickey, #46981
                                                 KUTNER BRINEN DICKEY RILEY, P.C.
                                                 1660 Lincoln Street, Suite 1720
                                                 Denver, CO 80264
                                                 jmd@kutnerlaw.com
                                                 Telephone: 303-832-3047

## CERTIFICATE OF SERVICE

      I certify that on October 21, 2021, I served a complete copy of the foregoing **NOTICE OF FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES AS COUNSEL FOR THE DEBTOR FOR KUTNER BRINEN DICKEY RILEY, P.C. FOR THE PERIOD FROM JULY 12, 2021 THROUGH SEPTEMBER 30, 2021 AND COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION** on the following parties in the attached Creditor Address Mailing Matrix, which was obtained from the Court's docket on October 21, 2021 in accordance with 11 U.S.C. Section 342(c) and Fed. R. Bankr. P. 2002

**/s/Vicky Martina**  
**Vicky Martina**  
**Kutner Brinen Dickey Riley PC**