UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:

SUMMIT FAMILY RESTAURANTS INC.
(d/b/a Casa Bonita),

        Debtors.

Case No. 21-13328-MER
Chapter 11

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PAPERS**

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109(b) and rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (collectively, the "Rules"), Justin M. Mertz of Michael Best & Friedrich LLP hereby enters his appearance in the above-referenced chapter 11 case as counsel to Save Casa Bonita, LLC ("Save Casa Bonita"). The undersigned respectfully requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following:

> Save Casa Bonita, LLC
> c/o Attorney Justin M. Mertz
> Michael Best & Friedrich LLP
> 790 N. Water Street, Ste. 2500
> Milwaukee, WI  53202
> Ph:  414-271-6560
> Fax:  414-277-0656
> Email:  jmmertz@michaelbest.com

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Notices and Papers is not only for the notices and other documents referred to in the Rules specified above but includes, without limitation, all orders, notices, applications, motions, petitions, schedules of assets and liabilities, statements of financial affairs, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail,

courier service, hand-delivery, telephone, facsimile transmission, email or otherwise.

PLEASE TAKE FURTHER NOTICE that Save Casa Bonita does not intend that this Notice of Appearance and Request for Service of Notices and Papers or any later appearance, pleading, proof of claim, claim or suit be deemed or construed to be a waiver of (1) the right to have final orders entered only after de novo review by a District Judge, (2) the right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which Save Casa Bonita is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Save Casa Bonita expressly reserves. Save Casa Bonita's rights are reserved and preserved, without exception and without confessing or conceding jurisdiction in any way by this filing or by any other participation in this case.

Dated this 25th day of October, 2021.

>MICHAEL BEST & FRIEDRICH LLP
>Attorneys for Save Casa Bonita, LLC
>
>By: _/s/ Justin M. Mertz_
>790 N. Water Street, Ste. 2500
>Milwaukee, WI  53202
>Ph:  414-271-6560
>Fax:  414-277-0656
>Email:  jmmertz@michaelbest.com
>
>Patrick J. Bernal, SBN 52956
>8300 Arista Place, Suite 300
>Broomfield, CO  80020
>Phone:  303-800-1580
>Fax:  877-398-5240
>Email:  pjbernal@michaelbest.com

2

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies the following parties received a true and correct copy of Notice of Appearance via a Notice of Electronic Filing transmitted by CM/ECF in accordance with Local Bankruptcy Rule 5005-4(a) on October 25, 2021:

Robert Samuel Boughner
Samuel.Boughner@usdoj.gov

Jeffrey S. Brinen
jsb@kutnerlaw.com, vlm@kutnerlaw.com

Christopher J. Dawes
cdawes@foxrothschild.com, rhanshe@foxrothschild.com;rgomez@foxrothschild.com

Jonathan Dickey
jmd@kutnerlaw.com, vlm@kutnerlaw.com

Eric Goldberg
eric.goldberg@dlapiper.com

Patrick F Keery
pfk@keerymccue.com, mat@keerymccue.com;mthompson@ecf.courtdrive.com

Heather L. Ries
hries@foxrothschild.com

Christopher C. Simpson, Trustee
csimpson@omlaw.com, pnieto@omlaw.com; csimpson@ecf.axosfs.com

Matthew D. Skeen
jrskeen@skeen-skeen.com

US Trustee    USTPRegion19.DV.ECF@usdoj.gov

Deanna L. Westfall
deanna.westfall@coag.gov, Robert.padjen@coag.gov; jade.darnell@coag.gov

Dated: October 25, 2021.

By: */s/ Justin M. Mertz*
Justin M. Mertz
MICHAEL BEST & FRIEDRICH LLP
790 N. Water Street, Ste. 2500
Milwaukee, WI 53202
Ph: 414-271-6560
Fax: 414-277-0656
Email: jmmertz@michaelbest.com