**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

In re:

SUMMIT FAMILY RESTAURANTS, INC.

Debtor.

Case No. 21-13328 MER

Chapter 11

Subchapter V

**ORDER AND NOTICE OF EVIDENTIARY HEARING**

NOTICE IS HEREBY GIVEN that a hearing has been set on **Wednesday, November 3, 2021, at 1:30 p.m.,** in the United States Bankruptcy Court for the District of Colorado, Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado, on the Debtor's Motion to (A) Approve Purchase and Sale Agreement for the Sale of Substantially All of Debtor's Assets Free and Clear of All Liens, Claims and Encumbrances and the Objection filed by Save Casa Bonita, LLC.  This matter has been set for one-half day.  All participants shall comply with the "Administrative Order of the Chief Judge 2020-2" and the Entry and Operational Protocols set forth therein as located on the Court's website (https://www.cob.uscourts.gov/covid-19-information).

IT IS ORDERED that:

1. **Witnesses and Exhibits**.  The requirements in this Order specifically supersede the requirements in Local Bankruptcy Rule 9070-1.  The parties shall exchange witness lists and exhibits on or before **November 1, 2021**.  A List of Witnesses and Exhibits shall be filed with the Court on or before **November 1, 2021**, substantially in the form of L.B. Form 9070-1.1.  Expert witnesses must be identified.  Do not file the actual exhibits unless otherwise directed by the Court.

    a.   The parties must exchange FULL SETS of intended exhibits prior to trial.  Exhibits which have been attached to pleadings or provided as discovery responses are not considered to be exchanged for purposes of trial preparation.
    b.   Exhibits must be marked for identification (Movant-numbers and Respondent-letters).
    c.   Multi-page exhibits should be individually page-numbered.
    d.   Expert witnesses must be specifically identified.
    e.   **The courtroom is equipped for electronic evidence presentation and the Court is now requiring its use for all hearings**.[1]  The guidelines for courtroom technology are available on the Court's website under "Judges' Info" at http://www.cob.uscourts.gov.  A pdf copy of each exhibit shall be delivered to chambers **on or before November 1, 2021,** by thumb drive.  Each exhibit shall be saved as a separate pdf file.  The thumb drives shall be placed in an envelope addressed to "MER Chambers" and deposited in the drop box in the lobby of the Custom House at 721 19th Street, Denver,

---

[1] The Court will consider timely requests to use paper exhibits on a case-by-case basis.

Colorado.[2]  No additional thumb drives are required at the start of the hearing.

2. **Stipulated Facts**.  The parties shall confer and prepare a list of uncontested background facts relating to the issues before the Court, which list shall be filed with the Court on or before **November 1, 2021**.  If the parties are unable to reach an agreement as to any stipulated facts, a statement to that effect must be filed.  Failure to file this required document will result in the hearing being vacated and may result in denial of the relief requested and/or sanctions upon the party and counsel failing to comply.

3. **Notification of Settlement**.  To facilitate court preparation for this hearing, any motion to continue the hearing or to vacate the hearing due to settlement shall be filed at least 24 hours prior to the scheduled hearing.  Parties shall contact chambers staff by telephone at 720-904-7413 upon filing such a motion, and chambers staff will advise parties if the hearing is continued or vacated.  Except in exigent circumstances not known 24 hours before the hearing, oral motions to continue will not be entertained.  If the matter is settled and a written motion to vacate due to settlement cannot be timely submitted, counsel and parties appearing pro se may be required to appear, either in person or by telephone, at the scheduled hearing time to read the terms of any settlement into the record.

4. **Court Appearances**.  Evidence will not be received by telephone or declaration, nor will parties be permitted to appear by telephone.  All parties shall appear in person or by counsel.

**Failure to file any of the required documents as set forth above will result in the hearing being vacated and may result in denial of the relief requested and/or sanctions upon the party and counsel failing to comply.**

Dated October 26, 2021               BY THE COURT:

Michael E. Romero, Chief Judge
United States Bankruptcy Court

---

[2] Federal Express or other overnight delivery packages may be addressed to U.S. Bankruptcy Court, Attn:  MER Chambers, 721 19th Street, Denver, CO  80202.
Phone number:  720-904-7303.