| Fill in this information to identify your case | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | |
| Debtor 1: SUMMIT FAMILY RESTAURANTS INC.<br>First Name   Middle Name   Last Name | Case #: | 21-13328-MER |
| Debtor 2: _____<br>First Name   Middle Name   Last Name | Chapter: | 11, Subchapter V |

## Local Bankruptcy Form 9070-1.1
## List of Witnesses and Exhibits

This Witness and Exhibit List is amended to reflect the Debtor's exhibits are letters and not numbers, which is the only change made herein.

**Summit Family Restaurants Inc.** hereby designates the following witnesses and exhibits for the evidentiary hearing on the Debtor's Motion to Sell Substantially all of its Assets and the Objection thereto, filed by Save Casa Bonita, LLC which is set for a final evidentiary hearing on **Wednesday, November 3, 2021 at 1:30 p.m.** at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom **C**, Fifth Floor, Denver, Colorado 80202.

### Part 1  Witnesses

Party **will call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| Robert E. Wheaton | Mr. Wheaton is the CEO of Summit Family Restaurants Inc. Mr. Wheaton will testify as to the facts and circumstances surrounding sale of Debtor's assets, the decisionmaking process which went into choosing the offer of the Beautiful OPCO, LLC (the "Buyer") as the best and highest bid for the Debtor's assets. Mr. Wheaton will further testify about any other fact relevant to the sale of Debtor's assets and the acceptance of the Buyer's offer. |
|  |  |
|  |  |

Party **may call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| Keith Pizzi | Keith Pizzi is the CFO of the Buyer. Mr. Pizzi may be called to testify regarding the negotiations between Buyer and the Debtor regarding the purchase of Debtor's assets, and any other fact relevant to the sale of Debtor's assets to Buyer. |
| Any party identified by the Respondent on its Witness and Exhibit List |  |
| Any party necessary for rebuttal |  |

### Part 2  Exhibits

| Exhibit number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional comments (electronic, video, paper, etc.) |
|---|---|---|---|---|
| 1 | Schedules and Statement of Financial Affairs filed by Debtor on April 20, 2021 at Docket No. 20. |  |  |  |
| 2 | Purchase Agreement entered into between Debtor and Buyer and dated September 23, 2021 |  |  |  |

| | | | | |
|---|---|---|---|---|
| 3 | Debtor's Motion to Sell Substantially all its assets to Buyer dated September 27, 2021 and all exhibits thereto filed at Docket No. 132. | | | |
| 4 | Objection to the Debtor's Motion to Sell filed by Save Casa Bonita, LLC and all exhibits thereto filed on October 15, 2021 at Docket No. 151. | | | |
| 5 | Reply in Support of Debtor's Motion to Sell and all exhibits thereto filed by the Debtor on October 20, 2021 at Docket No. 152. | | | |
| 6 | Facebook comments of Andrew Novick on Denver Westword article regarding sale of Casa Bonita | | | |
| 7 | Term Sheet prepared by an investment group for the purchase of the assets of Casa Bonita, dated July 28, 2021, which document was marked Confidential | | | |
| 8 | Debtor's Amended Chapter 11 Plan and all exhibits thereto filed October 6, 2021 at Docket No. 138 | | | |
| 9 | Monthly Operating Report of Debtor for month ending 9/30/21, filing on October 28, 2021 at Docket No. 160 | | | |
| 10 | Save Casa Bonita Go Fund Me Webpage, visited on November 1, 2021 | | | |
| 11 | Shopping Center Lease entered into between the Landlord and the Debtor and dated September 12, 2014. | | | |
| 12 | Court's Order approving Stipulation between Landlord and Debtor entered at Docket No. 146 | | | |
| 13 | Proofs of Claim filed by Save Casa Bonita at Claims 5-1; 6-1 and 8-1 | | | |
| 14 | Ballot of Star Buffet, Inc. accepting Debtor's Amended Chapter 11 Plan | | | |
| 15 | Amended Statement of Financial Affairs filed on June 22, 2021 at Docket No. 65, and Amended Schedule G filed on June 22, 2021 at Docket No. 64 | | | |
| | All exhibits designated by Respondent | | | |
| | All documents or other evidence necessary for rebuttal or impeachment | | | |

**Part 3  Signature**

Dated: November 1, 2021

By:  ___/s/ Jonathan M. Dickey_____
       Signature

Bar Number (if applicable):  46981
Mailing Address:  1660 Lincoln Street, Suite 1720
                         Denver, CO 80264
Telephone number:  (303) 832-3047
E-mail address:  jmd@kutnerlaw.com