# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 21-13328-MER |
| SUMMIT FAMILY RESTAURANTS ) | |
| INC. ) | |
| ) | Chapter 11 |
| ) | Subchapter V |
| Debtor. ) | |

## STIPULATED FACTS FOR EVIDENTIARY HEARING SCHEDULED FOR NOVEMBER 3, 2021

Summit Family Restaurants, Inc., by and through its undersigned counsel, and Save Casa Bonita, LLC, by and through its undersigned counsel, hereby submit their Stipulated Facts For Evidentiary Hearing Scheduled for November 3, 2021 and, in support thereof, state as follows:

1. Summit Family Restaurants, Inc. ("Debtor" or "Summit") filed for relief under chapter 11 of the Bankruptcy Code on April 6, 2021 in the Bankruptcy Court for the District of Arizona under Case Number 21-02477-BKM. On June 23, 2021, venue of the case was transferred to the Bankruptcy Court for the District of Colorado under this case number. Debtor is acting as debtor-in-possession.

2. Debtor owns and operates the famous Casa Bonita restaurant, located at 6715 W. Colfax Avenue, Lakewood, Colorado 80214. The intellectual property associated with Casa Bonita is owned by a different company, Casa Bonita Denver, Inc. ("CBDI").

3. Casa Bonita has not been open in its full capacity since Colorado Public Health Order 20-22 shut down all restaurants as a result of the COVID-19 pandemic.

4. Both Summit and CBDI are owned 100% by Star Buffet, Inc. ("Star Buffet").

5. Debtor filed its bankruptcy case to stay eviction proceedings which were initiated by Debtor's landlord, BSV Lamont JCRS LLC (the "Landlord").

6. During the course of the bankruptcy case, the Landlord claimed an entitlement to liquidated damages as a result of Debtor's closure of Casa Bonita (the "LD Claim"). The Landlord asserted the LD Claim exceeded $1,000,000.00 and continued to grow every day Casa Bonita was not serving food. The LD Claim was set for an evidentiary hearing on August 25, 2021.

7. Between approximately June 18, 2021 and August 5, 2021, Bob Wheaton engaged

in discussions with an investment firm which was interested in facilitating the purchase of Casa Bonita's assets.

8. In addition to being the CEO and sole Director of Summit, Mr. Wheaton is on Star Buffet's Board of Directors.

9. The deal with the investment firm formally fell apart on July 30, 2021 when Mr. Wheaton advised the firm that, because Debtor could not settle the LD Claim with the Landlord, it was going to have to focus on confirming a Chapter 11 plan and reopening Casa Bonita.

10. On August 18, 2021, Debtor filed a Status Report with the Court, advising the Court it had an agreement in principle to sell Casa Bonita to the creators of the TV show South Park for an amount sufficient to pay all of Debtor's creditors in full. At the same time, Debtor and Landlord agreed to continue the hearing set for August 25, 2021, which hearing was reset for September 17, 2021.

11. On September 7, 2021, the Court reached out to Debtor's counsel, counsel for the Landlord, counsel for the United States Trustee, and the Subchapter V Trustee, asking if the hearing set for September 17, 2021 was going to proceed. The Landlord and Debtor agreed the hearing was still needed.

12. A settlement was finally reached between the Debtor and Landlord, and the Court notified of the same on September 13, 2021. The settlement provides Debtor shall pay the Landlord $900,000.00 at the closing of the sale.

13. Debtor filed its Motion to Sell on September 27, 2021, which attached an executed Asset Purchase Agreement (the "APA") between Summit and The Beautiful Opco, LLC (the "Buyer").

14. The APA contains the following relevant terms to this hearing:

    a. It defines the separate sale of assets by CBDI to The Beautiful House, LLC as the "CBDI Acquisition" in the Definitions Section;

    b. It sets the Purchase Price for the assets of Summit as $3,100,000.00 (the "Purchase Price");

    c. It states the Purchase Price shall be paid to Summit, in cash, no later than two business days after the approval of the Sale Motion by the Bankruptcy Court;

    d. It states Debtor will not solicit any other bids for the sale of its assets; and

    e. It conditions the sale to Buyer on the CBDI Acquisition closing

concurrently with the sale to Buyer.

15. The Claims Analysis prepared by Summit in support of the Sale Motion shows total claims of $2,892,194.82, which amount includes estimated administrative expenses, the $900,000.00 claim of the Landlord, a contingent PPP claim of $1,001,563.00, and the disputed claim of Samuel Hernandez in the sum of $478,440.04.

