**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

In re:
SUMMIT FAMILY RESTAURANTS INC.
(d/b/a Casa Bonita),
                    Debtor.

Case No. 21-13328-MER
Chapter 11

**NOTICE OF WITHDRAWAL OF SAVE CASA BONITA, LLC'S
OBJECTION TO MOTION TO (A) APPROVE PURCHASE AND SALE AGREEMENT
FOR THE SALE OF SUBSTANTIALLY ALL OF DEBTOR'S ASSETS FREE AND
CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C.
§§ 363(B) AND (F); AND (B) TO ASSUME AND ASSIGN UNEXPIRED LEASE
PURSUANT TO 11 U.S.C. § 365(F)**

Save Casa Bonita, LLC ("**Save Casa**"), by and through unsigned counsel, hereby files its Notice of Withdrawal ("**Withdrawal**") of the Objection to the Debtor's Motion to sell substantially all of its assets. This Withdrawal applies to Docket Nos. 151 (the Objection) and 163 (the Sur-reply related to the Objection). In support of the Withdrawal, Save Casa states as follows:

1. Summit Family Restaurants, Inc. ("**Debtor**") filed for relief under chapter 11 of the Bankruptcy Code on April 6, 2021 in the Bankruptcy Court for the District of Arizona under Case Number 21-02477-BKM. On June 23, 2021, venue of the case was transferred to the Bankruptcy Court for the District of Colorado under this case number.

2. On September 27, 2021, Summit filed its Motion to (a) Approve Purchase and Sale Agreement For the Sale of Substantially all of Debtor's Assets Free and Clear of All Liens, Claims and Encumbrances, pursuant to 11 U.S.C. §§ 363(b) and (f) and to Assume and Assign Unexpired Lease Pursuant to 11 U.S.C. § 365(f) (the "**Motion**"). In relevant part, the Motion provides for the sale of substantially all of Summit's assets to The Beautiful OPCO, LLC (the "**Buyer**") for the sum of $3,100,000.00 in cash, an amount that will allow all of Debtor's creditors to be paid in full.

3. On October 18, 2021, Save Casa filed its Objection to the Motion, asking the Court

to deny the Motion and instead authorize the sale of Casa Bonita to Save Casa for the sum of $3,500,000.00. The Debtor filed a reply to the Objection on October 20, 2021; and Save Casa filed a Sur-reply on October 29, 2021.

4. The Court set an evidentiary hearing on the Motion for tomorrow, November 3, 2021 at 1:30 p.m. pursuant to an Order at Docket No. 158.

5. Since that time, counsel for Save Casa, the Debtor, and the Buyer have had discussions regarding the Motion and the arguments set forth in the pleadings. After fully assessing the parties' positions and facts of this case, and upon the agreement of the parties, Save Casa hereby withdraws the Objection to the Motion. Pursuant to an agreement of the parties, the Buyer and the Debtor do not object to this Withdrawal.

6. In compliance with Paragraph 3 of the Court's Order, the parties also request to vacate the hearing due to the settlement and Withdrawal, and are doing so at least 24 hours prior to the scheduled hearing.

7. Accordingly, Save Casa hereby withdraws its Objection (Docket No. 151) and corresponding Sur-reply (Docket No. 163).

Dated this 2nd day of November 2021.

MICHAEL BEST & FRIEDRICH LLP

By: /s/ Justin M. Mertz
Justin M. Mertz, Wis. SBN 1056938
jmmertz@michaelbest.com
Patrick J. Bernal, Col. SBN 52956
pjbernal@michaelbest.com

Attorneys for Save Casa Bonita, LLC

Patrick J. Bernal
MICHAEL BEST & FRIEDRICH LLP
8300 Arista Place
Broomfield, CO 80021-4872
Phone: 303-800-1580
Fax: 877-398-5240