**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**The Honorable Michael E. Romero**

In re:

SUMMIT FAMILY RESTAURANTS, INC.

Debtor.

Case No. 21-13328 MER

Chapter 11

Subhchapter V

**NOTICE OF VACATED HEARING**

PLEASE TAKE NOTICE that the hearing on Debtor's Motion to Approve Purchase and Sale Agreement for the Sale of Substantially All of Debtor's Assets Free and Clear of All Liens, Claims and Encumbrances and the Objection filed by Save Casa Bonita, LLC, scheduled for November 3, 2021, at 1:30 p.m. is VACATED.

DATED: November 2, 2021

BY ORDER OF THE COURT:

KENNETH S. GARDNER, CLERK

By: Deborah L. Beatty, Deputy Clerk
    United States Bankruptcy Court
    U.S. Custom House
    721 19th Street
    Denver, Colorado 80202-2508