| Fill in this information to identify your case | | | |
|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | |
| Debtor: | SUMMIT FAMILY RESTAURANTS, INC. | Case #: | 21-13328-MER |
| | | Chapter: | 11, Subchapter V |

**Local Bankruptcy Form 9013-1.3**
**Movant's Certificate of Non-Contested Matter and Request for Entry of Order**

**Complete applicable sections.**

### Part 1  Certificate

On September 27, 2021, Summit Family Restaurants, Inc. (the "Movant"), filed a motion or application pursuant to L.B.R. 2002-1 or 9013-1 entitled Motion to (A) Approve Purchase and Sale Agreement for the Sale of Substantially all of Debtor's Assets Free and Clear of all Lliens, Claims, and Encumbrances pursuant to 11 U.S.C. Section 363(b) and (f); and (B) to Assume and Assign Unexpired Lease pursuant to 11 U.S.C. Section 365(f) (the "Motion") at docket nos. 132 and 134. Movant hereby certifies that the following is true and correct:

1. Service of the Motion, Notice, and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Local Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Motion on September 27, 2021.
   a. Mailing or other service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1 and 9013-1 (or in the manner permitted by Court order, a copy of which is attached), as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Notice on September 27, 2021.
2. The docket numbers for each of the following relevant documents are:
   a. the Motion and all documents attached thereto and served therewith, docket nos. 132 and 134;
   b. the Notice, docket no., 135; and
   c. the Certificate of Service of the Motion and the Notice, docket nos. 132, 134 and 135;

3. An objection was filed by Save Casa Bonita, LLC which was later withdrawn on November 2, 2021 at Docket No. 167. No other objections have been filed.

Accordingly, Movant requests that the Court enter an order granting the requested relief.

### Part 2  Signature of Movant's Attorney or Movant (if unrepresented)

Dated: November 2, 2021            Respectfully submitted,

By:   /s/Jonathan M. Dickey
Jonathan M. Dickey #46981
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln Street, Suite 1720
Denver, CO  80264
Telephone:  (303) 832-2400
E-Mail: jmd@kutnerlaw.com