UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
) Case No. 21-13328-MER
SUMMIT FAMILY RESTAURANTS )
INC. )
) Chapter 11
) Subchapter V
Debtor. )

## MOTION TO ASSUME LEASE PERTAINING TO 1245 SOUTH MAIN STREET, ST. GEORGE, UTAH PURSUANT TO 11 U.S.C. § 365(a)

The Debtor, Summit Family Restaurants, Inc. ("Debtor"), by and through its attorneys, Kutner Brinen Dickey Riley, P.C., moves this Court for entry of an order pursuant to 11 U.S.C. §365(a) and Bankruptcy Rules 6006 and 9014 authorizing the Debtor's assumption of its Lease Dated June 30, 1984, and in support thereof, states as follows:

### I. BACKGROUND

1. Summit Family Restaurants, Inc. ("Debtor" or "Summit") filed for relief under chapter 11 of the Bankruptcy Code on April 6, 2021 in the Bankruptcy Court for the District of Arizona under Case Number 21-02477-BKM. On June 23, 2021, venue of the case was transferred to the Bankruptcy Court for the District of Colorado under this case number. Debtor is acting as debtor-in-possession.

2. Debtor's primary business is owning and operating the Casa Bonita restaurant, located at 6715 W. Colfax Avenue, Lakewood, Colorado 80214. The Debtor's assets related to Casa Bonita are subject to a sale motion pending before the Court.

3. In addition to Casa Bonita, Debtor owns a beneficial interest in a Ground Lease entered into with Barbara Jill Layton Romney, and dated June 30, 1984. The ground lease covers real property located at 1245 South Main Street, St. George, Utah 84770 and expires on December 31, 2034 (the "Lease").

4. Debtor pays the sum of $3,721.70 in rent under the Lease and is current on all payments due thereon.

5. The Debtor, in exercising its business judgment, has concluded that the Lease provides a significant benefit to the Debtor, the estate, and its reorganization effort, and therefore seeks to assume the Lease, pursuant to section 365(a) of the Bankruptcy Code.

6. Pursuant to 11 U.S.C. § 365(d)(4)(A), as amended by Congress under the Consolidated Appropriations Act of 2021, a debtor has 210-days from the Petition Date to either (a) move to assume a lease; or (b) assume the lease through a confirmed plan. So long as a motion to assume is filed prior to the expiration of the 210-day period, the assumption request is timely. *In re Lonepine Corp.*, 184 B.R. 370, 376-77 (Bankr. D. Colo. 1995).

7. Assumption or rejection of executory contracts or unexpired leases by a debtor is subject to Court review under the business judgment standard. See *NLRB v. Bildisco & Bildisco*, 465 U.S. 513, 523 (1984); *In re Mile High Medal Systems, Inc.*, 899 F.2d 887, 896 (10th Cir. 1990); *In re Grayhall Resources, Inc.*, 63 B.R. 382, 384 (Bankr. D. Colo. 1986).

8. Pursuant to the business judgment test, the debtor's decision to assume or reject an executory contract or an unexpired lease should be approved when the debtor decides, in good faith, that assumption or rejection is beneficial to the estate. *In re Chipwich, Inc.*, 54 B.R. 427, 430-431 (Bankr. S.D.N.Y. 1985) ("it is enough, if, as a matter of business judgment, rejection of the burdensome contract may benefit the estate"). Under Section 365(a), "the debtor's business judgment should not be interfered with, absent a showing of bad faith or abuse of business discretion." *Chipwich, Inc.,* 54 B.R. 430-31. As stated by one Court, "Court approval under Section 365(a), if required, except in extraordinary situations, should be granted as a matter of course." *Summit Land Co. v. Allen (In re Summit Land Co.),* 13 B.R. 310, 315 (Bankr. D. Utah 1981).

9. Assumption of the Lease is in the best interest of the Debtor, and the estate. Creditors will be paid in full via the sale of Casa Bonita, and the Lease will provide the Debtor with a continuing stream of income for its equity holders moving forward.

10. The Debtor is current on payments, and is not aware of any non-monetary defaults. As a result, there is no cure requirement upon assumption of the Lease .

WHEREFORE, the Debtor prays that the Court enter an Order authorizing the assumption of the Second Amended and Restated Hotel Ground Lease and Agreement, and for such further and additional relief as to the Court may deem proper.

Dated: November 2, 2021.    Respectfully submitted,

*/s/Jonathan M. Dickey*
_____
Jonathan M. Dickey, #46981
KUTNER BRINEN DICKEY RILEY, P.C.
1660 Lincoln Street, Suite 1720
Denver, CO 80264
jmd@kutnerlaw.com
Telephone: 303-832-3047
Attorneys for the Debtor

# CERTIFICATE OF SERVICE

   I certify that on November 2, 2021, I served a complete copy of the foregoing **MOTION TO ASSUME LEASE PERTAINING TO 1245 SOUTH MAIN STREET, ST. GEORGE, UTAH PURSUANT TO 11 U.S.C. § 365(a) AND NOTICE OF MOTION TO ASSUME LEASE PERTAINING TO 1245 SOUTH MAIN STREET, ST. GEORGE, UTAH PURSUANT TO 11 U.S.C. SECTION 365(a) o**n the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Barbara Jill Layton Romney
c/o John Romney
401 Lafayette Park
Southlake, TX 76092

Robert Samuel Boughner, Esq.
US Trustee's Office
Byron G. Rogers Federal Building
1961 Stout Street
Suite 12-200
Denver, CO 80294

Christopher C. Simpson, Trustee
Osborn Maledon PA
2929 North Central Avenue
Suite 2100
Phoenix, AZ 85012

Matthew D. Skeen, Jr., Esq.
217 East 7th Avenue
Denver, CO 80203

D. Lamar Hawkins, Esq.
Guidant Law Firm
402 East Southern Avenue
Tempe, AZ 85282

Patty Chan, Esq.
Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003

Bradley D. Pack, Esq.
Engelman Berger, P.C.
2800 North Central Avenue
Suite 1200
Phoenix, AZ 85004

Christopher J. Dawes, Esq.
Fox Rothschild – Denver
1225 17th Street
Suite 2200
Denver, CO 80202

Patrick F. Keery, Esq.
Keery McCue, PLLC
6803 East Main Street
Suite 1116
Scottsdale, AZ 85251

Heather L. Ries, Esq.
Fox Rothschild LLP
777 South Flagler Drive
Suite 1700 West Tower
West Palm Beach, FL 33401-6159

Eric D. Goldberg, Esq.
DLA Piper LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067

Deanna Lee Westfall, Esq.
Assistant Attorney General
Colorado Department of Law
1300 Broadway
8th Floor
Denver, CO 80203

Save Casa Bonita LLC
c/o Patrick J. Bernal, Esq.
Michael Best & Friedrich LLP
8300 Arista Place
Broomfield, CO 80021-4872

Save Casa Bonita LLC
c/o Justin M. Mertz, Esq.
Michael Best & Friedrich LLP
790 North Water Street
Suite 2500
Milwaukee, WI 53202


/s/Vicky Martina
Vicky Martina
Kutner Brinen Dickey Riley PC