| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: SUMMIT FAMILY RESTAURANTS, INC.<br>First Name   Middle Name   Last Name | Case #: | 21-13328-MER |
| Debtor 2: <br>First Name   Middle Name   Last Name | Chapter: | |

## Local Bankruptcy Form 9013-1.1
**Notice of Motion to Assume Lease Pertaining to 1245 South Main Street, St. George, Utah pursuant to 11 U.S.C. Section 365(a)**

### Part 1   Objection Deadline

**Objection Deadline: NOVEMBER 16, 2021**

### Part 2   Notice

NOTICE IS HEREBY GIVEN that Summit Family Restaurants, Inc. (the "Movant"), has filed a Motion to Assume a Non-Residential Real Property Lease for the real property located at 1245 South Main Street, St. George, Utah ("Property") pursuant to 11 U.S.C. Section 365 and Fed. R. Bankr. P. 6006 and 9014, and requests the following relief: Assumption of its lease for the Property. The Debtor is current on all post-petition rent. Creditors of Movant will be paid in full via the sale of the Debtor's interest in Casa Bonita (subject to a separate motion). Assumption of the Lease will provide a continuing stream of income for equity holders moving forward. The Debtor, in exercising its business judgment has determined that assumption of the Lease to the Debtor and its estate moving forward after creditors have been paid in full.

A copy of the pleading is available for inspection in the Bankruptcy Court Clerk's Office, 721 -19th Street, First Floor, Denver, Colorado 80202, or upon request from the undersigned attorney. If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

### Part 3   Signature of Movant's Attorney or Movant (if unrepresented)

Dated: November 2, 2021

By: _/s/ Jonathan M. Dickey_
Jonathan M. Dickey, #46981
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln Street, Suite 1720
Denver, CO 80264
Telephone: (303) 832-2400
E-Mail: jmd@kutnerlaw.com