Christopher C. Simpson, 018626
OSBORN MALEDON, P.A.
2929 North Central Avenue
21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
csimpson@omlaw.com

*SubChapter V Trustee*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

| In re: | Chapter 11 Proceedings |
|---|---|
| SUMMIT FAMILY RESTAURANTS, INC. | Case No. 1:21-bk-013328-MER |
| Debtor | **NOTICE OF ACCRUED PENDING ADMINISTRATIVE EXPENSES OF CHAPTER 11 SUBCHAPTER V TRUSTEE** |

Attached hereto is an informational statement of the accrued administrative fees of the Subchapter V Trustee in this case. The Trustee filed a *First Interim Fee Application for Compensation as the Subchapter Five Trustee* on September 7, 2021 (Dkt. 118) that was approved on October 27, 2021 (Dkt. 159). The September and October, 2021 fees have not been approved by the Court and are for informational purposes only.

DATED this 18th day of November, 2021.

OSBORN MALEDON, P.A.

By  /s/ Christopher C. Simpson
Christopher C. Simpson
2929 North Central Avenue
21st Floor
Phoenix, Arizona 85012-2793
*SubChapter V Trustee*

/ / /

/ / /

/ / /

9177099

# CERTIFICATE OF SERVICE

I hereby certify that on November 18th, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Peggy Nieto



2929 North Central Avenue  
21st Floor  
Phoenix, Arizona 85012  

Telephone  602.640.9000  
Facsimile  602.640.9050  
omlaw.com  

Tax ID # 86-0789930

Christopher C. Simpson  
Chapter 11 Subchapter V Trustee  
2929 N Central Ave Ste 2100  
Phoenix, AZ  85012  

November 18, 2021  
Matter: 18784.6  
Invoice: 253287  

## INVOICE SUMMARY

For Professional Services Rendered and Disbursements Advanced for the period ending: October 31, 2021

**RE:   Summit Family Restaurants**

| | |
|---|---:|
| Total Professional Services | $ 6,270.00 |
| Total Disbursements Advanced | $ 34.98 |
| **TOTAL THIS INVOICE** | **$ 6,304.98** |
| Previous Balance | $ 31,900.00 |
| **TOTAL BALANCE DUE** | **$ 38,204.98** |



2929 North Central Avenue  
21st Floor  
Phoenix, Arizona 85012  

Telephone  602.640.9000  
Facsimile  602.640.9050  
omlaw.com  

**Matter: 18784.6**

**RE:  Summit Family Restaurants**

**PROFESSIONAL SERVICES**

| Date | Tkpr | Task | Actv | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 9/03/21 | CCS | FA. | | Prepare first interim fee application of Subchapter V Trustee, form of order and notice. | 1.40 | 770.00 |
| 9/08/21 | CCS | FA. | | Attend to Notice for Application for fee application. | .40 | 220.00 |
| 9/13/21 | CCS | CA. | | Review motion to reschedule hearing and review status of case. | .30 | 165.00 |
| 9/24/21 | CCS | AD. | | Conference with Jonathan Dickey requesting information regarding the undisclosed reportedly pending sale process and inquiring as to why buyer's counsel has not appeared in the case. | .20 | 110.00 |
| 9/28/21 | CCS | AD. | | Initial review of signed asset purchase agreement and motion to approve sale. | 3.30 | 1,815.00 |
| 9/30/21 | CCS | AD. | | Receive call from Saving Casa Bonita and investigate concerns; return call to counsel regarding case and conduct subsequent review of APA regarding stated concerns. | 2.30 | 1,265.00 |
| 10/08/21 | CCS | PD. | | Conduct review and analysis of Plan and exhibits, confirm claims analysis, find that requirements of Code Section 1190 are satisfied by Plan, exhibits containing claims analysis and sale motion and attached APA. | 2.10 | 1,155.00 |
| 10/12/21 | CCS | CA. | | Prepare and file monthly trustee report of pending administrative fees. | .30 | 165.00 |
| 10/18/21 | CCS | AD. | | Review objection to Sale Motion filed by Save Casa Bonita, LLC; review Declaration supporting objection. | .30 | 165.00 |
| 10/20/21 | CCS | AD. | | Conference with Jonathan Dickey regarding motion for hearing and sale process. | .10 | 55.00 |
| 10/25/21 | CCS | AD. | | Review and respond to communications regarding scheduling hearing regarding sale objection. | .20 | 110.00 |
| 10/29/21 | CCS | AD. | | Review and analyze reply filed by Save Casa Bonita, LLC. | .30 | 165.00 |
| 10/29/21 | CCS | BO. | | Review monthly operating report. | .20 | 110.00 |

TOTAL PROFESSIONAL SERVICES   $ 6,270.00

Osborn Maledon P.A.

Invoice: 253287  
Matter: 18784.6

November 18, 2021

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Rate | Hours | Total |
|---|---:|---:|---:|
| C. Simpson | 550.00 | 11.40 | 6,270.00 |
| **Total** | | **11.40** | **$ 6,270.00** |

## DISBURSEMENTS ADVANCED

| Date | Description | Amount |
|---|---|---:|
| | Postage | 34.98 |
| | **TOTAL DISBURSEMENTS** | **$ 34.98** |
| | **TOTAL THIS INVOICE** | **$ 6,304.98** |

Osborn Maledon P.A.

Invoice: 253287  November 18, 2021
Matter: 18784.6

**INVOICES OUTSTANDING**

| Invoice Number | Date | Invoice Total | Payments Applied | Ending Balance |
|---:|---:|---:|---:|---:|
| 253285 | 8/31/21 | 31,900.00 | .00 | 31,900.00 |

|  |  |
|---|---:|
| Previous Balance | $ 31,900.00 |
| Current Invoice | $ 6,304.98 |
| **TOTAL BALANCE DUE** | **$ 38,204.98** |



2929 North Central Avenue  
21st Floor  
Phoenix, Arizona 85012

Telephone  602.640.9000  
Facsimile  602.640.9050  
omlaw.com

Tax ID # 86-0789930

Christopher C. Simpson  
Chapter 11 Subchapter V Trustee  
2929 N Central Ave Ste 2100  
Phoenix, AZ  85012

November 18, 2021  
Matter: 18784.6  
Invoice: 253287

# REMITTANCE ADVICE

**RE:   Summit Family Restaurants**

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | $ 6,304.98 |
| Previous Balance | $ 31,900.00 |
| **TOTAL BALANCE DUE** | **$ 38,204.98** |

Please return this advice with payment to:   Osborn Maledon P.A.  
Attn:  Accounts Receivable  
P.O. Box 36379  
Phoenix, Arizona 85067-6379

**PAYMENT DUE UPON RECEIPT**

Invoices unpaid after 30 days are delinquent.

To ensure proper credit please identify your remittance with invoice number: 253287

*Thank you!*  
*Your business is appreciated greatly.*