UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 21-13328-MER |
| SUMMIT FAMILY RESTAURANTS ) | |
| INC. ) | |
| ) | Chapter 11 |
| ) | Subchapter V |
| Debtor. ) | |

**ORDER GRANTING MOTION TO ASSUME LEASE PERTAINING TO 1245 SOUTH MAIN STREET, ST. GEORGE, UTAH PURSUANT TO 11 U.S.C. § 365(a)**

THIS MATTER having come before the Court on the Debtor's Motion to Assume Lease Pertaining to 1245 South Main Street, St. George, Utah Pursuant to 11 U.S.C. § 365(a) (the "Motion"), notice having been provided, no objection having been received, and for good cause shown, the Court does

**HEREBY ORDER THAT:**

1. The Motion is GRANTED;

2. The Debtor is authorized to assume the Lease between Summit Family Restaurants, Inc. and Barbara Jill Layton Romney and dated June 30, 1984; and

3. The Debtor is authorized to execute all necessary documents in compliance with this Order.

Dated November 19, 2021.

_____
Honorable Michael E. Romero
United States Bankruptcy Judge