UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
) Case No. 21-13328-MER
SUMMIT FAMILY RESTAURANTS )
INC. )
) Chapter 11
) Subchapter V
Debtor. )

## MOTION TO VACATE CONFIRMATION HEARING

The Debtor, Summit Family Restaurants, Inc. ("**Debtor**" or "**Summit**"), by and through its attorneys, Kutner Brinen Dickey Riley, P.C., respectfully moves this Court for an Order vacating the Confirmation Hearing in this case and entering an Order confirming the Debtor's Amended Plan of Liquidation dated October 6, 2021 for Small Business Under Chapter 11, Subchapter V (the "**Plan**") and, in support thereof, states as follows:

### BACKGROUND

1. The Debtor filed its Voluntary Petition pursuant to Subchapter V of Chapter 11 of the Bankruptcy Code on April 6, 2021 (the "**Petition Date**") in the Bankruptcy Court for the District of Arizona under Case Number 21-02477-BKM. On June 23, 2021, venue of the case was transferred to the Bankruptcy Court for the District of Colorado and is pending under the above referenced case number. The Debtor remains a debtor in possession.

2. On October 6, 2021, the Debtor filed its Plan. The Court entered its Order on October 8, 2021 setting a confirmation hearing on the Plan. *See Docket No. 142*. As required by the Order, and on October 15, 2021, the Debtor mailed its Plan, a copy of the Order, and a Ballot to all creditors and parties in interest. A certificate of service evidencing such service was previously filed with the Court. *See Docket No. 148*.

3. The hearing on confirmation of the Debtor's Plan is scheduled for Wednesday, December 1, 2021 at 10:30 a.m. before this Court.

4. No objections to the Plan have been filed.

5. Contemporaneous with the filing of this Motion, Debtor filed its Ballot Report, identifying all ballots received voted in favor of the Plan.

1

6. The Debtor asserts the Plan should be confirmed by this Court. The Declaration of Robert E. Wheaton, the CEO and sole Director of the Debtor, in lieu of direct testimony is attached hereto as **Exhibit 1**. The Debtor's proposed Confirmation Order is attached as **Exhibit 2**.

7. Given no objections to confirmation of the Plan have been filed, that all ballots received voted in favor of the Plan, and based on the contents of the Declaration of Mr. Wheaton, the Debtor respectfully requests that the Plan be confirmed, and the confirmation hearing set for December 1, 2021 be vacated.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order, a proposed form is filed herewith, (a) confirming the Debtor's Amended Plan of Liquidation dated October 6, 2021 for Small Business Under Chapter 11, Subchapter V; (b) vacating the confirmation hearing scheduled for December 1, 2021; and (c) granting such further and additional relief as the Court may deem proper.

Dated: November 29, 2021

Respectfully submitted,

By:/s/ *Jonathan M. Dickey*
Jonathan M. Dickey, #46981
KUTNER BRINEN DICKEY RILEY, P.C.
1660 Lincoln Street, Suite 1720
Denver, CO 80264
jmd@kutnerlaw.com
Telephone: 303-832-3047

## CERTIFICATE OF SERVICE

I certify that on November 29, 2021, I served a complete copy of the foregoing **MOTION TO VACATE CONFIRMATION HEARING** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Robert Samuel Boughner, Esq.
US Trustee's Office
Byron G. Rogers Federal Building
1961 Stout Street
Suite 12-200
Denver, CO 80294

Christopher C. Simpson, Trustee
Osborn Maledon PA
2929 North Central Avenue
Suite 2100
Phoenix, AZ 85012

Matthew D. Skeen, Jr., Esq.
217 East 7th Avenue
Denver, CO 80203

D. Lamar Hawkins, Esq.
Guidant Law Firm
402 East Southern Avenue
Tempe, AZ 85282

Patty Chan, Esq.
Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003

Bradley D. Pack, Esq.
Engelman Berger, P.C.
2800 North Central Avenue
Suite 1200
Phoenix, AZ 85004

Christopher J. Dawes, Esq.
Fox Rothschild – Denver
1225 17th Street
Suite 2200
Denver, CO 80202

Patrick F. Keery, Esq.
Keery McCue, PLLC
6803 East Main Street
Suite 1116
Scottsdale, AZ 85251

Heather L. Ries, Esq.
Fox Rothschild LLP
777 South Flagler Drive
Suite 1700 West Tower
West Palm Beach, FL 33401-6159

Eric D. Goldberg, Esq.
DLA Piper LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067

Deanna Lee Westfall, Esq.
Assistant Attorney General
Colorado Department of Law
1300 Broadway
8th Floor
Denver, CO 80203

Save Casa Bonita LLC
c/o Patrick J. Bernal, Esq.
Michael Best & Friedrich LLP
8300 Arista Place
Broomfield, CO 80021-4872

Save Casa Bonita LLC
c/o Justin M. Mertz, Esq.
Michael Best & Friedrich LLP
790 North Water Street
Suite 2500
Milwaukee, WI 53202

/s/Vicky Martina
Vicky Martina
Kutner Brinen Dickey Riley PC