# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 21-13328-MER |
| SUMMIT FAMILY RESTAURANTS ) | |
| INC. ) | |
| ) | Chapter 11 |
| ) | Subchapter V |
| Debtor. ) | |

## ORDER GRANTING MOTION TO VACATE CONFIRMATION HEARING

THIS MATTER having come before the Court on the Debtor's Motion to Vacate Confirmation Hearing, the Court, having reviewed the Motion and being duly advised does hereby

ORDER the Motion is Granted. The hearing on confirmation of the Debtor's Amended Chapter 11 Plan, set for Wednesday, December 1, 2021 at 10:30 a.m. is hereby **VACATED**. A separate order on confirmation shall enter.

Dated: November 29, 2021          BY THE COURT:

Honorable Michael E. Romero
United States Bankruptcy Court Judge