# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| In re:<br><br>SUMMIT FAMILY RESTAURANTS, INC.<br>　　Debtor. | Case No. 21-13328 MER<br><br>Chapter 11 |
|---|---|
| **ORDER GRANTING RELIEF FROM AUTOMATIC STAY** ||

THIS MATTER coming before the Bankruptcy Court upon the Motion for Relief from Automatic Stay filed by Samuel Hernandez ("Movant") and no response having been received thereto by the date set in the Notice for filing of such a response, it is hereby:

ORDERED that the Movant is hereby granted Relief from Automatic Stay pursuant to 11 U.S.C. §362(d) of the U.S. Bankruptcy Code to procced in U.S. District Court in the matter of *Samuel Hernandez v. Summit Family Restaurants, Inc, d/b/a Casa Bonita*, case number 20-cv-03156 LTB. That Movant may proceed within that matter for the exclusive purpose of prosecuting his claims, and liquidating the amount, if any, due by Debtor.

IT IS FURTHER ORDERED that should judgment enter for Movant, he may collect solely from and limited to funds allocated in the Debtor's confirmed chapter 11 plan.

DONE AND SIGNED on December 14, 2021.

BY THE COURT:

_____
THE HON. MICHAEL E. ROMERO