UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 21-13328-MER |
| SUMMIT FAMILY RESTAURANTS | ) | |
| INC. | ) | |
| | ) | Chapter 11 |
| | ) | Subchapter V |
| Debtor. | ) | |

**NOTICE OF SUBSTANTIAL CONSUMMATION**

The Reorganized Debtor, Summit Family Restaurants Inc. ("Summit"), by and through its attorneys, Kutner Brinen Dickey Riley, P.C., hereby provides notice of substantial confirmation and states as follows:

1.     Summit filed its voluntary petition pursuant to Chapter 11, Subchapter V on April 6, 2021 in the Bankruptcy Court for the District of Arizona under Case Number 21-02477-BKM.  On June 23, 2021, venue of the case was transferred to the Bankruptcy Court for the District of Colorado under the above referenced case number.

2.     Summit owned and operated the famous Casa Bonita until it sold the restaurant as part of this case.

3.     Summit filed its Amended Plan of Liquidation Dated October 6, 2021 for Small Business Under Chapter 11, Subchapter V ("Plan").

4.     The Court entered an Order Confirming the Plan on November 29, 2021 (Docket No. 188).

5.     Pursuant to the Plan, Summit has commenced distributions.

6.     Based upon the payments that have been made, Summit asserts that the Plan has been substantially consummated.

DATED: December 23, 2021               Respectfully submitted,

By:     */s/ Jonathan M. Dickey*
          Jonathan M. Dickey, #46981
          **KUTNER BRINEN DICKEY RILEY, P.C.**
          1660 Lincoln Street, Suite 1720
          Denver, CO 80264
          Telephone: (303) 832-2400
          E-mail: jmd@kutnerlaw.com

**CERTIFICATE OF SERVICE**

I certify that on December 23, 2021, I served a complete copy of the foregoing **NOTICE OF SUBSTANTIAL CONSUMMATION** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Robert Samuel Boughner, Esq.
US Trustee's Office
Byron G. Rogers Federal Building
1961 Stout Street
Suite 12-200
Denver, CO 80294

Christopher C. Simpson, Trustee
Osborn Maledon PA
2929 North Central Avenue
Suite 2100
Phoenix, AZ 85012

Matthew D. Skeen, Jr., Esq.
217 East 7th Avenue
Denver, CO 80203

D. Lamar Hawkins, Esq.
Guidant Law Firm
402 East Southern Avenue
Tempe, AZ 85282

Patty Chan, Esq.
Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003

Bradley D. Pack, Esq.
Engelman Berger, P.C.
2800 North Central Avenue
Suite 1200
Phoenix, AZ 85004

Christopher J. Dawes, Esq.
Fox Rothschild – Denver
1225 17th Street
Suite 2200
Denver, CO 80202

Patrick F. Keery, Esq.
Keery McCue, PLLC
6803 East Main Street
Suite 1116
Scottsdale, AZ 85251

Heather L. Ries, Esq.
Fox Rothschild LLP
777 South Flagler Drive
Suite 1700 West Tower
West Palm Beach, FL 33401-6159

Eric D. Goldberg, Esq.
DLA Piper LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067

Deanna Lee Westfall, Esq.
Assistant Attorney General
Colorado Department of Law
1300 Broadway
8th Floor
Denver, CO 80203

Save Casa Bonita LLC
c/o Patrick J. Bernal, Esq.
Michael Best & Friedrich LLP
8300 Arista Place
Broomfield, CO 80021-4872

Save Casa Bonita LLC
c/o Justin M. Mertz, Esq.
Michael Best & Friedrich LLP
790 North Water Street
Suite 2500
Milwaukee, WI 53202

Stephen E. Berken, Esq.
1159 Delaware Street
Denver, CO 80204

**/s/Vicky Martina**
**Vicky Martina**
**Kutner Brinen Dickey Riley PC**