**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

In re:

SUMMIT FAMILY RESTAURANTS, INC.

Debtor.

Case No. 21-13328 MER

Chapter 11, Subchapter V

**NOTICE TO FILE FINAL REPORT AND MOTION FOR FINAL DECREE**

On November 29, 2021, the Court entered an order confirming the chapter 11 plan in the above entitled action and on December 23, 2021, the Debtor filed its Notice of Substantial Consummation. Accordingly,

NOTICE IS HEREBY GIVEN that

1. The Subchapter V Trustee may now file their final report with the Court.

2. Upon completion of all required actions under the plan, the Debtor shall file a final report and motion for final decree in substantial conformity with L.B.F. 3022-1.1, together with a proposed order in substantial conformity with L.B.F. 3022-1.3, and serve it on the United States Trustee and parties requesting notice.

DATED: 01/03/2022

BY ORDER OF THE COURT:

KENNETH S. GARDNER, CLERK

By: Deborah L. Beatty, Deputy Clerk
United States Bankruptcy Court
U.S. Custom House
721 19th Street
Denver, Colorado 80202-2508