UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
)  Case No. 21-13328-MER
SUMMIT FAMILY RESTAURANTS )
INC. )
)  Chapter 11
)  Subchapter V
Debtor. )

**STIPULATION RESOLVING DISPUTED CLAIM OF SAMUEL HERNANDEZ**

The Debtor, Summit Family Restaurants, Inc. ("Debtor"), by and through its attorneys, Kutner Brinen Dickey Riley, P.C., and Samuel Hernandez ("Mr. Hernandez"), by and through his undersigned counsel, Berken Cloyes P.C., hereby submit their Stipulation Resolving the Disputed Claim of Samuel Hernandez. In support thereof, the parties state as follows:

1. The Debtor filed its Voluntary Petition pursuant to Subchapter V of Chapter 11 of the Bankruptcy Code on April 6, 2021 in the Bankruptcy Court for the District of Arizona under Case Number 21-02477-BKM. On June 23, 2021, venue of the case was transferred to the Bankruptcy Court for the District of Colorado.

2. The Court entered its Order confirming the Debtor's Plan on November 29, 2021. The Effective Date of the Plan was 14-days later – on December 13, 2021. The Debtor's confirmed Plan provides all allowed unsecured claims will be paid in full within 30-days after the Effective Date, or after a disputed claim is ultimately allowed.

3. As noted in the Plan, Mr. Hernandez is a disputed creditor of the Debtor. The Debtor identified Mr. Hernandez of Schedule F as a Contingent, Unliquidated, and Disputed creditor in an unknown amount. Mr. Hernandez timely filed a Proof of Claim, asserting a general unsecured claim in the amount of $478,440.40.

4. Prior to the Petition Date, the Debtor and Mr. Hernandez were engaged in litigation in the U.S. District Court for the District of Colorado under Case Number 20-cv-03156-LTB. After the Debtor's Plan was confirmed, and on December 14, 2021, the Court granted Mr. Hernandez relief from the automatic stay to pursue that litigation.

5. The Debtor and Mr. Hernandez have reached an agreement, resolving the disputed claim of Mr. Hernandez as follows:

a. Mr. Hernandez shall have an allowed unsecured claim in the sum of $90,000.00, which claim shall be in full and final satisfaction of any claim Mr. Hernandez might have against the Debtor which could have been asserted either in the Debtor's bankruptcy case, or in the litigation initiated by Mr. Hernandez in U.S. Federal District Court for the District of Colorado (the "Allowed Claim").

b. The Allowed Claim shall be paid in full by the Debtor within fourteen (14) days of bankruptcy court approval of this Stipulation.

c. The Allowed Claim shall be paid by Debtor as follows:

   i. $52,165.48 to HKM Employment Attorneys, LLP, Mr. Hernandez's employment counsel, on account of legal fees and costs – this check shall be sent to HKM Employment Attorneys, LLP at 730 17th Street, Suite 750, Denver, CO 80202;

   ii. $18,917.26 to Mr. Hernandez as W2 wages – this check shall be sent to Samuel Hernandez at 3736 Jade Avenue, Las Cruces, NM 88012; and

   iii. $18,917.26 to Mr. Hernandez as 1099 wages – this check shall be sent to 3736 Jade Avenue, Las Cruces, NM 88012.

d. Mr. Hernandez and the Debtor each agree not to disparage the other in any way, shape or form as a condition to this Stipulation.

e. This Stipulation has been entered into solely as a settlement of claims. Nothing herein represents an admission by either of the parties hereto as to any liability with respect to the claims and/or defenses either asserted, or which could have been asserted in either the Debtor's bankruptcy case or in the litigation initiated by Mr. Hernandez in U.S. Federal District Court for the District of Colorado.

f. Following receipt of the amounts in paragraph (c), the parties will file a Stipulation for Dismissal in the litigation initiated by Mr. Hernandez in U.S. Federal District Court for the District of Colorado (case no. 1:20-cv-03156-LTB-NYW).

g. Aside from what is addressed herein, each party is to pay his or its own attorneys' fees and costs.

WHEREFORE, the Debtor and Mr. Hernandez respectfully request the Court enter an Order approving this Stipulation.

DATED: January 5, 2022          Respectfully submitted,

By:/s/ *Jonathan M. Dickey*
Jonathan M. Dickey, #46981
KUTNER BRINEN DICKEY RILEY, P.C.
1660 Lincoln Street, Suite 1720
Denver, CO 80264
jmd@kutnerlaw.com
Telephone: 303-832-3047
ATTORNEYS FOR DEBTOR


BERKEN CLOYES PC

By:/s/ *Stephen E. Berken*
Stephen E. Berken, #14926
1159 Delaware Street
Denver, CO 80204
Tel: 303-623-4357
Fax: 720-554-7853
ATTORNEYS FOR MR. HERNANDEZ