| Fill in this information to identify your case | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | |
| Debtor 1: SUMMIT       FAMILY   RESTAURANTS, INC<br>First Name        Middle Name                Last Name | Case #: | 21-13328-MER |
| Debtor 2: _____<br>First Name        Middle Name                Last Name | Chapter: | 11, Subchapter V |

## Local Bankruptcy Form 3022-1.1

### Chapter 11 Final Report and Motion for Final Decree (Chapter 11 Business Debtor)

**Complete applicable sections.**

### Part 1   Report and Motion

Comes now the debtor, and pursuant to the provisions of 11 U.S.C. § 1106(a)(7) as ordered by this Court, and submits that the estate herein is fully administered and that the plan has been substantially consummated as follows:

1. That the order confirming the plan has become final;
2. That the deposits required by the plan have been distributed in accordance with the provisions of the plan as shown in Schedule A/B, attached hereto;
3. That substantially all of the property of the debtor has been transferred according to the provisions of the plan as shown in Schedule A/B attached hereto;
4. That the debtor or the successor has assumed the business or the management of the property dealt with by the plan as applicable;
5. That distribution has been commenced under the plan, and that payments to creditors and other interested parties have been undertaken as shown in Schedule C attached hereto; and
6. That all motions, contested matters, and adversary proceedings have been finally resolved.

WHEREFORE the debtor herein prays for the entry of the Final Decree pursuant to Fed. R. Bankr. P. 3022, finding that the estate has been fully administered and, therefore, ordering the closing of the case.

### Part 2   Signature of Debtor's Attorney

Dated: December 13, 2022                                  By: /s/ Jonathan M. Dickey_____
                                                                                Signature

                                                                        Bar Number:    46981
                                                                        Mailing Address: 1660 Lincoln Street, Suite 1720
                                                                                                  Denver, CO 80264
                                                                        Telephone number: 303-832-3047
                                                                        E-mail address:  jmd@kutnerlaw.com

| Fill in this information to identify your case | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | |
| Debtor 1: SUMMIT   FAMILY   RESTAURANTS, INC<br>First Name    Middle Name    Last Name | Case #: | 21-13328-MER |
| Debtor 2: <br>First Name    Middle Name    Last Name | Chapter: | 11, Subchapter V |

**SCHEDULE A/B**

Nature and amount of deposits distributed in accordance with the provisions of the plan:

| Nature of deposit | Amount | Distribution |
|---|---|---|
| Distributions to creditors as required under the Plan are described in Schedule C | | |
| | | |

The following property of the debtor has been/will be transferred according to the provisions of the plan:

| Nature of property | Value of property | Transferred to | Date of transfer (actual or estimated) |
|---|---|---|---|
| | | | |
| | | | |

| Fill in this information to identify your case | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | |
| Debtor 1: SUMMIT  FAMILY  RESTAURANTS, INC  <br>First Name   Middle Name   Last Name | Case #: | 21-13328-MER |
| Debtor 2: _____  <br>First Name   Middle Name   Last Name | Chapter: | 11 |

**SCHEDULE C**

Payments completed under the provisions of the plan are as follows:

Administrative Payments/Fees and Taxes:

1. Trustee's commissions and expenses — $31,900.00
2. Accountant's fees — $
3. Auctioneer's fees — $
4. Appraiser's fees — $
5. Attorney's fees
   a. for creditors' committee — $
   b. for trustee — $
   c. for debtor — $30,383.12
   d. other attorney's fees — $
6. Taxes, fines, penalties, etc. (11 U.S.C. § 502(b)(1)(B) & (C)) — $
7. Other non-operating costs of administration (itemize on attached document) — $
8. **Total administrative payments/fees and taxes** — **$62,283.12**

**Other Priority Payments:**

1. Post involuntary petition/pre-relief claims — $
2. Wages, etc. — $
3. Contributions to employee benefit plans — $
4. Deposits for undelivered service or property — $
5. Taxes (11 U.S.C. § 507(a)(6)) — $
6. **Total other priority payments:** — **$0.00**

**Other Payments Completed Under the Plan:**

| | | |
|---|---|---|
| 1. | Payments to secured creditors | $363,361.81 |
| 2. | Payments to unsecured creditors | $1,457,513.62 |
| 3. | Payments to equity holders | $1,216,841.45 |
| 4. | Other distributions | $ |
| **5.** | **Total other payments completed under the plan** | **$3,037,716.88** |

# CERTIFICATE OF SERVICE

I certify that on December 13, 2022, I served a complete copy of the foregoing **CHAPTER 11 FINAL REPORT AND MOTION FOR FINAL DECREE (CHAPTER 11 BUSINESS DEBTOR)** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Robert Samuel Boughner, Esq.
US Trustee's Office
Byron G. Rogers Federal Building
1961 Stout Street
Suite 12-200
Denver, CO 80294

Christopher C. Simpson, Trustee
Osborn Maledon PA
2929 North Central Avenue
Suite 2100
Phoenix, AZ 85012

Matthew D. Skeen, Jr., Esq.
217 East 7th Avenue
Denver, CO 80203

D. Lamar Hawkins, Esq.
Guidant Law Firm
402 East Southern Avenue
Tempe, AZ 85282

Patty Chan, Esq.
Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003

Bradley D. Pack, Esq.
Engelman Berger, P.C.
2800 North Central Avenue
Suite 1200
Phoenix, AZ 85004

Christopher J. Dawes, Esq.
Fox Rothschild – Denver
1225 17th Street
Suite 2200
Denver, CO 80202

Patrick F. Keery, Esq.
Keery McCue, PLLC
6803 East Main Street
Suite 1116
Scottsdale, AZ 85251

Heather L. Ries, Esq.
Fox Rothschild LLP
777 South Flagler Drive
Suite 1700 West Tower
West Palm Beach, FL 33401-6159

Eric D. Goldberg, Esq.
DLA Piper LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067

Deanna Lee Westfall, Esq.
Assistant Attorney General
Colorado Department of Law
1300 Broadway
8th Floor
Denver, CO 80203

Save Casa Bonita LLC
c/o Patrick J. Bernal, Esq.
Michael Best & Friedrich LLP
8300 Arista Place
Broomfield, CO 80021-4872

Save Casa Bonita LLC
c/o Justin M. Mertz, Esq.
Michael Best & Friedrich LLP
790 North Water Street
Suite 2500
Milwaukee, WI 53202

Stephen E. Berken, Esq.
1159 Delaware Street
Denver, CO 80204

**/s/Vicky Martina**
**Vicky Martina**
**Kutner Brinen Dickey Riley PC**