16. The Purchase Price is in an amount greater than Summit's Claims Analysis and is, therefore, sufficient to pay all creditors in the case in full.

17. Save Casa objected to the Motion to Sell, offering to pay the sum of $3,500,000.00 to Summit in exchange for its assets.

18. Save Casa's objection does not make any offer to purchase the assets owned by Casa Bonita Denver, Inc., although it is willing to do so, and has done so previously through the investment firm.

19. Save Casa does not have an agreement in place with CBDI to purchase its assets.

20. Save Casa does not have a deal in place with the Landlord, although it is willing to work with the Landlord as well, or simply assume the existing lease pursuant to § 365.

21. Save Casa's proposal, if approved, would provide $400,000 more to the Debtor's equity interest holder, Star Buffet, for the sale of the Debtor's assets, ignoring the sale of non-debtor assets owned by CBDI.

22. On October 6, 2021, Summit filed its Amended Chapter 11 Plan (the "Plan") by which it proposes to pay all of Summit's creditors in full via the Purchase Price, with undisputed claims paid in full within thirty (30) days of the Effective Date of the Plan.

23. The Plan has been set for a confirmation hearing on December 1, 2021.

24. The Effective Date is defined in the Plan as fourteen (14) days after a confirmation order is entered.

25. Thus, under the terms of the Plan as filed, Debtor proposes to use the Purchase Price to pay its undisputed creditors in full not later than January 14, 2022.

Dated this 1st day of November, 2021

Respectfully submitted,

/s/Jonathan M. Dickey

_____
Jonathan M. Dickey, #46981
KUTNER BRINEN DICKEY RILEY, P.C.
1660 Lincoln Street, Suite 1720
Denver, CO 80264
jmd@kutnerlaw.com
Telephone: 303-832-304
Attorneys for the Debtor


/s/ Justin M. Mertz

_____
Justin M. Mertz, Wis. SBN 1056938
Patrick J. Bernal, Col. SBN 52956
MICHAEL BEST & FRIEDRICH LLP
8300 Arista Place
Broomfield, CO 80021-4872
jmmertz@michaelbest.com
pjbernal@michaelbest.com
Telephone: 303-800-1580
Attorneys for Save Casa Bonita, LLC

# CERTIFICATE OF SERVICE

I certify that on November 1, 2021, I served a complete copy of the foregoing **STIPULATED FACTS FOR EVIDENTIARY HEARING SCHEDULED FOR NOVEMBER 3, 2021** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Robert Samuel Boughner, Esq.
US Trustee's Office
Byron G. Rogers Federal Building
1961 Stout Street
Suite 12-200
Denver, CO 80294

Christopher C. Simpson, Trustee
Osborn Maledon PA
2929 North Central Avenue
Suite 2100
Phoenix, AZ 85012

Matthew D. Skeen, Jr., Esq.
217 East 7th Avenue
Denver, CO 80203

D. Lamar Hawkins, Esq.
Guidant Law Firm
402 East Southern Avenue
Tempe, AZ 85282

Patty Chan, Esq.
Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003

Bradley D. Pack, Esq.
Engelman Berger, P.C.
2800 North Central Avenue
Suite 1200
Phoenix, AZ 85004

Christopher J. Dawes, Esq.
Fox Rothschild – Denver
1225 17th Street
Suite 2200
Denver, CO 80202

Patrick F. Keery, Esq.
Keery McCue, PLLC
6803 East Main Street
Suite 1116
Scottsdale, AZ 85251

Heather L. Ries, Esq.
Fox Rothschild LLP
777 South Flagler Drive
Suite 1700 West Tower
West Palm Beach, FL 33401-6159

Eric D. Goldberg, Esq.
DLA Piper LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067

Deanna Lee Westfall, Esq.
Assistant Attorney General
Colorado Department of Law
1300 Broadway
8th Floor
Denver, CO 80203

Save Casa Bonita LLC
c/o Patrick J. Bernal, Esq.
Michael Best & Friedrich LLP
8300 Arista Place
Broomfield, CO 80021-4872

Save Casa Bonita LLC
c/o Justin M. Mertz, Esq.
Michael Best & Friedrich LLP
790 North Water Street
Suite 2500
Milwaukee, WI 53202

/s/Vicky Martina
**Vicky Martina**
**Kutner Brinen Dickey Riley PC**